DUANE K. THOMPSON
Email: thompsond@sec.gov
HELENANNE LISTERMAN
Email: listermanh@sec.gov
100 F Street, N.W.
Washington, D.C. 20549
Telephone: (202) 551-7159

LOCAL COUNSEL:
GARY Y. LEUNG, (Cal. Bar No. 302928)
Email: leungg@sec.gov
U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GUY SCOTT GRIFFITHE, et al.<br><br>Defendants, and<br><br>SONJA MARIE RUSSELL,<br><br>Relief Defendant. | Case No. 8:20-cv-00124-DOC-JDE<br><br>**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RENEWABLE TECHNOLOGIES SOLUTION, INC.** |

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of its claims against Defendant Renewable Technologies Solution, Inc. ("RTSI"). RTSI has not filed an Answer to the Commission's Complaint in this case. The Commission recently has received confirmation that RSTI has been dissolved as a legal entity. Accordingly, the Commission deems it in the interests of justice to dismiss RTSI from this case.

Respectfully submitted,

_____

*/s/ Duane K. Thompson*
Duane K. Thompson
HelenAnne Listerman
Counsel for Plaintiff
Securities and Exchange Commission

Dated: March 18, 2021

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE, Washington, DC 20549, Telephone No. (202) 551-7159; Facsimile No. (202) 772-9246.

On March 18, 2021, I caused to be served the document entitled **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RENEWABLE TECHNOLOGIES SOLUTION, INC.** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 18, 2021        */s/ Duane K. Thompson*
                            DUANE K. THOMPSON

2

*SEC v. GUY SCOTT GRIFFITHE, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-00124-DOC-JDE

**SERVICE LIST**

Ralph C. Shelton, CA Bar # 132757
Schiff & Shelton
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
ralph@shiff-shelton.com
*Attorneys for Defendants Guy Scott Griffithe*

*Robert William Russell*
rockit@cablespeed.com

*SMRB, LLC*
*c/o* rockit@cablespeed.com

*Sonja Marie Russell*
rockit@cablespeed.com