1  DUANE K. THOMPSON
   Email: thompsond@sec.gov
2  HELENANNE LISTERMAN
   Email: listermanh@sec.gov
3  100 F Street, N.W.
   Washington, D.C. 20549
4  Telephone: (202) 551-7159

5

6  LOCAL COUNSEL:
   GARY Y. LEUNG, (Cal. Bar No. 302928)
7  Email: leungg@sec.gov
   U.S. Securities and Exchange Commission
8  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
9  Telephone: (323) 965-3998
   Facsimile: (213) 443-1904
10
   Attorneys for Plaintiff
11 Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 8:20-cv-00124-DOC-JDE |
| Plaintiff, | **PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREEN ACRES PHARMS, LLC** |
| vs. | |
| GUY SCOTT GRIFFITHE, et al. | |
| Defendants, and | |
| SONJA MARIE RUSSELL, | |
| Relief Defendant. | |

1  Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rule
2  41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary
3  Dismissal of its claims against Defendant Green Acres Pharms, LLC ("GAP").  GAP has
4  not filed an Answer to the Commission's Complaint in this case.  The Commission
5  recently has received confirmation that GAP has been dissolved as a legal entity.
6  Accordingly, the Commission deems it in the interests of justice to dismiss GAP from
7  this case.

Respectfully submitted,

_____

*/s/ Duane K. Thompson*
Duane K. Thompson
HelenAnne Listerman
Counsel for Plaintiff
Securities and Exchange Commission

Dated:  March 18, 2021

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE, Washington, DC 20549, Telephone No. (202) 551-7159; Facsimile No. (202) 772-9246.

On March 18, 2021, I caused to be served the document entitled **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREEN ACRES PHARMS, LLC** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 18, 2021        */s/ Duane K. Thompson*
                            DUANE K. THOMPSON

*SEC v. GUY SCOTT GRIFFITHE, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-00124-DOC-JDE

### SERVICE LIST

Ralph C. Shelton, CA Bar # 132757
Schiff & Shelton
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
ralph@shiff-shelton.com
*Attorneys for Defendants Guy Scott Griffithe*

*Robert William Russell*
rockit@cablespeed.com

*SMRB, LLC*
*c/o* rockit@cablespeed.com

*Sonja Marie Russell*
rockit@cablespeed.com