DUANE K. THOMPSON
Email: thompsond@sec.gov
100 F Street, N.W.
Washington, D.C. 20549
Telephone: (202) 551-7159
Facsimile: (202) 772-9246

LOCAL COUNSEL:
GARY Y. LEUNG, (Cal. Bar No. 302928)
Email: leungg@sec.gov
U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GUY SCOTT GRIFFITHE, ROBERT WILLIAM RUSSELL, RENEWABLE TECHNOLOGIES SOLUTION, INC., GREEN ACRES PHARMS, LLC, and SMRB, LLC,<br><br>Defendants, and<br><br>SONJA MARIE RUSSELL,<br><br>Relief Defendant. | Case No. 8:20-cv-00124-DOC-JDE<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SMRB, LLC** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties file this Stipulation of Dismissal of all claims against Defendant SMRB, LLC.

Respectfully submitted,

**Plaintiff Securities and Exchange Commission**

By:  /s/Duane K. Thompson
100 F Street NE
Washington, DC 20549
202/551-7159 (telephone)
202/772-9246 (fax)
thompsond@sec.gov

**Defendant SMRB, LLC**

By:  /s/ Robert William Russell
31830 NE Cherry Valley Road
Duvall, Washington 98019
206/909-4834 (phone)
rockit@cablespeed.com

**Defendant Robert William Russell**

By:  /s/ Robert William Russell
31830 NE Cherry Valley Road
Duvall, Washington 98019
206/909-4834 (phone)
rockit@cablespeed.com

**Defendant Guy Scott Griffithe**

By:  /s/ Ralph C. Shelton, II
Schiff & Shelton
3700 Campus Drive, Suite 202
Newport Beach, CA 92660
949/417-2211 (phone)
949/417-2212 (fax)

**Relief Defendant Sonja Marie Russell**

By:  Sonja Marie Russell
31830 NE Cherry Valley Road
Duvall, Washington 98019
206/909-4834 (phone)
rockit@cablespeed.com

Dated:  May 6, 2021

# PROOF OF SERVICE

**DUANE K. THOMPSON** hereby certifies that on May 6, 2021, he caused to be served the document entitled **STIPULATION OF DISMISSAL OF DEFENDANT SMRB, LLC** on all the non-defaulting parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 6, 2021                              */s/ Duane K. Thompson*
                                                 Duane K. Thompson

*SEC v. Griffithe, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-00124-DOC-JDE

### SERVICE LIST

Robert William Russell
31830 NE Cherry Valley Road
Duvall, Washington 98019
206/909-4834 (phone)
rockit@cablespeed.com

Sonja Marie Russell
31830 NE Cherry Valley Road
Duvall, Washington 98019
206/909-4834 (phone)
rockit@cablespeed.com

**Pro Se Defendants,
William Robert Russell, SMRB, LLC,
and Relief Defendant Sonja Marie Russell**

Ralph C. Shelton, Esq.
Laurie Schiff, Esq.
Schiff & Shelton
3700 Campus Drive
Newport Beach, CA 92660
949/417-2211
949/417-2212 (fax)

**Counsel to Defendant, Guy Scott Griffithe**