DUANE K. THOMPSON
Email: thompsond@sec.gov
100 F Street, N.W.
Washington, D.C. 20549
Telephone: (202) 551-7159
Facsimile: (202) 772-9246

LOCAL COUNSEL:
GARY Y. LEUNG, (Cal. Bar No. 302928)
Email: leungg@sec.gov
U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>GUY SCOTT GRIFFITHE, ROBERT WILLIAM RUSSELL, RENEWABLE TECHNOLOGIES SOLUTION, INC., GREEN ACRES PHARMS, LLC, and SMRB, LLC,<br><br>        Defendants, and<br><br>SONJA MARIE RUSSELL,<br><br>        Relief Defendant. | Case No. 8:20-cv-00124-DOC-(JDEx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT SMRB, LLC.  [77]** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties file this Stipulation of Dismissal of all claims against **Defendant SMRB, LLC.**

Respectfully submitted,

| **Plaintiff Securities and Exchange Commission** | **Defendant SMRB, LLC** |
|---|---|
| By: /s/Duane K. Thompson<br>100 F Street NE<br>Washington, DC 20549<br>202/551-7159 (telephone)<br>202/772-9246 (fax)<br>thompsond@sec.gov | By: /s/ Robert William Russell<br>31830 NE Cherry Valley Road<br>Duvall, Washington 98019<br>206/909-4834 (phone)<br>rockit@cablespeed.com |
| **Defendant Robert William Russell** | **Defendant Guy Scott Griffithe** |
| By: /s/ Robert William Russell<br>31830 NE Cherry Valley Road<br>Duvall, Washington 98019<br>206/909-4834 (phone)<br>rockit@cablespeed.com | By: /s/ Ralph C. Shelton, II<br>Schiff & Shelton<br>3700 Campus Drive, Suite 202<br>Newport Beach, CA 92660<br>949/417-2211 (phone)<br>949/417-2212 (fax) |
| **Relief Defendant Sonja Marie Russell** | |
| By: Sonja Marie Russell<br>31830 NE Cherry Valley Road<br>Duvall, Washington 98019<br>206/909-4834 (phone)<br>rockit@cablespeed.com | |

Dated: May 6, 2021

IT IS SO ORDERED

Date: May 7, 2021

*David O. Carter*

Hon. David O. Carter
U.S. District Judge