# Exhibit 3

**Monies provided to Robert Russell**

| Date | Amount | Date | Amount | Description |
|---|---|---|---|---|
| Jul-15 | $ 200,000.00 | 6/24/2016 | $ 250,000.00 | Maritime |
| Sep-15 | $ 8,200.00 | | | |
| 9/28/2015 | $ 240,000.00 | 5/11/2016 | $ 12,818.76 | Granite Lakes Taxes |
| 9/28/2015 | $ 50,000.00 | 1/3/2017 | $ 36,700.00 | Stage Stop |
| 10/26/2015 | $ 100,000.00 | 5/3/2017 | $ 36,700.00 | Stage Stop |
| 10/29/2015 | $ 150,000.00 | | $ 36,700.00 | Stage Stop |
| 1/4/2016 | $ 100,000.00 | | $ 75,000.00 | buildings |
| 1/12/2016 | $ 100,000.00 | 4/18/2016 | $ 100,000.00 | Boat Mart |
| 2/2/2016 | $ 170,000.00 | 4/19/2016 | $ 100,000.00 | Centerstate |
| 3/8/2016 | $ 60,000.00 | 4/18/2016 | $ 100,000.00 | New Caps |
| 6/10/2016 | $ 75,000.00 | | | |
| 6/10/2016 | $ 300,000.00 | | | |
| 6/13/2016 | $ 35,000.00 | | | |
| 6/30/2016 | $ 75,000.00 | | | |
| 6/27/2016 | $ 25,000.00 | | | |
| 7/6/2016 | $ 150,000.00 | | | |
| 5/24/2016 | $ 25,000.00 | | | |
| 5/26/2016 | $ 25,000.00 | | | |
| 5/27/2016 | $ 25,000.00 | | | |
| 5/17/2016 | $ 100,000.00 | | | |
| 1/3/2017 | $ 58,300.00 | | | |
| 1/4/2017 | $ 50,000.00 | | | |
| 1-Dec | $ 50,000.00 | | | |
| 10/12/2017 | $ 50,000.00 | | | |
| 5/3/2017 | $ 180,000.00 | | | |
| 4/18/2016 | $ 50,000.00 | | | |
| | **$ 2,451,500.00** | | **$ 747,918.76** | **$ 3,199,418.76** |

| Loans | Principal | Int Paid | Principal PD | Combined Totals |
|---|---|---|---|---|
| | $ 1,304,887.50 | $ 390,000.00 | $ 954,887.50 | $ 1,344,887.50 |

| | | |
|---|---|---|
| Distributions Issued | | $ 336,000.00 |
| Recevied Distribution Payments | | $ (180,000.00) |
| | | $ 4,700,306.26 |

DEPOSITION EXHIBIT 59