# Exhibit 4

| Name | Amount | Interest Paid | Principal PD | Date | |
|---|---|---|---|---|---|
| ███ | $ 100,000.00 | $ 75,000.00 | | 5/18/2016 | |
| | $ 200,000.00 | $ 50,000.00 | $ 100,000.00 | 3/2/2016 | |
| | $ 50,000.00 | $ 7,000.00 | | 12/5/2017 | |
| | $ 200,000.00 | $ 75,000.00 | $ 100,000.00 | | |
| | $ 200,000.00 | $ 100,000.00 | | 2/1/2016 | Converted to Equity |
| | $ 200,000.00 | $ 45,000.00 | $ 200,000.00 | Feb-17 | |
| | $ 100,000.00 | $ 38,000.00 | $ 100,000.00 | 4/16/2016 | |
| | $ 139,887.50 | $ - | $ 139,887.50 | Dec-17 | Includes settlement with Interest |
| | $ 115,000.00 | $ - | $ 115,000.00 | | Includes settlement with Interest |
| | $ 1,304,887.50 | $ 390,000.00 | $ 754,887.50 | | |
| Stage Stop | | | $ 36,700.00 | 2017 | Payment for rent on building in WA |
| Stage Stop | | | $ 36,700.00 | 2017 | Payment for rent on building in WA |
| Stage Stop | | | $ 36,700.00 | 2017 | Payment for rent on building in WA |
| Payoff Building | | | $ 75,000.00 | 2016 | Payoff of units in WA |
| Payment | | | $ 300,000.00 | 2016 | Payment for Russell for WA Project |
| Taxes | | | $ 12,818.60 | 2016 | Payment for Taxes on WA Property |
| Russell | | | $ 2,451,500.00 | | |
| | | $ 390,000.00 | $ 3,704,306.10 | $ | 4,094,306.10 |
| BGM | $ 450,000.00 | | $ 250,000.00 | | |
| Guy Griffithe | $ 550,000.00 | | $ 350,000.00 | | |

This is an overview with items related to loans and payments made for WA Projects from line 3-20
This does not reflect all interest on loans paid but what was available to show at this time

**Monies provided to Robert Russell**

| Date | Amount | Date | Amount | Description |
|---|---|---|---|---|
| Jul-15 | $ 200,000.00 | 6/24/2016 | $ 250,000.00 | Vendor for Russell |
| Sep-15 | $ 8,200.00 | | | |
| 9/28/2015 | $ 240,000.00 | 5/11/2016 | $ 12,818.76 | Granite Lakes Taxes |
| 9/28/2015 | $ 50,000.00 | 1/3/2017 | $ 36,700.00 | Stage Stop |
| 10/26/2015 | $ 100,000.00 | 5/3/2017 | $ 36,700.00 | Stage Stop |
| 10/29/2015 | $ 150,000.00 | | $ 36,700.00 | Stage Stop |
| 1/4/2016 | $ 100,000.00 | | $ 75,000.00 | buildings |
| 1/12/2016 | $ 100,000.00 | 4/18/2016 | $ 100,000.00 | Vendor for Russell |
| 2/2/2016 | $ 170,000.00 | 4/19/2016 | $ 100,000.00 | Vendor for Russell |
| 3/8/2016 | $ 60,000.00 | 4/18/2016 | $ 100,000.00 | Vendor for Russell |
| 6/10/2016 | $ 75,000.00 | | | |
| 6/10/2016 | $ 300,000.00 | | | |
| 6/13/2016 | $ 35,000.00 | | | |
| 6/30/2016 | $ 75,000.00 | | | |
| 6/27/2016 | $ 25,000.00 | | | |
| 7/6/2016 | $ 150,000.00 | | | |
| 5/24/2016 | $ 25,000.00 | | | |
| 5/26/2016 | $ 25,000.00 | | | |
| 5/27/2016 | $ 25,000.00 | | | |
| 5/17/2016 | $ 100,000.00 | | | |
| 1/3/2017 | $ 58,300.00 | | | |
| 1/4/2017 | $ 50,000.00 | | | |
| 1-Dec | $ 50,000.00 | | | |
| 10/12/2017 | $ 50,000.00 | | | |
| 5/3/2017 | $ 180,000.00 | | | |
| 4/18/2016 | $ 50,000.00 | | | |
| | **$ 2,451,500.00** | | **$ 747,918.76** | **$ 3,199,418.76** |