# Exhibit 1

# Part 4 of 5



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RENEWABLE TECHNOLOGIES SOLUTION, INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA, CA 92881-0785

## Your Business Advantage Checking
## Bus Platinum Privileges

for February 1, 2017 to February 28, 2017          Account number: ▓▓▓▓ 8170

**RENEWABLE TECHNOLOGIES SOLUTION, INC    DBA BRIDGEGATE MARKETING SPECIALIST**

### Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2017 | $1,295.33 | # of deposits/credits: 12 |
| Deposits and other credits | 84,224.20 | # of withdrawals/debits: 53 |
| Withdrawals and other debits | -55,203.85 | # of items-previous cycle¹: 0 |
| Checks | -26,258.98 | # of days in cycle: 28 |
| Service fees | -450.00 | Average ledger balance: $2,631.50 |
| **Ending balance on February 28, 2017** | **$3,606.70** | ¹Includes checks paid,deposited items&other debits |



# Stay informed around the clock

**Online Alerts**¹ help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness**
and click on **Alerts** in the Activity Center.



¹Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not
available on the Mobile website. Wireless carrier fees may apply. | ARXHLMSM | SSM-10-16-0044.B

SEC-BOA-E-0000672

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # 8170 | February 1, 2017 to February 28, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and  Equal Housing Lender**

SEC-BOA-E-0000673

**Bank of America** 🏦

# Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account #■■■■■8170   |   February 1, 2017 to February 28, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/17 | BKOFAMERICA ATM 01/31 #000003864 DEPOSIT CORONA PLAZA      CORONA      CA | 1,880.00 |
| 02/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-02) | 717.38 |
| 02/06/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-03) | 717.38 |
| 02/07/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-06) | 717.38 |
| 02/08/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-07) | 6,157.30 |
| 02/08/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-07) | 717.38 |
| 02/10/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-09) | 717.38 |
| 02/10/17 | Counter Credit | 15,000.00 |
| 02/13/17 | Counter Credit | 9,800.00 |
| 02/16/17 | BKOFAMERICA ATM 02/16 #000006671 DEPOSIT MAGNOLIA CENTER      RIVERSIDE      CA | 25,000.00 |
| 02/22/17 | BKOFAMERICA ATM 02/22 #000003622 DEPOSIT CORONA      CORONA      CA | 20,000.00 |
| 02/27/17 | Counter Credit | 2,800.00 |
| **Total deposits and other credits** | | **$84,224.20** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/17 | MERCHANTS CAP   DES:ADV PYMT   ID:■■■   INDN:Renewable Technologies  CO ID:■■■■   CCD | -717.38 |
| 02/01/17 | GEICO         DES:PREM COLL ID■■■■   E  INDN:GUY GRIFFITHE         CO ID:■■■■   PPD | -681.78 |
| 02/02/17 | MERCHANTS CAP   DES:ADV PYMT   ID:■■■   INDN:Renewable Technologies  CO ID■■■■   CCD | -717.38 |
| 02/03/17 | MERCHANTS CAP   DES:ADV PYMT   ID:■■■   INDN:Renewable Technologies  CO ID■■■■CCD | -717.38 |
| 02/06/17 | MERCHANTS CAP   DES:ADV PYMT   ID:■■■   INDN:Renewable Technologies  CO ID■■■■   CCD | -717.38 |
| 02/07/17 | AZTEC LEASING IN DES:ACH        ID■■■   INDN:RENEWABLE TECHNOLOGIES  CO ID■■■■   CCD  PMT INFO:OFFICE EQUIPMENT LEASE - JANUARY 2017 | -6,157.30 |

*continued on the next page*

Read our article online:

## "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**



MERRILL EDGE
Bank of America Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** | ARPGXDQ5 | SSM-11-16-0060.B |

