# **Exhibit 2**

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 9/9/2015 | $ 8,750.00 | $ 8,750.00 |
| RTSI Account 8170 | 9/9/2015 | $ 43.34 | $ 43.34 |
| RTSI Account 8170 | 9/9/2015 | $ 23.22 | $ 23.22 |
| RTSI Account 8170 | 9/14/2015 | $ 618.78 | $ 618.78 |
| RTSI Account 8170 | 9/14/2015 | $ 536.20 | $ 536.20 |
| RTSI Account 8170 | 9/14/2015 | $ 522.05 | $ 358.12 |
| RTSI Account 8170 | 9/15/2015 | $ 8,107.31 | $ 8,107.31 |
| RTSI Account 8170 | 9/15/2015 | $ 3,750.00 | $ 3,750.00 |
| RTSI Account 8170 | 9/15/2015 | $ 1,959.00 | $ 1,959.00 |
| RTSI Account 8170 | 9/15/2015 | $ 806.39 | $ 806.39 |
| RTSI Account 8170 | 9/15/2015 | $ 183.98 | $ 183.98 |
| RTSI Account 8170 | 9/15/2015 | $ 150.23 | $ 150.23 |
| RTSI Account 8170 | 9/15/2015 | $ 21.71 | $ 21.71 |
| RTSI Account 8170 | 9/16/2015 | $ 240.00 | $ 240.00 |
| RTSI Account 8170 | 9/16/2015 | $ 150.00 | $ 150.00 |
| RTSI Account 8170 | 9/16/2015 | $ 72.43 | $ 72.43 |
| RTSI Account 8170 | 9/16/2015 | $ 71.27 | $ 71.27 |
| RTSI Account 8170 | 9/16/2015 | $ 20.01 | $ 20.01 |
| RTSI Account 8170 | 9/17/2015 | $ 369.35 | $ 369.35 |
| RTSI Account 8170 | 9/18/2015 | $ 1,000.00 | $ 1,000.00 |
| RTSI Account 8170 | 9/21/2015 | $ 295.00 | $ 295.00 |
| RTSI Account 8170 | 9/21/2015 | $ 214.32 | $ 214.32 |
| RTSI Account 8170 | 9/21/2015 | $ 71.63 | $ 71.63 |
| RTSI Account 8170 | 9/25/2015 | $ 844.00 | $ 844.00 |
| RTSI Account 8170 | 9/25/2015 | $ 480.00 | $ 480.00 |
| RTSI Account 8170 | 9/25/2015 | $ 40.00 | $ 40.00 |
| RTSI Account 8170 | 9/28/2015 | $ 112.29 | $ 112.29 |
| RTSI Account 8170 | 9/28/2015 | $ 73.43 | $ 73.43 |
| RTSI Account 8170 | 9/28/2015 | $ 72.37 | $ 72.37 |
| RTSI Account 8170 | 9/28/2015 | $ 16.94 | $ 16.94 |
| RTSI Account 8170 | 9/28/2015 | $ 16.19 | $ 16.19 |
| RTSI Account 8170 | 9/28/2015 | $ 6.81 | $ 6.81 |
| RTSI Account 8170 | 9/28/2015 | $ 6.03 | $ 6.03 |
| RTSI Account 8170 | 9/28/2015 | $ 5.62 | $ 5.62 |
| RTSI Account 8170 | 9/29/2015 | $ 23.99 | $ 23.99 |
| RTSI Account 8170 | 9/30/2015 | $ 62.09 | $ 62.09 |
| RTSI Account 8170 | 10/1/2015 | $ 223.07 | $ 223.07 |
| RTSI Account 1366 | 10/1/2015 | $ 57.00 | $ 57.00 |
| RTSI Account 8170 | 10/2/2015 | $ 43.00 | $ 43.00 |
| RTSI Account 8170 | 10/5/2015 | $ 80.78 | $ 80.78 |
| RTSI Account 8170 | 10/5/2015 | $ 19.71 | $ 19.71 |
| RTSI Account 8170 | 10/5/2015 | $ 14.58 | $ 14.58 |
| RTSI Account 8170 | 10/6/2015 | $ 430.00 | $ 430.00 |
| RTSI Account 8170 | 10/6/2015 | $ 71.58 | $ 71.58 |
| RTSI Account 8170 | 10/6/2015 | $ 16.45 | $ 16.45 |
| RTSI Account 8170 | 10/7/2015 | $ 200.00 | $ 200.00 |
| RTSI Account 5656 | 10/7/2015 | $ 3.43 | $ 3.43 |
| RTSI Account 8170 | 10/16/2015 | $ 240.00 | $ 94.06 |
| RTSI Account 8170 | 10/26/2015 | $ 363.73 | $ 363.73 |
| RTSI Account 8170 | 10/26/2015 | $ 360.00 | $ 360.00 |
| RTSI Account 8170 | 10/26/2015 | $ 200.00 | $ 188.45 |
| RTSI Account 8170 | 10/27/2015 | $ 3,414.66 | $ 3,414.66 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 10/27/2015 | $ 238.85 | $ 238.85 |
| RTSI Account 8170 | 10/27/2015 | $ 11.00 | $ 11.00 |
| RTSI Account 8170 | 10/27/2015 | $ 6.60 | $ 6.60 |
| RTSI Account 8170 | 10/28/2015 | $ 9,870.00 | $ 9,870.00 |
| RTSI Account 8170 | 10/28/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 10/28/2015 | $ 2,405.00 | $ 2,405.00 |
| RTSI Account 8170 | 10/28/2015 | $ 215.32 | $ 215.32 |
| RTSI Account 8170 | 10/28/2015 | $ 149.20 | $ 149.20 |
| RTSI Account 8170 | 10/28/2015 | $ 53.98 | $ 53.98 |
| RTSI Account 8170 | 10/28/2015 | $ 49.19 | $ 49.19 |
| RTSI Account 8170 | 10/29/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 10/29/2015 | $ 80.00 | $ 38.70 |
