# Exhibit 3

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 9/9/2015 | $ 8,200.00 | $ 8,200.00 |
| RTSI Account 8170 | 9/10/2015 | $ 232.04 | $ 232.04 |
| RTSI Account 8170 | 9/14/2015 | $ 4,000.00 | $ 4,000.00 |
| RTSI Account 8170 | 9/16/2015 | $ 300.00 | $ 300.00 |
| RTSI Account 8170 | 9/18/2015 | $ 700.00 | $ 14.45 |
| RTSI Account 8170 | 9/30/2015 | $ 203.00 | $ 203.00 |
| RTSI Account 8170 | 10/1/2015 | $ 100.00 | $ 100.00 |
| RTSI Account 8170 | 10/26/2015 | $ 7,000.00 | $ 7,000.00 |
| RTSI Account 8170 | 10/26/2015 | $ 6,000.00 | $ 6,000.00 |
| RTSI Account 8170 | 10/26/2015 | $ 300.00 | $ 300.00 |
| RTSI Account 8170 | 10/29/2015 | $ 303.75 | $ 303.75 |
| RTSI Account 1366 | 10/30/2015 | $ 513.54 | $ 513.54 |
| RTSI Account 8170 | 11/2/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 11/2/2015 | $ 309.90 | $ 309.90 |
| RTSI Account 8170 | 11/4/2015 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 11/9/2015 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 11/16/2015 | $ 300.00 | $ 300.00 |
| RTSI Account 8170 | 11/20/2015 | $ 3,500.00 | $ 2,185.66 |
| RTSI Account 8170 | 11/23/2015 | $ 3,000.00 | $ 3,000.00 |
| RTSI Account 8170 | 11/23/2015 | $ 72.00 | $ 72.00 |
| RTSI Account 8170 | 11/23/2015 | $ 29.95 | $ 29.95 |
| RTSI Account 1366 | 11/25/2015 | $ 10.32 | $ 10.32 |
| RTSI Account 8170 | 11/30/2015 | $ 705.50 | $ 705.50 |
| RTSI Account 8170 | 11/30/2015 | $ 100.00 | $ 100.00 |
| RTSI Account 8170 | 12/7/2015 | $ 99.95 | $ 99.95 |
| Griffithe Account 2576 | 12/21/2015 | $ 102.00 | $ 102.00 |
| RTSI Account 8170 | 2/3/2016 | $ 19.00 | $ 19.00 |
| RTSI Account 8170 | 2/4/2016 | $ 34.90 | $ 34.90 |
| RTSI Account 8170 | 2/5/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 2/5/2016 | $ 19.00 | $ 19.00 |
| RTSI Account 1366 | 2/12/2016 | $ 19.99 | $ 19.99 |
| RTSI Account 8170 | 2/22/2016 | $ 400.00 | $ 400.00 |
| RTSI Account 8170 | 2/22/2016 | $ 200.00 | $ 200.00 |
| RTSI Account 1366 | 2/29/2016 | $ 8.34 | $ 8.34 |
| RTSI Account 8170 | 4/4/2016 | $ 7,000.00 | $ 7.27 |
| RTSI Account 8170 | 4/21/2016 | $ 916.67 | $ 916.67 |
| RTSI Account 8170 | 4/21/2016 | $ 580.00 | $ 580.00 |
| RTSI Account 8170 | 4/27/2016 | $ 503.00 | $ 503.00 |
| RTSI Account 8170 | 4/27/2016 | $ 103.00 | $ 103.00 |
| RTSI Account 8170 | 5/11/2016 | $ 10,000.00 | $ 6,824.71 |
| RTSI Account 8170 | 5/12/2016 | $ 249.95 | $ 249.95 |
| RTSI Account 8170 | 5/12/2016 | $ 197.00 | $ 197.00 |
| RTSI Account 1366 | 5/13/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 1366 | 5/13/2016 | $ 19.99 | $ 19.99 |
| RTSI Account 1366 | 5/17/2016 | $ 4.95 | $ 4.95 |
| RTSI Account 8170 | 5/28/2016 | $ 401.70 | $ 401.70 |
| RTSI Account 8170 | 5/28/2016 | $ 269.56 | $ 269.56 |
| RTSI Account 8170 | 5/31/2016 | $ 4,000.00 | $ 4,000.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---:|---:|---:|
| RTSI Account 8170 | 5/31/2016 | $ 1,811.01 | $ 1,811.01 |
| RTSI Account 8170 | 5/31/2016 | $ 926.41 | $ 926.41 |
| RTSI Account 8170 | 5/31/2016 | $ 599.45 | $ 599.45 |
| RTSI Account 8170 | 5/31/2016 | $ 179.54 | $ 179.54 |
| RTSI Account 8170 | 6/1/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 6/1/2016 | $ 500.00 | $ 500.00 |