SEC-BOA-E-0000674

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account # ███████ 8170   |   February 1, 2017 to February 28, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/09/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/10/17 | AZTEC LEASING IN DES:ACH   ID█████   INDN:RENEWABLE TECHNOLOGIES  CO ID█████   CCD  PMT INFO:COPIER LEASE PAYMENT | -12,343.16 |
| 02/13/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/14/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/15/17 | MERCHANTS CAP   DES:ADV PYMT   ID:█████   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/16/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/17/17 | WIRE TYPE:WIRE OUT DATE:170217 TIME:1221 ET TRN:2017021700267634 SERVICE REF:007867 BNF:ROBERT RUSSELL ID█████   BNF BK:WELLS FARG O BANK, N.A. ID█████   PMT DET:194275038 | -20,000.00 |
| 02/17/17 | Online Banking transfer to CHK 1366 Confirmation# 1535903433 | -240.00 |
| 02/17/17 | Online Banking transfer to CHK 5656 Confirmation# 3435905871 | -120.00 |
| 02/17/17 | MERCHANTS CAP   DES:ADV PYMT   ID:█████   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/21/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/22/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/23/17 | Online Banking transfer to CHK 5656 Confirmation# 2587409246 | -100.00 |
| 02/23/17 | Online Banking Transfer Conf# 1kw9jh5my; | -1,500.00 |
| 02/23/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/24/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/27/17 | MERCHANTS CAP   DES:ADV PYMT   ID:█████   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |
| 02/28/17 | MERCHANTS CAP   DES:ADV PYMT   ID:██   INDN:Renewable Technologies  CO ID:█████   CCD | -717.38 |

Card account # XXXX XXXX XXXX 9955

| Date | Description | Amount |
|------|-------------|--------|
| 02/03/17 | CHECKCARD  0202 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692167033000116231219 RECURRING CKCD 4899 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -18.21 |
| 02/13/17 | CHECKCARD  0212 Experian   *CreditRepo 866-3690415  CA 24906417043035781516667 RECURRING CKCD 5968 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -29.95 |
| 02/16/17 | CHECKCARD  0215 LA FITNESS 949-255-7200 CA 24492157046084053999994 RECURRING CKCD 7997 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -220.00 |
| 02/17/17 | BKOFAMERICA ATM 02/17 #000009839 WITHDRWL CORONA PLAZA      CORONA      CA | -700.00 |
| 02/21/17 | CHECKCARD  0217 PAYPAL *REDWOLFDESI 402-935-7733 CA 24492157048894717578754 CKCD 7333 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -100.63 |
| 02/21/17 | CHECKCARD  0218 ORC*Credit One 877-8253242  NV 24906417049036040460451 CKCD 6012 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -79.41 |
| 02/21/17 | BKOFAMERICA ATM 02/18 #000008440 WITHDRWL CORONA PLAZA      CORONA      CA | -700.00 |

*continued on the next page*

SEC-BOA-E-0000675



**Your checking account**

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account #[____] 8170 | February 1, 2017 to February 28, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/23/17 | CHECKCARD  0223 EQUIFAX CONSUMER 866-640-2273 GA 24692167054000996880485 RECURRING CKCD 7321 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -17.95 |
| | Subtotal for card account # XXXX XXXX XXXX 9955 | -$1,866.15 |
| | **Total withdrawals and other debits** | **-$55,203.85** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|--|------|---------|--------|
| 02/02/17 | 5023 | -2,917.66 | | 02/23/17 | 5046* | -3,890.22 |
| 02/13/17 | 5040* | -9,725.55 | | 02/27/17 | 5047 | -1,945.11 |
| 02/24/17 | 5041 | -1,945.11 | | 02/24/17 | 5049* | -3,890.22 |
| 02/24/17 | 5044* | -1,945.11 | | | | |
| | | | | **Total checks** | | **-$26,258.98** |
| | | | | **Total # of checks** | | **7** |

*  *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft fees | $210.00 | $315.00 |
| Total NSF: Returned Item fees | $210.00 | $245.00 |