| RTSI Account 8170 | 10/30/2015 | $ 167.81 | $ 167.81 |
| RTSI Account 8170 | 11/2/2015 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 11/2/2015 | $ 1,000.00 | $ 1,000.00 |
| RTSI Account 8170 | 11/2/2015 | $ 370.90 | $ 370.90 |
| RTSI Account 8170 | 11/2/2015 | $ 160.77 | $ 160.77 |
| RTSI Account 8170 | 11/2/2015 | $ 140.00 | $ 140.00 |
| RTSI Account 8170 | 11/2/2015 | $ 134.45 | $ 134.45 |
| RTSI Account 8170 | 11/2/2015 | $ 73.00 | $ 73.00 |
| RTSI Account 1366 | 11/2/2015 | $ 57.00 | $ 57.00 |
| RTSI Account 8170 | 11/2/2015 | $ 30.85 | $ 30.85 |
| RTSI Account 8170 | 11/2/2015 | $ 22.73 | $ 22.73 |
| RTSI Account 8170 | 11/2/2015 | $ 15.00 | $ 15.00 |
| RTSI Account 8170 | 11/3/2015 | $ 1,000.00 | $ 1,000.00 |
| RTSI Account 8170 | 11/3/2015 | $ 950.44 | $ 950.44 |
| RTSI Account 8170 | 11/3/2015 | $ 798.25 | $ 798.25 |
| RTSI Account 8170 | 11/3/2015 | $ 730.42 | $ 730.42 |
| RTSI Account 8170 | 11/3/2015 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 11/3/2015 | $ 334.04 | $ 334.04 |
| RTSI Account 8170 | 11/3/2015 | $ 24.12 | $ 24.12 |
| RTSI Account 8170 | 11/3/2015 | $ 9.10 | $ 9.10 |
| RTSI Account 8170 | 11/3/2015 | $ 3.38 | $ 3.38 |
| RTSI Account 8170 | 11/4/2015 | $ 6,934.31 | $ 6,934.31 |
| RTSI Account 8170 | 11/4/2015 | $ 864.44 | $ 864.44 |
| RTSI Account 8170 | 11/4/2015 | $ 236.00 | $ 236.00 |
| RTSI Account 8170 | 11/4/2015 | $ 109.84 | $ 109.84 |
| RTSI Account 8170 | 11/4/2015 | $ 80.00 | $ 80.00 |
| RTSI Account 8170 | 11/4/2015 | $ 19.08 | $ 19.08 |
| RTSI Account 8170 | 11/4/2015 | $ 13.50 | $ 13.50 |
| RTSI Account 8170 | 11/4/2015 | $ 10.86 | $ 10.86 |
| RTSI Account 8170 | 11/4/2015 | $ 8.00 | $ 8.00 |
| RTSI Account 8170 | 11/5/2015 | $ 58.12 | $ 58.12 |
| RTSI Account 8170 | 11/5/2015 | $ 7.89 | $ 7.89 |
| RTSI Account 8170 | 11/5/2015 | $ 3.38 | $ 3.38 |
| RTSI Account 8170 | 11/6/2015 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 11/6/2015 | $ 363.28 | $ 363.28 |
| RTSI Account 8170 | 11/6/2015 | $ 159.78 | $ 159.78 |
| RTSI Account 8170 | 11/9/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 11/9/2015 | $ 738.00 | $ 738.00 |
| RTSI Account 8170 | 11/9/2015 | $ 360.00 | $ 360.00 |
| RTSI Account 8170 | 11/9/2015 | $ 234.02 | $ 234.02 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 11/9/2015 | $ 175.46 | $ 175.46 |
| RTSI Account 8170 | 11/9/2015 | $ 95.00 | $ 95.00 |
| RTSI Account 8170 | 11/9/2015 | $ 70.11 | $ 70.11 |
| RTSI Account 8170 | 11/9/2015 | $ 33.59 | $ 21.11 |
| RTSI Account 8170 | 11/12/2015 | $ 5,435.00 | $ 5,435.00 |
| RTSI Account 8170 | 11/13/2015 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 11/16/2015 | $ 2,300.00 | $ 2,300.00 |
| RTSI Account 8170 | 11/16/2015 | $ 388.00 | $ 388.00 |
| RTSI Account 8170 | 11/16/2015 | $ 240.00 | $ 240.00 |
| RTSI Account 8170 | 11/16/2015 | $ 185.26 | $ 185.26 |
| RTSI Account 8170 | 11/16/2015 | $ 150.00 | $ 150.00 |
| RTSI Account 8170 | 11/16/2015 | $ 132.00 | $ 132.00 |
| RTSI Account 8170 | 11/16/2015 | $ 85.00 | $ 85.00 |
| RTSI Account 8170 | 11/16/2015 | $ 73.39 | $ 73.39 |
| RTSI Account 8170 | 11/16/2015 | $ 32.39 | $ 32.39 |
| RTSI Account 8170 | 11/16/2015 | $ 25.85 | $ 25.85 |
| RTSI Account 8170 | 11/16/2015 | $ 6.28 | $ 6.28 |
| RTSI Account 8170 | 11/17/2015 | $ 30.00 | $ 30.00 |
| RTSI Account 8170 | 11/23/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 11/23/2015 | $ 424.34 | $ 424.34 |
| RTSI Account 8170 | 11/23/2015 | $ 188.46 | $ 188.46 |
| RTSI Account 8170 | 11/23/2015 | $ 176.82 | $ 176.82 |
| RTSI Account 8170 | 11/23/2015 | $ 114.26 | $ 114.26 |