| RTSI Account 8170 | 6/1/2016 | $ 335.25 | $ 335.25 |
| RTSI Account 8170 | 6/2/2016 | $ 6,000.00 | $ 6,000.00 |
| RTSI Account 8170 | 6/2/2016 | $ 30.00 | $ 30.00 |
| RTSI Account 8170 | 6/6/2016 | $ 2,916.67 | $ 2,916.67 |
| RTSI Account 8170 | 6/6/2016 | $ 580.00 | $ 580.00 |
| RTSI Account 8170 | 6/8/2016 | $ 197.00 | $ 197.00 |
| RTSI Account 8170 | 6/10/2016 | $ 75,000.00 | $ 75,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 25,000.00 | $ 25,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 10,000.00 | $ 10,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 6,000.00 | $ 6,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 6/10/2016 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 6/13/2016 | $ 35,000.00 | $ 35,000.00 |
| RTSI Account 8170 | 6/14/2016 | $ 5,000.00 | $ 109.99 |
| RTSI Account 8170 | 6/16/2016 | $ 13,000.00 | $ 13,000.00 |
| RTSI Account 8170 | 6/20/2016 | $ 6,000.00 | $ 6,000.00 |
| RTSI Account 8170 | 6/21/2016 | $ 7,000.00 | $ 7,000.00 |
| RTSI Account 8170 | 6/21/2016 | $ 2,916.67 | $ 2,916.67 |
| RTSI Account 8170 | 6/21/2016 | $ 580.00 | $ 580.00 |
| RTSI Account 8170 | 6/23/2016 | $ 22,000.00 | $ 22,000.00 |
| RTSI Account 8170 | 6/29/2016 | $ 15,000.00 | $ 15,000.00 |
| RTSI Account 8170 | 6/29/2016 | $ 2,000.00 | $ 1,862.03 |
| RTSI Account 8170 | 7/6/2016 | $ 30,000.00 | $ 30,000.00 |
| RTSI Account 8170 | 7/6/2016 | $ 4,000.00 | $ 4,000.00 |
| RTSI Account 8170 | 7/6/2016 | $ 197.00 | $ 197.00 |
| RTSI Account 1366 | 7/6/2016 | $ 9.38 | $ 9.38 |
| RTSI Account 1366 | 7/19/2016 | $ 19.99 | $ 19.99 |
| RTSI Account 8170 | 7/19/2016 | $ 19.00 | $ 19.00 |
| RTSI Account 8170 | 7/22/2016 | $ 2,916.67 | $ 1,054.58 |
| Griffithe Account 8277 | 8/2/2016 | $ 300.00 | $ 300.00 |
| Griffithe Account 2576 | 8/4/2016 | $ 100.00 | $ 100.00 |
| RTSI Account 1366 | 8/4/2016 | $ 8.54 | $ 8.54 |
| Griffithe Account 9867 | 8/18/2016 | $ 303.00 | $ 303.00 |
| Griffithe Account 8277 | 8/18/2016 | $ 203.00 | $ 50.11 |
| RTSI Account 8170 | 11/10/2016 | $ 22,059.34 | $ 22,059.34 |
| RTSI Account 1366 | 11/17/2016 | $ 1,600.00 | $ 1,530.30 |
| RTSI Account 8170 | 11/28/2016 | $ 7,179.61 | $ 7,179.61 |
| RTSI Account 8170 | 11/28/2016 | $ 5,000.00 | $ 5,000.00 |
| RTSI Account 8170 | 11/28/2016 | $ 4,128.24 | $ 4,128.24 |
| RTSI Account 8170 | 11/28/2016 | $ 1,697.00 | $ 1,697.00 |
| RTSI Account 8170 | 11/28/2016 | $ 1,627.49 | $ 1,627.49 |
| RTSI Account 8170 | 11/28/2016 | $ 1,048.47 | $ 1,048.47 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| RTSI Account 8170 | 11/28/2016 | $ 508.76 | $ 120.89 |
| RTSI Account 8170 | 11/29/2016 | $ 1,000.00 | $ 1,000.00 |
| RTSI Account 8170 | 11/29/2016 | $ 399.15 | $ 399.15 |
| RTSI Account 8170 | 11/29/2016 | $ 119.31 | $ 119.31 |
| RTSI Account 8170 | 1/4/2017 | $ 50,000.00 | $ 50,000.00 |
| RTSI Account 8170 | 1/4/2017 | $ 11,517.07 | $ 11,517.07 |
| RTSI Account 8170 | 1/4/2017 | $ 7,896.95 | $ 7,896.95 |
| RTSI Account 8170 | 1/4/2017 | $ 4,757.05 | $ 4,757.05 |
| RTSI Account 8170 | 1/4/2017 | $ 4,040.64 | $ 4,040.64 |
| RTSI Account 8170 | 1/4/2017 | $ 3,674.21 | $ 3,674.21 |
| RTSI Account 8170 | 1/4/2017 | $ 3,149.91 | $ 3,149.91 |
| RTSI Account 8170 | 1/4/2017 | $ 2,819.35 | $ 2,819.35 |