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 02/02/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-02 | -35.00 |
| 02/02/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-02 | -35.00 |
| 02/03/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-03 | -35.00 |
| 02/03/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-03 | -35.00 |
| 02/06/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-06 | -35.00 |
| 02/07/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-07 | -35.00 |
| 02/07/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-07 | -35.00 |
| 02/09/17 | Extended Overdrawn Balance Charge | -35.00 |
| 02/09/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 02-09 | -35.00 |
| 02/14/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-14 | -35.00 |

*continued on the next page*

SEC-BOA-E-0000676

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account #▮▮▮▮▮▮8170  |  February 1, 2017 to February 28, 2017

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/15/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-15 | -35.00 |
| 02/17/17 | Wire Transfer Fee | -30.00 |
| 02/21/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-21 | -35.00 |
| **Total service fees** | | **-$450.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 1,776.17 | 02/10 | 1,182.14 | 02/21 | -372.68 |
| 02/02 | -1,928.87 | 02/13 | 509.26 | 02/22 | 18,909.94 |
| 02/03 | -2,017.08 | 02/14 | -243.12 | 02/23 | 12,684.39 |
| 02/06 | -2,052.08 | 02/15 | -995.50 | 02/24 | 4,186.57 |
| 02/07 | -8,279.38 | 02/16 | 23,067.12 | 02/27 | 4,324.08 |
| 02/08 | -1,404.70 | 02/17 | 1,259.74 | 02/28 | 3,606.70 |
| 02/09 | -2,192.08 | | | | |

SEC-BOA-E-0000677

# Wells Fargo Combined Statement of Accounts

Primary account number: ███████8900  ■ March 1, 2017 - March 31, 2017  ■ Page 1 of 6



RENEWABLE TECHNOLOGIES SOLUTION INC
3653 VIA ZUMAYA ST
CORONA CA 92881-0785

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | ██████8900 | 10.00 | 10.00 |
| Additional Platinum Checking | 4 | ██████8884 | 10.00 | 10.00 |
| **Total deposit accounts** | | | **$20.00** | **$20.00** |

SEC-WFB-E-0000120

Primary account number:  ███8900  ■ March 1, 2017 - March 31, 2017  ■ Page 2 of 6



# Platinum Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $10.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$10.00** |
| | |
| Average ledger balance this period | $10.00 |

Account number:  ███8900

**RENEWABLE TECHNOLOGIES SOLUTION INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $10.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2016 | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2017 - 03/31/2017 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $10.00 ☐ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WKAWK

SEC-WFB-E-0000121

Primary account number: ████ 8900 ■ March 1, 2017 - March 31, 2017 ■ Page 3 of 6



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 500 | 0 | 0.60 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Business Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?". We may require any person wanting to make a deposit to your account to provide an acceptable form of identification before we accept the deposit for processing.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

---

Effective April 24, 2017, your Wells Fargo Platinum Business Checking account will earn interest on the entire daily collected balance. This is a change from interest being earned on daily collected balances above $25,000. Interest is compounded daily and paid monthly. In addition, your account is subject to a variable rate that the Bank can change at any time.

All other terms and conditions of your account will remain the same. If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

*For additional account details, refer to the Wells Fargo Platinum Business Checking account on the Business Account Fee & Information Schedule and Account Agreement page located at wellsfargo.com/biz/fee-information.