| RTSI Account 8170 | 11/23/2015 | $ 107.98 | $ 107.98 |
| RTSI Account 8170 | 11/23/2015 | $ 101.49 | $ 101.49 |
| RTSI Account 8170 | 11/23/2015 | $ 67.46 | $ 67.46 |
| RTSI Account 8170 | 11/23/2015 | $ 38.86 | $ 38.86 |
| RTSI Account 8170 | 11/23/2015 | $ 14.70 | $ 14.70 |
| RTSI Account 8170 | 11/23/2015 | $ 5.40 | $ 5.40 |
| RTSI Account 8170 | 11/23/2015 | $ 5.00 | $ 5.00 |
| RTSI Account 8170 | 11/25/2015 | $ 200.00 | $ 200.00 |
| RTSI Account 8170 | 11/25/2015 | $ 113.20 | $ 113.20 |
| RTSI Account 8170 | 11/30/2015 | $ 4,042.26 | $ 4,042.26 |
| RTSI Account 8170 | 11/30/2015 | $ 269.85 | $ 269.85 |
| RTSI Account 8170 | 11/30/2015 | $ 64.57 | $ 64.57 |
| RTSI Account 8170 | 11/30/2015 | $ 23.27 | $ 23.27 |
| RTSI Account 8170 | 12/1/2015 | $ 256.95 | $ 256.95 |
| RTSI Account 8170 | 12/1/2015 | $ 25.02 | $ 25.02 |
| RTSI Account 8170 | 12/1/2015 | $ 4.70 | $ 4.70 |
| RTSI Account 8170 | 12/2/2015 | $ 975.00 | $ 975.00 |
| RTSI Account 8170 | 12/2/2015 | $ 500.00 | $ 500.00 |
| RTSI Account 1366 | 12/2/2015 | $ 57.00 | $ 57.00 |
| RTSI Account 8170 | 12/4/2015 | $ 43.19 | $ 43.19 |
| RTSI Account 8170 | 12/7/2015 | $ 200.00 | $ 200.00 |
| RTSI Account 8170 | 12/7/2015 | $ 60.47 | $ 60.47 |
| RTSI Account 8170 | 12/7/2015 | $ 58.02 | $ 58.02 |
| RTSI Account 8170 | 12/7/2015 | $ 7.67 | $ 7.67 |
| RTSI Account 8170 | 12/7/2015 | $ 3.38 | $ 3.38 |
| RTSI Account 8170 | 12/7/2015 | $ 3.00 | $ 3.00 |
| RTSI Account 8170 | 12/8/2015 | $ 23.51 | $ 23.51 |
| RTSI Account 8170 | 12/9/2015 | $ 60.19 | $ 60.19 |
| RTSI Account 8170 | 12/9/2015 | $ 4.00 | $ 4.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 12/10/2015 | $ 68.55 | $ 68.55 |
| RTSI Account 8170 | 12/11/2015 | $ 39.73 | $ 39.73 |
| Griffithe Account 2576 | 12/14/2015 | $ 131.60 | $ 131.60 |
| Griffithe Account 2576 | 12/14/2015 | $ 131.60 | $ 131.60 |
| Griffithe Account 2576 | 12/14/2015 | $ 84.00 | $ 84.00 |
| RTSI Account 8170 | 12/14/2015 | $ 64.85 | $ 64.85 |
| Griffithe Account 2576 | 12/14/2015 | $ 50.00 | $ 16.27 |
| RTSI Account 8170 | 12/14/2015 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 12/14/2015 | $ 19.99 | $ 19.99 |
| RTSI Account 8170 | 12/14/2015 | $ 4.19 | $ 4.19 |
| RTSI Account 8170 | 12/16/2015 | $ 240.00 | $ 101.11 |
| Griffithe Account 9867 | 12/21/2015 | $ 89.00 | $ 33.03 |
| RTSI Account 8170 | 1/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 1/15/2016 | $ 2.00 | $ 2.00 |
| RTSI Account 8170 | 1/16/2016 | $ 240.00 | $ 240.00 |
| RTSI Account 8170 | 2/4/2016 | $ 242.82 | $ 242.82 |
| RTSI Account 8170 | 2/4/2016 | $ 120.00 | $ 120.00 |
| RTSI Account 8170 | 2/4/2016 | $ 62.48 | $ 62.48 |
| RTSI Account 8170 | 2/6/2016 | $ 1,500.01 | $ 1,500.01 |
| RTSI Account 8170 | 2/8/2016 | $ 955.78 | $ 955.78 |
| RTSI Account 8170 | 2/9/2016 | $ 41.27 | $ 41.27 |
| RTSI Account 8170 | 2/12/2016 | $ 149.99 | $ 149.99 |
| RTSI Account 8170 | 2/12/2016 | $ 64.85 | $ 64.85 |
| RTSI Account 8170 | 2/13/2016 | $ 38.02 | $ 38.02 |
| RTSI Account 8170 | 2/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 2/15/2016 | $ 724.20 | $ 724.20 |
| RTSI Account 8170 | 2/16/2016 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 2/23/2016 | $ 17.95 | $ 17.95 |
| RTSI Account 1366 | 3/2/2016 | $ 57.00 | $ 57.00 |
| RTSI Account 8170 | 4/20/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 4/20/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 4/20/2016 | $ 12.00 | $ 12.00 |
| RTSI Account 8170 | 4/21/2016 | $ 58.30 | $ 58.30 |
| RTSI Account 8170 | 4/22/2016 | $ 2.04 | $ 2.04 |
| RTSI Account 8170 | 4/23/2016 | $ 17.95 | $ 17.95 |