| RTSI Account 8170 | 1/4/2017 | $ 2,041.94 | $ 2,041.94 |
| RTSI Account 8170 | 1/4/2017 | $ 1,500.00 | $ 1,500.00 |
| RTSI Account 1366 | 1/4/2017 | $ 364.71 | $ 364.71 |
| RTSI Account 8170 | 1/4/2017 | $ 342.20 | $ 342.20 |
| RTSI Account 8170 | 1/5/2017 | $ 7,391.37 | $ 7,391.37 |
| RTSI Account 8170 | 1/5/2017 | $ 6,899.26 | $ 6,899.26 |
| RTSI Account 1366 | 1/5/2017 | $ 5,242.29 | $ 5,242.29 |
| RTSI Account 8170 | 1/5/2017 | $ 3,250.00 | $ 3,250.00 |
| RTSI Account 8170 | 1/5/2017 | $ 2,795.19 | $ 2,795.19 |
| RTSI Account 8170 | 1/5/2017 | $ 1,950.00 | $ 1,950.00 |
| RTSI Account 8170 | 1/5/2017 | $ 1,685.00 | $ 1,685.00 |
| RTSI Account 1366 | 1/5/2017 | $ 1,222.51 | $ 1,222.51 |
| RTSI Account 1366 | 1/5/2017 | $ 736.48 | $ 736.48 |
| RTSI Account 1366 | 1/5/2017 | $ 453.25 | $ 453.25 |
| RTSI Account 8170 | 1/5/2017 | $ 415.93 | $ 415.93 |
| RTSI Account 8170 | 1/5/2017 | $ 135.06 | $ 135.06 |
| RTSI Account 8170 | 1/5/2017 | $ 39.00 | $ 39.00 |
| RTSI Account 1366 | 1/5/2017 | $ 22.95 | $ 22.95 |
| RTSI Account 8170 | 1/5/2017 | $ 21.95 | $ 21.95 |
| RTSI Account 8170 | 1/5/2017 | $ 6.00 | $ 6.00 |
| RTSI Account 8170 | 1/6/2017 | $ 243.31 | $ 243.31 |
| RTSI Account 8170 | 1/10/2017 | $ 58.62 | $ 58.62 |
| RTSI Account 8170 | 1/10/2017 | $ 45.02 | $ 45.02 |
| RTSI Account 8170 | 1/17/2017 | $ 24.95 | $ 24.95 |
| RTSI Account 8170 | 1/18/2017 | $ 6.00 | $ 6.00 |
| RTSI Account 8170 | 1/27/2017 | $ 25,000.00 | $ 25,000.00 |
| RTSI Account 8170 | 2/17/2017 | $ 700.00 | $ 700.00 |
| RTSI Account 8170 | 2/19/2017 | $ 79.41 | $ 79.41 |
| RTSI Account 8170 | 2/21/2017 | $ 700.00 | $ 700.00 |
| Griffithe Account 2576 | 3/7/2017 | $ 63.29 | $ 63.29 |
| RTSI Account 8884 | 3/8/2017 | $ 15,000.00 | $ 15,000.00 |
| RTSI Account 8884 | 3/8/2017 | $ 5,000.00 | $ 5,000.00 |
| Griffithe Account 9867 | 3/8/2017 | $ 583.67 | $ 583.67 |
| Griffithe Account 9867 | 3/8/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 9867 | 3/9/2017 | $ 2,000.00 | $ 1,857.19 |
| Bridgegate Account 2641 | 3/9/2017 | $ 213.00 | $ 213.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| Bridgegate Account 2641 | 3/9/2017 | $ 186.27 | $ 186.27 |
| Griffithe Account 2576 | 3/10/2017 | $ 40.00 | $ 40.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 367.00 | $ 367.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 300.00 | $ 300.00 |
| Bridgegate Account 2641 | 3/13/2017 | $ 202.94 | $ 202.94 |
| RTSI Account 8170 | 3/13/2017 | $ 150.00 | $ 150.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 136.40 | $ 136.40 |
| Griffithe Account 2576 | 3/13/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 3/13/2017 | $ 28.91 | $ 28.91 |
| Griffithe Account 9867 | 3/14/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 2576 | 3/20/2017 | $ 2,000.00 | $ 1,987.72 |
| RTSI Account 8170 | 4/4/2017 | $ 6,734.51 | $ 6,734.51 |
| RTSI Account 8170 | 4/4/2017 | $ 5,737.41 | $ 1,761.83 |
| Bridgegate Account 2641 | 4/5/2017 | $ 50,000.00 | $ 45,438.82 |
| RTSI Account 8900 | 4/5/2017 | $ 5,000.00 | $ 3,877.29 |
| RTSI Account 8170 | 4/6/2017 | $ 2,592.15 | $ 1,809.83 |
| Bridgegate Account 2641 | 4/10/2017 | $ 271.91 | $ 271.91 |
| Griffithe Account 9867 | 4/11/2017 | $ 8,500.00 | $ 8,500.00 |