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

SEC-WFB-E-0000122



Primary account number: ████3900 ■ March 1, 2017 - March 31, 2017 ■ Page 4 of 6



We are updating the Business Account Agreement ("Agreement") effective April 24, 2017. In the section titled "Statements and other information relating to your deposit account", the response to the question "What happens to a dormant account?" is deleted and replaced with the following:

**What happens to a dormant account?**
We put safeguards in place to protect a dormant account which may include restricting the following:
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as "escheat." If your account becomes escheatable, account statements will not be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

All other aspects of the Agreement remain the same. If there is a conflict between the updated response above and the Agreement, the updated response will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

# Additional Platinum Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $10.00 |
| Deposits/Credits | 200,010.00 |
| Withdrawals/Debits | - 200,010.00 |
| **Ending balance on 3/31** | **$10.00** |
| Average ledger balance this period | $1,435.00 |

Account number: ████8884

**RENEWABLE TECHNOLOGIES SOLUTION INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | WT Seq165595 Tm#170303165595 Rfb# | 100,000.00 | | |
| 3/3 | | Wire Trans Svc Charge - Sequence: 170303165595 Srf# 0000814062701293 Tm#170303165595 Rfb# | | 15.00 | |
| 3/3 | | Online Transfer to Griffithe G Everyday Checking xxxxxx9867 Ref #Ib037Qbhrd on 03/03/17 | | 100,000.00 | -5.00 |
| 3/6 | | Online Transfer From Griffithe G Everyday Checking xxxxxx9867 Ref #Ib037S2Qz4 on 03/04/17 | 10.00 | | 5.00 |
| 3/8 | | WT Seq106928 Tm#170308106928 Rfb# | 100,000.00 | | |

SEC-WFB-E-0000123

Primary account number: ████3900 ■ March 1, 2017 - March 31, 2017 ■ Page 5 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/8 | | Wire Trans Svc Charge - Sequence: 170308106928 Srf# 0000814067029224 Tm#170308106928 Rfb# | | 15.00 | |
| 3/8 | | Withdrawal Made In A Branch/Store | | 15,000.00 | |
| 3/8 | | Online Transfer to Bridgegate Management Business Checking xxxxxx2641 Ref #Ib0382Wclm on 03/08/17 | | 38,000.00 | |
| 3/8 | | Online Transfer to Bridgegate Management Business Market Rate Savings xxxxxx5280 Ref #Ib0382Wdy4 on 03/08/17 | | 10,000.00 | |
| 3/8 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 31,990.00 |
| 3/9 | | Wire Trans Svc Charge - Sequence: 170309142950 Srf# 0063009068161834 Tm#170309142950 Rfb# | | 30.00 | |
| 3/9 | | WT Fed#05059 Bank of America, N /Ftr/Bnf=Renewable Technologies Solutions Srf# 0063009068161834 Tm#170309142950 Rfb# | | 30,000.00 | 1,960.00 |
| 3/15 | | Online Transfer to Techno Cams Business Checking xxxxxx4982 Ref #Ib038M7Sk5 on 03/15/17 | | 1,800.00 | 160.00 |
| 3/16 | | Online Transfer to IV Management Business Checking xxxxxx2633 Ref #Ib038Pzd2G on 03/16/17 | | 50.00 | 110.00 |
| 3/20 | | Online Transfer to Griffithe G Everyday Checking xxxxxx9867 Ref #Ib038Vkftm on 03/18/17 | | 100.00 | 10.00 |
| Ending balance on 3/31 | | | | | 10.00 |
| Totals | | | $200,010.00 | $200,010.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2017 - 03/31/2017 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to a Platinum Business Checking account. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | -$5.00 ☐ |
| · Average ledger balance | $6,000.00 | $1,435.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · The fee is waived when linked to a Platinum Business Checking account | | |

WHWH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Sheet Seq = 0164748
Sheet 00003 of 00003

SEC-WFB-E-0000124

Primary account number: ███████8900   ■ March 1, 2017 - March 31, 2017   ■ Page 6 of 6



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                             $ _____
your account which are not                             $ _____
shown on your statement.                           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2016 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RENEWABLE TECHNOLOGIES SOLUTION, INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA, CA 92881-0785