| RTSI Account 8170 | 4/23/2016 | $ 1.69 | $ 1.69 |
| RTSI Account 8170 | 4/23/2016 | $ 0.50 | $ 0.50 |
| RTSI Account 8170 | 4/25/2016 | $ 72.34 | $ 72.34 |
| RTSI Account 8170 | 4/25/2016 | $ 1.69 | $ 1.69 |
| RTSI Account 8170 | 4/26/2016 | $ 1.69 | $ 1.69 |
| RTSI Account 8170 | 5/11/2016 | $ 25,000.00 | $ 25,000.00 |
| RTSI Account 8170 | 5/11/2016 | $ 12,818.76 | $ 12,818.76 |
| RTSI Account 8170 | 5/12/2016 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 5/12/2016 | $ 64.85 | $ 64.85 |
| RTSI Account 1366 | 5/13/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 5/13/2016 | $ 400.00 | $ 400.00 |
| RTSI Account 8170 | 5/13/2016 | $ 295.00 | $ 295.00 |
| RTSI Account 8170 | 5/13/2016 | $ 70.20 | $ 70.20 |
| RTSI Account 8170 | 5/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 5/15/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 5/16/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 5/16/2016 | $ 220.00 | $ 220.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 5/19/2016 | $ 50.35 | $ 50.35 |
| RTSI Account 8170 | 5/19/2016 | $ 34.00 | $ 34.00 |
| RTSI Account 8170 | 5/25/2016 | $ 60,000.00 | $ 478.07 |
| RTSI Account 8170 | 5/27/2016 | $ 50,000.00 | $ 50,000.00 |
| RTSI Account 8170 | 5/27/2016 | $ 28,966.63 | $ 28,966.63 |
| RTSI Account 8170 | 5/31/2016 | $ 15,750.00 | $ 15,750.00 |
| RTSI Account 8170 | 5/31/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 1366 | 5/31/2016 | $ 57.00 | $ 54.96 |
| RTSI Account 8170 | 6/1/2016 | $ 32.00 | $ 32.00 |
| RTSI Account 8170 | 6/2/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 6/2/2016 | $ 15.60 | $ 15.60 |
| RTSI Account 8170 | 6/3/2016 | $ 491.27 | $ 491.27 |
| RTSI Account 8170 | 6/4/2016 | $ 64.37 | $ 64.37 |
| RTSI Account 8170 | 6/4/2016 | $ 15.11 | $ 15.11 |
| RTSI Account 8170 | 6/5/2016 | $ 103.39 | $ 103.39 |
| RTSI Account 8170 | 6/5/2016 | $ 92.59 | $ 92.59 |
| RTSI Account 8170 | 6/5/2016 | $ 45.04 | $ 45.04 |
| RTSI Account 8170 | 6/6/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 6/7/2016 | $ 2,500.00 | $ 2,500.00 |
| RTSI Account 8170 | 6/8/2016 | $ 52.76 | $ 52.76 |
| RTSI Account 8170 | 6/8/2016 | $ 40.00 | $ 40.00 |
| RTSI Account 8170 | 6/8/2016 | $ 0.99 | $ 0.99 |
| RTSI Account 8170 | 6/9/2016 | $ 305.84 | $ 305.84 |
| RTSI Account 8170 | 6/9/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 6/10/2016 | $ 30,000.00 | $ 30,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 6/12/2016 | $ 3,991.00 | $ 3,991.00 |
| RTSI Account 8170 | 6/12/2016 | $ 64.85 | $ 64.85 |
| RTSI Account 8170 | 6/12/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 6/13/2016 | $ 50.42 | $ 50.42 |
| RTSI Account 8170 | 6/13/2016 | $ 42.30 | $ 42.30 |
| RTSI Account 8170 | 6/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 6/14/2016 | $ 73,150.00 | $ 73,150.00 |
| RTSI Account 8170 | 6/14/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 6/15/2016 | $ 25,000.00 | $ 25,000.00 |
| RTSI Account 8170 | 6/15/2016 | $ 530.00 | $ 530.00 |
| RTSI Account 8170 | 6/15/2016 | $ 266.50 | $ 266.50 |
| RTSI Account 8170 | 6/15/2016 | $ 245.42 | $ 245.42 |
| RTSI Account 8170 | 6/15/2016 | $ 230.75 | $ 230.75 |
| RTSI Account 8170 | 6/16/2016 | $ 1,000.00 | $ 1,000.00 |
| RTSI Account 8170 | 6/16/2016 | $ 588.40 | $ 588.40 |
| RTSI Account 8170 | 6/16/2016 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 6/16/2016 | $ 113.00 | $ 113.00 |
| RTSI Account 8170 | 6/16/2016 | $ 71.20 | $ 71.20 |
| RTSI Account 8170 | 6/17/2016 | $ 2,500.00 | $ 2,500.00 |
| RTSI Account 8170 | 6/17/2016 | $ 1,350.00 | $ 1,350.00 |
| RTSI Account 8170 | 6/17/2016 | $ 324.41 | $ 324.41 |