| Griffithe Account 9867 | 4/12/2017 | $ 5,000.00 | $ 5,000.00 |
| Griffithe Account 9867 | 4/13/2017 | $ 3,000.00 | $ 3,000.00 |
| Griffithe Account 9867 | 4/13/2017 | $ 45.00 | $ 45.00 |
| Griffithe Account 9867 | 4/13/2017 | $ 40.00 | $ 40.00 |
| Griffithe Account 9867 | 4/20/2017 | $ 103.00 | $ 103.00 |
| Griffithe Account 9867 | 4/21/2017 | $ 4,500.00 | $ 4,500.00 |
| Griffithe Account 2576 | 4/21/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 4/24/2017 | $ 250.00 | $ 250.00 |
| Griffithe Account 9867 | 4/27/2017 | $ 200.00 | $ 200.00 |
| Bridgegate Account 2641 | 11/30/2017 | $ 42,200.00 | $ 42,200.00 |
| RTSI Account 8884 | 12/1/2017 | $ 50,000.00 | $ 50,000.00 |
| RTSI Account 8884 | 12/1/2017 | $ 20,000.00 | $ 20,000.00 |
| Griffithe Account 9867 | 12/1/2017 | $ 10,000.00 | $ 9,440.91 |
| Bridgegate Account 2641 | 12/1/2017 | $ 2,200.00 | $ 2,200.00 |
| Griffithe Account 9867 | 12/4/2017 | $ 507.99 | $ 507.99 |
| Bridgegate Account 2641 | 12/7/2017 | $ 1,000.00 | $ 1,000.00 |
| Griffithe Account 9867 | 12/8/2017 | $ 206.00 | $ 206.00 |
| Bridgegate Account 2641 | 12/11/2017 | $ 10,000.00 | $ 1,092.33 |
| Griffithe Account 9867 | 12/13/2017 | $ 205.00 | $ 205.00 |
| Griffithe Account 9867 | 12/13/2017 | $ 205.00 | $ 205.00 |
| Griffithe Account 2576 | 12/13/2017 | $ 50.00 | $ 50.00 |
| Griffithe Account 9867 | 12/15/2017 | $ 200.00 | $ 200.00 |
| Bridgegate Account 2641 | 12/27/2017 | $ 15,000.00 | $ 15,000.00 |
| Bridgegate Account 2641 | 12/27/2017 | $ 1,747.00 | $ 1,747.00 |
| Bridgegate Account 2641 | 12/27/2017 | $ 998.61 | $ 766.61 |
| Griffithe Account 9867 | 12/27/2017 | $ 250.00 | $ 250.00 |
| Griffithe Account 9867 | 12/27/2017 | $ 250.00 | $ 250.00 |
| Griffithe Account 9867 | 12/27/2017 | $ 250.00 | $ 250.00 |

| Account Name | Trans. Date | Trans. Amount | Portion of Trans. Attributable to Investor Funds |
|---|---|---|---|
| Griffithe Account 9867 | 12/27/2017 | $ 213.90 | $ 213.90 |
| Griffithe Account 9867 | 12/27/2017 | $ 200.00 | $ 177.24 |
| Bridgegate Account 2641 | 12/28/2017 | $ 1,000.00 | $ 1,000.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 500.00 | $ 500.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 492.51 | $ 492.51 |
| Griffithe Account 9867 | 12/28/2017 | $ 300.00 | $ 300.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 200.00 | $ 200.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 150.00 | $ 150.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 150.00 | $ 150.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 100.00 | $ 100.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 50.00 | $ 50.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 50.00 | $ 50.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 40.00 | $ 40.00 |
| Griffithe Account 9867 | 12/28/2017 | $ 40.00 | $ 40.00 |
| Griffithe Account 9867 | 12/29/2017 | $ 129.00 | $ 129.00 |
| Griffithe Account 9867 | 12/29/2017 | $ 86.00 | $ 48.00 |
| Griffithe Account 9867 | 1/4/2018 | $ 400.00 | $ 400.00 |
| Griffithe Account 9867 | 1/12/2018 | $ 200.00 | $ 200.00 |
| | | TOTAL | $ 824,364.16 |

Case 8:20-cv-00124-DOC-JDE   Document 87-6   Filed 07/12/21   Page 6 of 6   Page ID #:642