# Your Business Advantage Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017          Account number: ▇▇▇▇ 8170

**RENEWABLE TECHNOLOGIES SOLUTION, INC     DBA BRIDGEGATE MARKETING SPECIALIST**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on April 1, 2017 | -$1,810.08 | # of deposits/credits: 14 |
| Deposits and other credits | 86,773.50 | # of withdrawals/debits: 46 |
| Withdrawals and other debits | -81,497.07 | # of items-previous cycle[1]: 0 |
| Checks | -3,890.22 | # of days in cycle: 30 |
| Service fees | -518.00 | Average ledger balance: $1,502.64 |
| **Ending balance on April 30, 2017** | **-$941.87** | [1]*Includes checks paid,deposited items&other debits* |



Bank of America **Business Advantage**

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during **National Small Business Week,** April 30–May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path to long-term growth. Visit **bankofamerica.com/bizweek** today.

Bank of America, N.A. ©2017 Bank of America Corporation. | ARSG7DYC | SSM-01-17-2126.B

SEC-BOA-E-0000708

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

SEC-BOA-E-0000709

**Bank of America**

## Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ████ 8170  |  April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-31) | 717.38 |
| 04/03/17 | Counter Credit | 75,000.00 |
| 04/05/17 | BKOFAMERICA ATM 04/05 #000009572 DEPOSIT CORONA PLAZA      CORONA      CA | 2,500.00 |
| 04/06/17 | BKOFAMERICA ATM 04/06 #000005595 DEPOSIT CORONA PLAZA      CORONA      CA | 1,900.00 |
| 04/06/17 | CHECKCARD  0404 MC - FRONT DESK 8552755733   NV 7443106709569804366 | 199.70 |
| 04/11/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-10) | 717.38 |
| 04/12/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-11) | 717.38 |
| 04/13/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-12) | 717.38 |
| 04/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-13) | 717.38 |
| 04/20/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-19) | 717.38 |
| 04/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-20) | 717.38 |
| 04/24/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-21) | 717.38 |
| 04/25/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-24) | 717.38 |
| 04/26/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-25) | 717.38 |
| **Total deposits and other credits** | | **$86,773.50** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/17 | AZTEC LEASING IN DES:ACH        ID████        INDN:RENEWABLE TECHNOLOGIES  CO ID:████        CCD  PMT INFO:OFFICE EQUIPMENT LEASE | -6,157.30 |
| 04/03/17 | MERCHANTS CAP    DES:ADV PYMT   ID:████        INDN:Renewable Technologies  CO ID:████        CCD | -717.38 |
| 04/03/17 | GEICO        DES:PREM COLL  ID████        E  INDN:GUY GRIFFITHE        CO ID:████        PPD | -597.27 |
| 04/04/17 | Online Banking transfer to CHK 5656 Confirmation# 6431807723 | -200.00 |
| 04/04/17 | Online Banking transfer to CHK 1366 Confirmation# 6331810195 | -200.00 |