| RTSI Account 8170 | 6/17/2016 | $ 33.34 | $ 33.34 |
| RTSI Account 8170 | 6/18/2016 | $ 3,991.00 | $ 3,991.00 |
| RTSI Account 8170 | 6/19/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 6/20/2016 | $ 330.00 | $ 330.00 |
| RTSI Account 8170 | 6/20/2016 | $ 58.05 | $ 58.05 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 6/20/2016 | $ 11.00 | $ 11.00 |
| RTSI Account 8170 | 6/20/2016 | $ 9.00 | $ 9.00 |
| RTSI Account 8170 | 6/23/2016 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 6/23/2016 | $ 17.95 | $ 17.95 |
| RTSI Account 8170 | 6/23/2016 | $ 4.99 | $ 4.99 |
| RTSI Account 8170 | 6/24/2016 | $ 30,000.00 | $ 30,000.00 |
| RTSI Account 8170 | 6/24/2016 | $ 18,000.00 | $ 18,000.00 |
| RTSI Account 8170 | 6/24/2016 | $ 8,340.00 | $ 8,340.00 |
| RTSI Account 8170 | 6/24/2016 | $ 326.45 | $ 326.45 |
| RTSI Account 8170 | 6/24/2016 | $ 55.19 | $ 55.19 |
| RTSI Account 8170 | 6/25/2016 | $ 10.00 | $ 10.00 |
| RTSI Account 8170 | 6/27/2016 | $ 25,000.00 | $ 24,958.36 |
| RTSI Account 8170 | 6/28/2016 | $ 26,397.00 | $ 26,397.00 |
| RTSI Account 8170 | 6/28/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 6/28/2016 | $ 777.66 | $ 777.66 |
| RTSI Account 8170 | 6/28/2016 | $ 17.99 | $ 17.99 |
| RTSI Account 8170 | 6/29/2016 | $ 8,000.00 | $ 8,000.00 |
| RTSI Account 8170 | 6/29/2016 | $ 4,481.11 | $ 4,481.11 |
| RTSI Account 8170 | 6/30/2016 | $ 75,000.00 | $ 75,000.00 |
| RTSI Account 8170 | 6/30/2016 | $ 26,000.00 | $ 26,000.00 |
| RTSI Account 8170 | 6/30/2016 | $ 1,500.00 | $ 1,500.00 |
| RTSI Account 8170 | 6/30/2016 | $ 585.00 | $ 585.00 |
| RTSI Account 1366 | 6/30/2016 | $ 57.00 | $ 57.00 |
| RTSI Account 8170 | 7/1/2016 | $ 59.99 | $ 59.99 |
| RTSI Account 8170 | 7/2/2016 | $ 249.98 | $ 249.98 |
| RTSI Account 8170 | 7/2/2016 | $ 58.00 | $ 58.00 |
| RTSI Account 8170 | 7/3/2016 | $ 404.20 | $ 404.20 |
| RTSI Account 8170 | 7/3/2016 | $ 404.20 | $ 404.20 |
| RTSI Account 8170 | 7/3/2016 | $ 55.45 | $ 55.45 |
| RTSI Account 8170 | 7/3/2016 | $ 23.85 | $ 23.85 |
| RTSI Account 8170 | 7/3/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 7/4/2016 | $ 354.84 | $ 354.84 |
| RTSI Account 8170 | 7/4/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 7/5/2016 | $ 2,283.06 | $ 2,283.06 |
| RTSI Account 8170 | 7/5/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 7/5/2016 | $ 1,261.95 | $ 1,261.95 |
| RTSI Account 8170 | 7/5/2016 | $ 153.29 | $ 153.29 |
| RTSI Account 8170 | 7/5/2016 | $ 24.00 | $ 24.00 |
| RTSI Account 8170 | 7/6/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 7/6/2016 | $ 763.19 | $ 763.19 |
| RTSI Account 8170 | 7/6/2016 | $ 608.24 | $ 608.24 |
| RTSI Account 8170 | 7/6/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 7/6/2016 | $ 244.92 | $ 244.92 |
| RTSI Account 8170 | 7/6/2016 | $ 34.57 | $ 34.57 |
| RTSI Account 8170 | 7/6/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 7/7/2016 | $ 225,000.00 | $ 225,000.00 |
| RTSI Account 8170 | 7/7/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 7/7/2016 | $ 0.99 | $ 0.99 |
| RTSI Account 8170 | 7/8/2016 | $ 33.40 | $ 33.40 |
| RTSI Account 8170 | 7/8/2016 | $ 6.00 | $ 6.00 |
| RTSI Account 8170 | 7/8/2016 | $ 2.00 | $ 2.00 |
| RTSI Account 8170 | 7/10/2016 | $ 8,123.16 | $ 8,123.16 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 7/10/2016 | $ 45.00 | $ 45.00 |
| RTSI Account 8170 | 7/10/2016 | $ 0.63 | $ 0.63 |
| RTSI Account 8170 | 7/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 7/14/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 7/15/2016 | $ 20,664.53 | $ 20,664.53 |
| RTSI Account 8170 | 7/15/2016 | $ 79.00 | $ 79.00 |