*continued on the next page*



**Small Business Online Banking**

**TIP OF THE MONTH**

# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

SEC-BOA-E-0000710

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ████ 8170  |  April 1, 2017 to April 30, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/17 | WIRE TYPE:WIRE OUT DATE:170404 TIME:1228 ET TRN:2017040400251710 SERVICE REF:007300 BNF:STAGESTOP 6, LLC ID:████████ BNF BK:ALPINE B ANK ID:████████ PMT DET:198019722 MARCH RENT | -36,700.00 |
| 04/04/17 | Online Banking Transfer Conf# 4gf5s0ite; ████ | -1,000.00 |
| 04/04/17 | Online Banking Transfer Conf# 178bhjarc; ████ | -2,500.00 |
| 04/04/17 | AMERICAN EXPRESS DES:ACH PMT  ID:████ INDN:Renewable Technolog So  CO ID:████ WEB | -6,734.51 |
| 04/04/17 | AMERICAN EXPRESS DES:ACH PMT  ID:████ INDN:Renewable Technolog So  CO ID:1████ WEB | -5,737.41 |
| 04/04/17 | AMERICAN EXPRESS DES:ACH PMT  ID:████ INDN:Renewable Technolog So  CO ID:████ WEB | -5,569.22 |
| 04/04/17 | AMERICAN EXPRESS DES:ACH PMT  ID:████ INDN:Renewable Technolog So  CO ID:████ WEB | -2,890.20 |
| 04/05/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:1████ CCD | -717.38 |
| 04/05/17 | MERRICK BANK COR DES:PHONE PMT ID:████ INDN████ CO ID████ PPD | -644.91 |
| 04/06/17 | Online Banking Transfer Conf# qm3si4a5s; ████ | -600.00 |
| 04/06/17 | COMENITY PAY OH  DES:WEB PYMT  ID████ INDN████ CO ID:████ WEB | -2,592.15 |
| 04/06/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████6 CCD | -717.38 |
| 04/07/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/10/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/11/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/12/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:1████ CCD | -717.38 |
| 04/13/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/19/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/20/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/21/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/24/17 | MERCHANTS CAP  DES:ADV PYMT  ID:████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |
| 04/25/17 | MERCHANTS CAP  DES:ADV PYMT  ID████ INDN:Renewable Technologies  CO ID:████ CCD | -717.38 |

Card account # XXXX XXXX XXXX 9955

| Date | Description | Amount |
|------|-------------|--------|
| 04/07/17 | CHECKCARD  0407 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692167097000604177497 RECURRING CKCD 4899 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -18.21 |
| 04/18/17 | CHECKCARD  0417 Experian  *CreditRepo 866-3690415  CA 24906471707038387398350 RECURRING CKCD 5968 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -29.95 |
| **Subtotal for card account # XXXX XXXX XXXX 9955** | | **-$48.16** |
| **Total withdrawals and other debits** | | **-$81,497.07** |

SEC-BOA-E-0000711



**Your checking account**

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account #▮▮▮▮▮ 8170   |   April 1, 2017 to April 30, 2017

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 04/03/17 | 5042 | -3,890.22 |
| **Total checks** | | **-$3,890.22** |
| **Total # of checks** | | **1** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $140.00 | $700.00 |
| Total NSF: Returned Item fees | $315.00 | $910.00 |

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/03/17 | Extended Overdrawn Balance Charge | -35.00 |
| 04/03/17 | Cash Deposit Processing | -21.00 |
| 04/03/17 | Monthly Fee for Addt'l Checking | -12.00 |
| 04/04/17 | Wire Transfer Fee | -30.00 |
| 04/07/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-07 | -35.00 |
| 04/10/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-10 | -35.00 |
| 04/11/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-11 | -35.00 |
| 04/12/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-12 | -35.00 |
| 04/13/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-13 | -35.00 |
| 04/14/17 | Extended Overdrawn Balance Charge | -35.00 |
| 04/18/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-18 | -35.00 |
| 04/19/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-19 | -35.00 |
| 04/20/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-20 | -35.00 |
| 04/21/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-21 | -35.00 |
| 04/24/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-24 | -35.00 |
| 04/25/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 04-25 | -35.00 |

**Total service fees** — **-$518.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

SEC-BOA-E-0000712

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account #▮▮▮▮ 8170  |  April 1, 2017 to April 30, 2017

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 04/01 | -1,810.08 | 04/10 | -1,279.30 | 04/19 | -1,519.25 |
| 04/03 | 62,477.13 | 04/11 | -1,314.30 | 04/20 | -1,554.25 |
| 04/04 | 915.79 | 04/12 | -1,349.30 | 04/21 | -1,589.25 |
| 04/05 | 2,053.50 | 04/13 | -1,384.30 | 04/24 | -1,624.25 |
| 04/06 | 243.67 | 04/14 | -701.92 | 04/25 | -1,659.25 |
| 04/07 | -526.92 | 04/18 | -766.87 | 04/26 | -941.87 |

SEC-BOA-E-0000713