| RTSI Account 8170 | 7/15/2016 | $ 3.00 | $ 3.00 |
| RTSI Account 8170 | 7/16/2016 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 7/16/2016 | $ 150.00 | $ 150.00 |
| RTSI Account 8170 | 7/16/2016 | $ 47.55 | $ 47.55 |
| RTSI Account 8170 | 7/16/2016 | $ 1.00 | $ 1.00 |
| RTSI Account 8170 | 7/18/2016 | $ 3,994.79 | $ 634.93 |
| RTSI Account 8170 | 7/23/2016 | $ 67.00 | $ 67.00 |
| RTSI Account 8170 | 7/23/2016 | $ 20.42 | $ 20.42 |
| RTSI Account 8170 | 7/23/2016 | $ 17.95 | $ 17.95 |
| RTSI Account 8170 | 7/23/2016 | $ 4.69 | $ 4.69 |
| RTSI Account 8170 | 7/24/2016 | $ 193.27 | $ 193.27 |
| RTSI Account 8170 | 7/24/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 7/26/2016 | $ 53.00 | $ 53.00 |
| RTSI Account 8170 | 7/26/2016 | $ 4.99 | $ 4.99 |
| Griffithe Account 8277 | 7/30/2016 | $ 814.20 | $ 581.64 |
| RTSI Account 8170 | 7/31/2016 | $ 20.80 | $ 20.80 |
| RTSI Account 8170 | 7/31/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 7/31/2016 | $ 2.83 | $ 2.83 |
| Griffithe Account 9867 | 8/1/2016 | $ 407.56 | $ 407.56 |
| RTSI Account 8170 | 8/1/2016 | $ 16.51 | $ 16.51 |
| Griffithe Account 9867 | 8/1/2016 | $ 14.42 | $ 14.42 |
| Griffithe Account 9867 | 8/1/2016 | $ 12.45 | $ 12.45 |
| RTSI Account 1366 | 8/2/2016 | $ 57.00 | $ 57.00 |
| Griffithe Account 2576 | 8/4/2016 | $ 40.00 | $ 40.00 |
| Griffithe Account 8277 | 8/8/2016 | $ 1,228.12 | $ 1,228.12 |
| Griffithe Account 8277 | 8/8/2016 | $ 350.00 | $ 350.00 |
| Griffithe Account 8277 | 8/8/2016 | $ 235.42 | $ 235.42 |
| Griffithe Account 8277 | 8/8/2016 | $ 200.00 | $ 200.00 |
| Griffithe Account 2576 | 8/8/2016 | $ 161.34 | $ 141.34 |
| RTSI Account 8170 | 8/10/2016 | $ 18.00 | $ 18.00 |
| RTSI Account 8170 | 8/10/2016 | $ 0.99 | $ 0.99 |
| RTSI Account 8170 | 8/12/2016 | $ 64.85 | $ 30.75 |
| Griffithe Account 9867 | 8/12/2016 | $ 14.85 | $ 14.85 |
| RTSI Account 8170 | 11/10/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 11/12/2016 | $ 0.99 | $ 0.99 |
| RTSI Account 8170 | 11/13/2016 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 11/14/2016 | $ 2,000.00 | $ 2,000.00 |
| RTSI Account 8170 | 11/14/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 11/14/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 11/14/2016 | $ 200.00 | $ 200.00 |
| RTSI Account 8170 | 11/22/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 11/29/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 11/30/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 12/1/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 1366 | 12/1/2016 | $ 60.00 | $ 60.00 |
| RTSI Account 8170 | 12/2/2016 | $ 717.38 | $ 331.27 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---:|---:|---:|
| RTSI Account 8170 | 12/16/2016 | $ 100,000.00 | $ 100,000.00 |
| RTSI Account 8170 | 12/16/2016 | $ 25,000.00 | $ 25,000.00 |
| RTSI Account 8170 | 12/16/2016 | $ 23,000.00 | $ 23,000.00 |
| RTSI Account 8170 | 12/17/2016 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 12/19/2016 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 12/27/2016 | $ 717.38 | $ 390.74 |
| RTSI Account 8170 | 1/3/2017 | $ 30,000.00 | $ 28,179.21 |
| RTSI Account 8170 | 1/4/2017 | $ 45,000.00 | $ 45,000.00 |
| RTSI Account 8170 | 1/4/2017 | $ 16,500.00 | $ 16,500.00 |
| RTSI Account 8170 | 1/4/2017 | $ 14,000.00 | $ 14,000.00 |
| RTSI Account 8170 | 1/4/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/5/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/5/2017 | $ 636.63 | $ 636.63 |
| RTSI Account 8170 | 1/5/2017 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 1/5/2017 | $ 494.31 | $ 494.31 |
| RTSI Account 8170 | 1/5/2017 | $ 378.15 | $ 378.15 |
| RTSI Account 8170 | 1/5/2017 | $ 161.50 | $ 161.50 |
| RTSI Account 8170 | 1/5/2017 | $ 117.00 | $ 117.00 |
| RTSI Account 8170 | 1/5/2017 | $ 79.80 | $ 79.80 |
| RTSI Account 8170 | 1/6/2017 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 1/6/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/6/2017 | $ 18.21 | $ 18.21 |
| RTSI Account 8170 | 1/9/2017 | $ 15,000.00 | $ 15,000.00 |
| RTSI Account 8170 | 1/9/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/10/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/10/2017 | $ 400.00 | $ 400.00 |
| RTSI Account 8170 | 1/11/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/11/2017 | $ 400.00 | $ 400.00 |
| RTSI Account 8170 | 1/12/2017 | $ 15,000.00 | $ 15,000.00 |
| RTSI Account 8170 | 1/12/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/13/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/13/2017 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 1/17/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/17/2017 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 1/25/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/26/2017 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 1/26/2017 | $ 3,000.00 | $ 3,000.00 |
| RTSI Account 8170 | 1/26/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/26/2017 | $ 196.94 | $ 196.94 |
| RTSI Account 8170 | 1/27/2017 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 1/27/2017 | $ 2,500.00 | $ 2,500.00 |
| RTSI Account 8170 | 1/27/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/30/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 1/31/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 1366 | 1/31/2017 | $ 60.00 | $ 60.00 |
| RTSI Account 8170 | 2/16/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 2/16/2017 | $ 220.00 | $ 220.00 |
| RTSI Account 8170 | 2/17/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 2/21/2017 | $ 717.38 | $ 340.75 |
| RTSI Account 8170 | 3/3/2017 | $ 18.21 | $ 18.21 |
| Bridgegate Account 2641 | 3/8/2017 | $ 36,538.00 | $ 36,538.00 |
| RTSI Account 8170 | 3/9/2017 | $ 25,000.00 | $ 25,000.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| Bridgegate Account 2641 | 3/10/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 9867 | 3/10/2017 | $ 51.00 | $ 51.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 200.00 | $ 200.00 |
| RTSI Account 8170 | 3/13/2017 | $ 29.95 | $ 29.95 |
| RTSI Account 8170 | 3/14/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8884 | 3/15/2017 | $ 1,800.00 | $ 1,800.00 |
| RTSI Account 8170 | 3/15/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 3/16/2017 | $ 717.38 | $ 689.69 |
| RTSI Account 8884 | 3/16/2017 | $ 50.00 | $ 50.00 |
| RTSI Account 8170 | 4/3/2017 | $ 6,157.30 | $ 6,157.30 |
| RTSI Account 8170 | 4/3/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 4/3/2017 | $ 597.27 | $ 597.27 |
| RTSI Account 1366 | 4/3/2017 | $ 60.00 | $ 60.00 |
| RTSI Account 8900 | 4/4/2017 | $ 10,000.00 | $ 10,000.00 |
| Bridgegate Account 2641 | 4/5/2017 | $ 124,000.00 | $ 124,000.00 |
| Bridgegate Account 2641 | 4/6/2017 | $ 30,000.00 | $ 30,000.00 |
| Bridgegate Account 2641 | 4/6/2017 | $ 2,500.00 | $ 2,500.00 |
| RTSI Account 8170 | 4/7/2017 | $ 717.38 | $ 717.38 |
| RTSI Account 8170 | 4/7/2017 | $ 18.21 | $ 18.21 |
| Griffithe Account 9867 | 4/11/2017 | $ 2,000.00 | $ 508.81 |
| Bridgegate Account 2641 | 4/12/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 9867 | 4/13/2017 | $ 250.00 | $ 250.00 |
| Griffithe Account 9867 | 4/13/2017 | $ 182.87 | $ 182.87 |
| Griffithe Account 9867 | 4/13/2017 | $ 99.61 | $ 99.61 |
| Bridgegate Account 2641 | 4/18/2017 | $ 2,500.00 | $ 1,388.50 |
| RTSI Account 8170 | 4/18/2017 | $ 29.95 | $ 29.95 |
| Griffithe Account 9867 | 4/19/2017 | $ 2,500.00 | $ 2,500.00 |
| Griffithe Account 9867 | 4/19/2017 | $ 1,500.00 | $ 1,500.00 |
| Griffithe Account 8277 | 4/19/2017 | $ 296.00 | $ 296.00 |
| Griffithe Account 9867 | 4/19/2017 | $ 242.38 | $ 242.38 |
| Griffithe Account 2576 | 4/19/2017 | $ 150.00 | $ 150.00 |
| Griffithe Account 9867 | 4/19/2017 | $ 141.00 | $ 141.00 |
| Griffithe Account 9867 | 4/19/2017 | $ 82.41 | $ 82.41 |
| Griffithe Account 9867 | 4/20/2017 | $ 4,500.00 | $ 4,500.00 |
| RTSI Account 8900 | 4/20/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 4/20/2017 | $ 50.00 | $ 50.00 |
| Griffithe Account 9867 | 4/20/2017 | $ 49.26 | $ 49.26 |
| Griffithe Account 9867 | 4/21/2017 | $ 400.00 | $ 400.00 |
| Griffithe Account 2576 | 4/21/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 4/24/2017 | $ 110.99 | $ 110.99 |
| Griffithe Account 9867 | 4/24/2017 | $ 96.32 | $ 96.32 |
| Griffithe Account 9867 | 4/24/2017 | $ 94.76 | $ 94.76 |
| Griffithe Account 2576 | 4/27/2017 | $ 200.00 | $ 200.00 |
| Bridgegate Account 2641 | 11/30/2017 | $ 5,000.00 | $ 393.25 |
| GAP LLC Account 1119 | 12/4/2017 | $ 7,500.00 | $ 6,695.00 |
| Griffithe Account 9867 | 12/4/2017 | $ 154.33 | $ 154.33 |
| Griffithe Account 2576 | 12/4/2017 | $ 81.76 | $ 81.76 |
| Griffithe Account 9867 | 12/4/2017 | $ 29.08 | $ 29.08 |
| Griffithe Account 9867 | 12/5/2017 | $ 1,630.00 | $ 1,258.91 |
| Bridgegate Account 2641 | 12/6/2017 | $ 6,000.00 | $ 5,084.43 |
| Griffithe Account 9867 | 12/6/2017 | $ 299.69 | $ 249.69 |
| Griffithe Account 9867 | 12/7/2017 | $ 8.11 | $ 8.11 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| Bridgegate Account 2641 | 12/12/2017 | $ 275.92 | $ 275.92 |
| Bridgegate Account 2641 | 12/12/2017 | $ 70.17 | $ 70.17 |
| Griffithe Account 9867 | 12/12/2017 | $ 42.00 | $ 42.00 |
| Bridgegate Account 2641 | 12/12/2017 | $ 37.96 | $ 37.96 |
| GAP LLC Account 1119 | 12/13/2017 | $ 705.00 | $ 705.00 |
| Griffithe Account 9867 | 12/13/2017 | $ 316.80 | $ 316.80 |
| Bridgegate Account 2641 | 12/14/2017 | $ 10,000.00 | $ 1,288.00 |
| GAP LLC Account 1119 | 12/15/2017 | $ 500.00 | $ 500.00 |
| GAP LLC Account 9007 | 12/27/2017 | $ 10,100.00 | $ 10,100.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 576.35 | $ 576.35 |
| Griffithe Account 9867 | 12/28/2017 | $ 477.44 | $ 477.44 |
| Griffithe Account 9867 | 12/28/2017 | $ 464.25 | $ 464.25 |
| Griffithe Account 9867 | 12/28/2017 | $ 448.38 | $ 448.38 |
| Bridgegate Account 2641 | 12/28/2017 | $ 165.77 | $ 165.77 |
| Bridgegate Account 2641 | 12/28/2017 | $ 90.54 | $ 90.54 |
| Griffithe Account 2576 | 12/28/2017 | $ 90.00 | $ 90.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 85.00 | $ 85.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 75.64 | $ 75.64 |
| Griffithe Account 9867 | 12/28/2017 | $ 54.10 | $ 54.10 |
| Griffithe Account 9867 | 12/28/2017 | $ 51.62 | $ 51.62 |
| Griffithe Account 9867 | 12/28/2017 | $ 35.75 | $ 1.01 |
| Bridgegate Account 2641 | 12/28/2017 | $ 35.00 | $ 35.00 |
| Griffithe Account 9867 | 12/29/2017 | $ 750.00 | $ 750.00 |
| Griffithe Account 9867 | 12/29/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 9867 | 1/2/2018 | $ 7,000.00 | $ 6,638.36 |
| Griffithe Account 9867 | 1/4/2018 | $ 167.00 | $ 144.22 |
| Bridgegate Account 2641 | 1/5/2018 | $ 84.95 | $ 84.95 |
| Griffithe Account 9867 | 1/11/2018 | $ 359.83 | $ 301.66 |
| | | TOTAL | $ 1,560,960.95 |