# **Exhibit 4**



**Pacific Maritime Title**
655 NE Northlake Way
Seattle WA 98105
Phone: 206-632-4668 Fax: 206-632-4673

# BUYER CLOSING STATEMENT
## June 13, 2016

File Number:    RUS-15577-TL
File Agent:     Tanya Lage

**VESSEL INFORMATION**

65' / Pacific Mariner / 1998    Official #:             Hull#:

| **BUYER INFORMATION** | **SELLER INFORMATION** |
|---|---|
| Robert Russell and Sonja Russell | |

**SELLING BROKER:**   |   **LISTING BROKER**

| ITEM | Buyer | | Seller | |
| All figures are listed in US Dollars | Debit | Credit | Debit | Credit |
|---|---|---|---|---|
| Sales Price - Includes dinghy | $546,500.00 | | | |
| | | | | |
| Sales/Use Tax @ 8.5% on $546,500.00 to Selling Broker | $46,452.50 | | | |
| | | | | |
| Reg. Services / Excise Tax due Dept. of Licensing | $3,060.00 | | | |
| | | | | |
| Documentation fees due PMT | $400.00 | | | |
| | | | | |
| Closing fees due PMT | $500.00 | | | |
| | | | | |
| Deposit (Buyer) with Selling Broker | | $50,000.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Deposit with PMT | | $200,000.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Balance due from Buyer** | | $346,912.50 | | |
| | | | | |
| TOTALS - to Balance | $596,912.50 | $596,912.50 | | |

**Robert Russell**            **Sonja Russell**

Buyer shall deliver to Pacific Maritime Title (PMT) all items designated in the above closing statement as Buyer credits. PMT is thereafter authorized, upon conveyance of Seller's interest in the above described vessel, to debit Buyer's account and to disburse said credit items accordingly. Buyer acknowledges that, if an existing lien is to be paid from disbursement proceeds, title transfer may be delayed pending the lienholder's subsequent issuance of a release of interest. Buyer acknowledges that PMT is not an insurer or guarantor of title; does not procure title insurance for the Buyer; and does not certify, warrant or otherwise construct an abstract or history of title. PMT is not responsible for the collection or payment of any taxes and cannot provide tax or legal advice. PMT recommends contacting a tax advisor or attorney for advice in these ares. All title and lien research is based solely upon information provided by the parties and does not extend beyond the applicable government agencies. Buyer acknowledges that some ownership and/or lien data is obtained from third party sources and authorizes PMT to rely on this information for closing and disbursement. PMT is not a party to any agreements or contract between Buyer and Seller or Buyer and any other partynor can it enforce the same. Buyer may, without cause, withdraw all trust items handed to PMT, after providing PMT with written notice prior to completion of these Instructions. It is NOT THE INTENT OF THE PARTIES TO ENTER INTO AN ESCROW ARRANGEMENT WITH PMT and these instruction shall not be so construed.

SEC-PMTITLE-E-0000002

# CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| **Transaction Reference Number:** | 2016061300006258 | **Value Date:** | 16/06/13 |
| **Account Number:** | ████████ | | |

**Account name:**     PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

*RUS-15577-72*

**Reference Number:**     061311B7032R00800106131240FT03/0613D1B74
P9C00035006131240FT03

**Transaction Posting Time:**     2016/06/13 12:40:34

| **Amount:** | 200,000.00 | **Currency:** | US DOLLAR |
|---|---|---|---|

**Debit Party Information:**     WELLS FARGO BANK, NA
MINNEAPOLIS, MN

**Sender's reference:**     2016061300080783

**Originating Party Information:**     ████████4567
SONJA M RUSSELL
████████████████

**Originating Party reference:**     0055223162256842

**Credit Party Information:**     D/████████
PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

**Beneficiary Party Information:**     /████████
PACIFIC MARITIME TITLE, LLC
655 NE NORTHLAKE WAY
SEATTLE, WA 98105

**Originator to Beneficiary Information:**     RE RUS-15577-TL, FROM BOB RUSSELL

SEC-PMTITLE-E-0000003

# CREDIT CONFIRMATION

| | | | |
|---|---|---|---|
| **Transaction Reference Number:** | 2016062400008261 | **Value Date:** | 16/06/24 |
| **Account Number:** | ▆▆▆▆▆ | | |

**Account name:**  PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

*RUS-15577-TL* (handwritten)

**Reference Number:**  062411B7032R01235906241414FT03/0624D1B74
P9C00056906241414FT03

**Transaction Posting Time:**  2016/06/24 14:14:25

| | | | |
|---|---|---|---|
| **Amount:** | 96,912.50 | **Currency:** | US DOLLAR |

**Debit Party Information:**  *A▆▆▆▆▆
WELLS FARGO BANK, NA
MINNEAPOLIS, MN

**Sender's reference:**  2016062400086614

**Originating Party Information:**  ▆▆▆▆▆4567
SONJA M RUSSELL
▆▆▆▆▆

**Originating Party reference:**  0055223174112343

**Credit Party Information:**  D▆▆▆▆▆
PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

**Beneficiary Party Information:**  ▆▆▆▆▆
PACIFIC MARITIME TITLE, LLC
655 NE NORTHLAKE WAY
SEATTLE, WA 98105

**Originator to Beneficiary Information:**  CLIENT'S FILE NO. RUS-15577-TL

# CREDIT CONFIRMATION

| | | | | |
|---|---|---|---|---|
| **Transaction Reference Number:** | 2016062400009761 | | **Value Date:** | 16/06/24 |

**Account Number:** ▆▆▆▆▆▆

**Account name:** PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

*RUS-15577-72*
*(handwritten)*
*from 2nd page*

**Reference Number:** 0624B6B7HU2R01115406241530FT03/0624D1B74
P9C00072306241530FT03
**Transaction Posting Time:** 2016/06/24 15:30:59

| | | | | |
|---|---|---|---|---|
| **Amount:** | 250,000.00 | **Currency:** | US DOLLAR | |

**Debit Party Information:** BANK OF AMERICA
NEW YORK
NY

**Sender's reference:** 2016062400317027

**Originating Bank Information:** S/BOFAUS3N
BANK OF AMERICA, N.A.
222 BROADWAY
NEW YORK,NY,US 10038

**Originating Party Information:** ▆▆▆▆8170
RENEWABLE TECHNOLOGIES SOLUTION INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA CA 92881-0785

**Originating Party reference:** 7U25DB2RT

**Credit Party Information:** D/▆▆▆▆▆
PACIFIC MARITIME TITLE LLC
TRUST ACCOUNT
655 NE NORTHLAKE WAY
SEATTLE WA 98105-6427

**Beneficiary Party Information:** ▆▆▆▆▆
PACIFIC MARITIME TITLE, LLC
655 NE NORTHLAKE WAY
SEATTLE
WASHINGTON 98105 US

4

SEC-PMTITLE-E-0000005



DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA

## DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

## NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | | OFFICIAL NUMBER | IMO OR OTHER NUMBER | | YEAR COMPLETED |
|---|---|---|---|---|---|
| R AN R | | ▮▮▮▮ | ▮▮▮▮▮ | | 1998 |
| HAILING PORT | | HULL MATERIAL | | | MECHANICAL PROPULSION |
| ANACORTES WA | | FRP (FIBERGLASS) | | | YES |
| GROSS TONNAGE | NET TONNAGE | | LENGTH | BREADTH | DEPTH |
| 69GRT | 55NRT | | 64.9 | 17.2 | 9.3 |

| PLACE BUILT |
|---|
| LACONNER WA |

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| ROBERT W RUSSELL<br>SONJA RUSSELL | RECREATION |

| MANAGING OWNER |
|---|
| ROBERT W RUSSELL<br>▮▮▮▮▮▮ |

| RESTRICTIONS |
|---|
| NONE |

| ENTITLEMENTS |
|---|
| NONE |

| REMARKS |
|---|
| None |

5

| ISSUE DATE |  |
|---|---|
| SEPTEMBER 07, 2016 | |
| THIS CERTIFICATE EXPIRES | |
| SEPTEMBER 30, 2017 | *Christina H. Walddu* |
|  | DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER |

SEC-PMTITLE-E-0000006

| DEPARTMENT OF HOMELAND SECURITY | OMB No: 1625-0027 |
|---|---|
| U.S. Coast Guard | Expires: 06/30/2016 |

## APPLICATION FOR INITIAL, EXCHANGE, OR REPLACEMENT OF CERTIFICATE OF DOCUMENTATION; REDOCUMENTATION

NOTE: FILING THIS APPLICATION DOES NOT ENTITLE A VESSEL TO DOCUMENTATION OR TO ANY CHANGES SOUGHT ON A CERTIFICATE OF DOCUMENTATION. OFFICIAL NUMBERS DESIGNATED ON THE BASIS OF THIS APPLICATION ARE NOT TRANSFERABLE. ONLY A CURRENT CERTIFICATE OF DOCUMENTATION IS VALID FOR VESSEL OPERATION.

### COMPLETE FOR ALL APPLICATIONS

| A. VESSEL NAME (REQUIRED) | B. OFFICIAL # (IF AWARDED) |
|---|---|
| R AN R | |
| CLICK ICON TO ATTACH LIST OF ADDITIONAL VESSEL(S) | |

| C. HULL ID # (IF ANY) | D. IMO # (IF ANY) | E. HAILING PORT INCLUDING STATE  (TO BE MARKED ON VESSEL) |
|---|---|---|
| | | |

| F. NAME OF MANAGING OWNER | SOCIAL SECURITY OR TAX ID NUMBER (REQUIRED – 46 USC 12104): |
|---|---|
| Robert Russel | SSN:            TIN: |
| E-MAIL ADDRESS:<br>TELEPHONE NUMBER: | |

| G. PHYSICAL ADDRESS OF MANAGING OWNER (REQUIRED – 46 CFR 67.113) | MAILING ADDRESS OF MANAGING OWNER (IF DIFFERENT THAN PHYSICAL ADDRESS – E.G., P.O. BOX) |
|---|---|
| | |

| H. NAME(S) OF OTHER OWNER(S) | SOCIAL SECURITY OR TAX ID NUMBER(S) OF OTHER OWNER(S) |
|---|---|
| Sonja  Russel; JTWROS | SSN:            TIN: |
| CLICK ICON TO ATTACH LIST OF ADDITIONAL OWNER(S) | |

### I. PURPOSE OF APPLICATION

[✓] 1. EXCHANGE OF CERTIFICATE OF DOCUMENTATION.

[ ] 2. REPLACEMENT OF LOST, WRONGFULLY WITHHELD OR MUTILATED CERTIFICATE OF DOCUMENTATION.

[ ] 3. RE-INSTATEMENT OF CERTIFICATE OF DOCUMENTATION FOLLOWING FAILURE TO RENEW.

[ ] 4. RETURN TO DOCUMENTATION FOLLOWING DELETION. VESSEL NAME WHEN LAST DOCUMENTED:_____

[ ] 5. APPLICATION FOR OFFICIAL NUMBER AND FIRST CERTIFICATE OF DOCUMENTATION. VESSEL

    [ ] WAS BUILT AT _____ IN _____

        OR                   CITY, STATE, COUNTRY                 MONTH-YEAR

    [ ] IS UNDER CONSTRUCTION AT _____ AND IS SCHEDULED FOR COMPLETION IN_____

    HULL MATERIAL: [ ] WOOD   [ ] STEEL   [ ] FIBROUS REINFORCED PLASTIC   [ ] ALUMINUM   [ ] CONCRETE

    [ ] OTHER (DESCRIBE) _____ APPROXIMATE LENGTH OF VESSEL_____

    PREVIOUS NAMES, NUMBERS, OR FOREIGN REGISTRATIONS OF VESSEL _____

### J. ENDORSEMENTS FOR WHICH APPLICATION IS MADE

[✓] RECREATIONAL          [ ] COASTWISE – BOWATERS ONLY (CERTIFICATE ON FILE)

[ ] FISHERY               [ ] COASTWISE – OIL SPILL RESPONSE ONLY (LETTER OF QUALIFICATION ON FILE)

[ ] COASTWISE           [ ] COASTWISE UNDER CHARTER TO AN ENTITY QUALIFIED TO ENGAGE IN COASTWISE TRADE

[ ] REGISTRY              (COPY OF CHARTER ON FILE)

### K. PRIMARY SERVICE & HORSEPOWER

HORSEPOWER:__SAME____

| | | |
|---|---|---|
| [ ] COMMERCIAL FISHING BOAT | [ ] OFFSHORE SUPPLY VESSEL | [✓] RECREATIONAL |
| [ ] FISH PROCESSING VESSEL | [ ] PASSENGER (6 OR FEWER) | [ ] RESEARCH VESSEL |
| [ ] FREIGHT SHIP | [ ] PASSENGER (MORE THAN 6 ) | [ ] SCHOOL SHIP |
| [ ] FREIGHT BARGE | [ ] PASSENGER BARGE (6 OR FEWER) | [ ] TANK BARGE |
| [ ] INDUSTRIAL VESSEL | [ ] PASSENGER BARGE (MORE THAN 6) | [ ] TANK SHIP |
| [ ] MOBILE OFFSHORE DRILLING UNIT | [ ] PUBLIC FREIGHT | [ ] TOWING VESSEL |
| [ ] OIL RECOVERY | [ ] PUBLIC TANKSHIP/BARGE | [ ] UNCLASSIFIED VESSEL |
| | [ ] PUBLIC VESSEL, UNC | |

CG-1258 (08/14)                 Previous Edition Obsolete                 Page 1 of 4

[ Reset ]

L.  CITIZENSHIP OF OWNER (CHECK THE BOX(ES) TO SHOW THE TYPE(S) OF ENTITY(IES) THAT OWNS THE VESSEL)

☑ ONE OR MORE INDIVIDUALS
   I (WE) CERTIFY THAT ALL OWNERS OF THIS VESSEL ARE CITIZENS OF THE UNITED STATES

☐ GOVERNMENT ENTITY (FEDERAL, STATE, TERRITORY, POSSESSION OR SUBDIVISION)

☐ CORPORATION (SEE SECTION M, ITEM 4 WHEN APPLYING FOR A FISHERY OR COASTWISE ENDORSEMENT).

   1.  STATE OF INCORPORATION_____
   2   CITIZENSHIP OF CHIEF EXECUTIVE OFFICER BY WHATEVER TITLE_____
   3.  CITIZENSHIP OF CHAIRMAN OF THE BOARD_____
   4.  NUMBER OF DIRECTORS NECESSARY TO CONSTITUTE A QUORUM_____
   5.  NUMBER OF ALIEN DIRECTORS_____
   6.  PERCENTAGE OF STOCK OWNED BY U.S. CITIZENS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT, WITH THE
       ENDORSEMENT(S) SOUGHT ON THIS APPLICATION IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

       ☐ LESS THAN 50%                      ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
       ☐ 50% OR MORE: STATE EXACT          ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
         PERCENTAGE _____

LIMITED LIABILITY COMPANY (LLC):  (COMPLETE EQUITY SECTION AND CHOOSE TYPE) (SEE SECTION M, ITEM 5 WHEN APPLYING
FOR A FISHERY OR COASTWISE ENDORSEMENT).

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT  WITH THE ENDORSEMENT SOUGHT IN
ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

       ☐ LESS THAN 50%                      ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
       ☐ 50% OR MORE: STATE EXACT          ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
         PERCENTAGE _____

☐ 1.  MEMBER MANAGED LIMITED LIABILITY COMPANY
       I (WE) CERTIFY THAT ALL MEMBERS OF THIS LLC ARE CITIZENS OF THE UNITED STATES ELIGIBLE TO DOCUMENT VESSELS WITH
       THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

           (CLICK ICON TO ATTACH LIST OF ALL MEMBERS)(REQUIRED)

OR
   2.  LIMITED LIABILITY COMPANY NOT MANAGED BY MEMBERS AND NOT SIMILAR TO GENERAL PARTNERSHIP:
       PLEASE NOTE (A) & (B) MUST BE CHECKED FOR FISHERY AND COASTWISE  ENDORSEMENTS; NOT REQUIRED FOR COASTWISE
       OIL SPILL OR COASTWISE UNDER CHARTER ENDORSEMENTS.

☐      A.  I (WE) CERTIFY THAT ANY PERSON ELECTED TO MANAGE THE LLC OR WHO IS AUTHORIZED TO BIND THE LLC, AND ANY
           PERSON WHO HOLDS A POSITION EQUIVALENT TO THE CHIEF EXECUTIVE OFFICER, BY WHATEVER TITLE, AND THE
           CHAIRMAN OF THE BOARD OF DIRECTORS IN A CORPORATION, AND ANY PERSONS AUTHORIZED TO ACT IN THEIR ABSENCE
           ARE CITIZENS OF THE UNITED STATES.
☐      B.  NON-CITIZENS DO NOT HAVE AUTHORITY WITHIN A MANAGEMENT GROUP, WHETHER THROUGH VETO POWER, COMBINED
           VOTING, OR OTHERWISE, TO EXERCISE CONTROL OVER THE LLC.

       STATE WHERE ORGANIZED_____

PARTNERSHIP (COMPLETE EQUITY SECTION AND CHOOSE TYPE) (SEE SECTION M, ITEM 5 WHEN APPLYING FOR FISHERY OR
COASTWISE ENDORSEMENT)

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT SOUGHT IN
ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

       ☐ LESS THAN 50%                      ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
       ☐ 50% OR MORE STATE EXACT           ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
         PERCENTAGE _____

☐ 1.  GENERAL PARTNERSHIP
       I (WE) CERTIFY THAT ALL PARTNERS IN THIS PARTNERSHIP ARE CITIZENS OF THE UNITED STATES ELIGIBLE TO DOCUMENT
       VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.
☐ 2.  LIMITED PARTNERSHIP
       I (WE) CERTIFY THAT ALL GENERAL PARTNERS IN THIS PARTNERSHIP ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO
       DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

           (CLICK ICON TO ATTACH LIST OF ALL GENERAL PARTNERS)(REQUIRED)

☐ CORPORATION QUALIFIED AND APPLYING UNDER 46 CFR 68.01 (BOWATERS)
   I (WE) CERTIFY THAT THE CORPORATE STRUCTURE HAS NOT CHANGED SINCE ISSUANCE OF THE CERTIFICATE OF COMPLIANCE.

☐ VESSEL OWNED OR OPERATED BY NOT-FOR-PROFIT OIL RECOVERY COOPERATIVE
   I (WE) CERTIFY THAT THE INFORMATION ON FILE WITH REGARD TO COOPERATIVE AND ISSUANCE OF THE LETTER OF
   QUALIFICATION REMAINS UNCHANGED.

☐ JOINT VENTURE OR ASSOCIATION
   I (WE) CERTIFY THAT ALL MEMBERS OF THIS (JOINT VENTURE) (ASSOCIATION) ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO
   DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT(S) SOUGHT.

       (CLICK ICON TO ATTACH LIST OF ALL JOINT VENTURERS/MEMBERS)(REQUIRED)

SEC-PMTITLE-E-0000008

TRUST ARRANGEMENT (COMPLETE EQUITY/STOCK SECTION) (SEE SECTION M, ITEM 5 WHEN APPLYING FOR A FISHERY OR COASTWISE ENDORSEMENT)

☐ I (WE) CERTIFY THAT ALL TRUSTEES AND ALL BENEFICIARIES WITH AN ENFORCEABLE INTEREST IN THIS TRUST ARRANGEMENT ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT(S) SOUGHT IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

☐ LESS THAN 50%          ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
☐ 50% OR MORE: STATE EXACT     ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
   PERCENTAGE _____

**OR**

☐ VESSEL OWNED IN A TRUST ARRANGEMENT PURSUANT TO 46 USC 12111(c) (CROSS BORDER FINANCING)

I (WE) CERTIFY THAT THE VESSEL IS OWNED IN A TRUST ARRANGEMENT THAT QUALIFIES FOR A REGISTRY ENDORSEMENT ONLY PURSUANT TO PUBLIC LAW 104-324, SECT. 1136. ATTACHED IS AN AFFIDAVIT OF EACH TRUSTEE AND CITIZENSHIP EVIDENCE FOR THE CHARTERER AS REQUIRED UNDER THE STATUTE.

(CLICK ICON TO ATTACH LIST OF ALL TRUSTEES AND ALL BENEFICIARIES WITH AN ENFORCEABLE INTEREST)(REQUIRED)

M.   I (WE) CERTIFY THAT: (MARK ALL THAT ARE APPLICABLE. ITEM 5. NOT REQUIRED FOR COASTWISE BOWATER ONLY, OIL SPILL, OR UNDER CHARTER ENDORSEMENTS.)

☑   1.   I AM (WE ARE) A CITIZEN(S) OF THE UNITED STATES AND LEGALLY AUTHORIZED TO EXECUTE THIS APPLICATION IN THE CAPACITY SHOWN;

☑   2.   IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART I) THE VESSEL(S) TO WHICH THIS APPLICATION APPLIES:
         (a) ☐ HAS (HAVE) BEEN MARKED  OR  ☑ WILL BE MARKED;
         (b) WILL AT ALL TIMES REMAIN UNDER THE COMMAND OF A U.S. CITIZEN, UNLESS DOCUMENTED SOLELY WITH A RECREATIONAL ENDORSEMENT; WILL NOT BE OPERATED IN A TRADE NOT AUTHORIZED BY THE ENDORSEMENT(S) ON THE CERTIFICATE(S) OF DOCUMENTATION. THE NAME(S) OF THE VESSEL(S) WILL NOT BE CHANGED WITHOUT APPROVAL FROM THE NATIONAL VESSEL DOCUMENTATION CENTER; AND I(WE) WILL PROMPTLY NOTIFY THE NATIONAL VESSEL DOCUMENTATION CENTER UPON A CHANGE IN ANY OF THE INFORMATION OR REPRESENTATIONS IN THIS APPLICATION.

☑   3.   ☑ HAS (HAVE) NOT  OR  ☐ HAS (HAVE) BEEN REBUILT OR SUBSTANTIALLY ALTERED SINCE LAST DOCUMENTATION;

☑   4.   THE VESSEL IS
         ☑ NOT TITLED UNDER A STATE OR
         ☐ TITLED UNDER THE LAWS OF _____

THE FOLLOWING ITEM IS REQUIRED FOR COASTWISE AND/OR FISHERY ENDORSEMENTS; HOWEVER, IT IS NOT REQUIRED FOR COASTWISE BOWATER ONLY, OIL SPILL, OR UNDER CHARTER ENDORSEMENTS.

☐   5.   U.S. CONTROL CERTIFICATION: THERE IS NO CONTRACT OR UNDERSTANDING THAT PROVIDES MORE THAN 25% OF THE VOTING POWER IN THE PARTNERSHIP, LIMITED LIABILITY COMPANY, CORPORATION, OR OTHER OWNING ENTITY EITHER DIRECTLY OR INDIRECTLY ON BEHALF OF ANY PERSON NOT A CITIZEN OF THE UNITED STATES. BY NO MEANS WHATSOEVER IS CONTROL IN EXCESS OF 25% CONFERRED UPON OR PERMITTED TO BE EXERCISED BY A PERSON WHO IS NOT A CITIZEN OF THE UNITED STATES.

POTENTIAL PENALTIES FOR FALSE STATEMENTS OR REPRESENTATIONS BY OWNER OR REPRESENTATIVE: CIVIL, MONETARY, VESSEL FORFEITURE (46 USC 12151), FINE AND/OR IMPRISONMENT (18 USC 1001)

SIGNATURE _____   DATE 6/23/16

CAPACITY (E.G., OWNER, AGENT, TRUSTEE, GENERAL PARTNER, CORPORATE OFFICER, MEMBER): Owner

Robert Russel
PRINTED OR TYPED NAME

APPLICATION FEES ARE NOT REFUNDABLE (46 CFR 67.500 (e)).

**PRIVACY ACT STATEMENT**

IN ACCORDANCE WITH 5 U.S.C. 553a, THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.

1. **AUTHORITY**. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 U.S.C., CHAPTERS 121 AND 125; 46 U.S.C. APP. 802 AND 883.
2. THE **PRINCIPAL PURPOSES** FOR WHICH THIS INFORMATION IS TO BE USED ARE:
   (1) TO DETERMINE CITIZENSHIP OF THE OWNER OF THE VESSEL FOR WHICH APPLICATION FOR DOCUMENTATION IS MADE; AND
   (2) TO DETERMINE ELIGIBILITY OF THE VESSEL TO BE DOCUMENTED WITH THE TRADE ENDORSEMENT SOUGHT.
3. THE **ROUTINE USES** WHICH MAY BE MADE OF THIS INFORMATION INCLUDE RELEASE TO LAW ENFORCEMENT OFFICIALS, TO THE GENERAL PUBLIC UNDER FREEDOM OF INFORMATION ACT, AND TO PUBLISH INFORMATION ABOUT U.S. DOCUMENTED VESSELS.
4. **DISCLOSURE** OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY, HOWEVER, FAILURE TO PROVIDE THE INFORMATION REQUESTED WILL RESULT IN DENIAL OF THE APPLICATION FOR DOCUMENTATION, WHICH MAY PREVENT THE OWNER FROM OPERATING THE VESSEL(S) IN A SPECIFIED TRADE.

AN AGENCY MAY NOT CONDUCT OR SPONSOR AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A VALID OMB CONTROL NUMBER.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 30 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419, OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

CG-1258 (08/14)                                                                                   Page 3 of 4   Reset



655 NE Northlake Way, Seattle, WA  98105   Tel. 206.632.4668  Fax: 206.632.4673
Email: info@pmtitle.com                    Web: www.pmtitle.com

July 7, 2016

Robert Russel and Sonja  Russel

RE: RUS-15577-TL
Vessel Name:
Registration Number:

Dear Robert and Sonja,

Enclosed, please find the Washington State Registration for your vessel. The excise tax
has been paid to Department of Licensing and there was a refund in the amount of
$237.75.  A check for this amount is enclosed along with the registration.

For bookkeeping reasons, if this check is not redeemed within 90 days, the refund amount
will be transferred to our general account to cover the cost of administration.  If, after the
90 day period, you wish to redeem the check and it is not honored by the bank, we will
forward a second check to you less the administrative fees.

It has been a pleasure assisting you in this matter, and if you should you have any
questions with regard to the registration or the refund, please contact our office.

Sincerely,

$\alpha$

SEC-PMTITLE-E-0000010



STATE OF WASHINGTON
DEPARTMENT OF LICENSING
*PO Box 9038 • Olympia, Washington 98507-9038*

WN6268NH

# VESSEL TITLE APPLICATION/REGISTRATION CERTIFICATE

07/01/2016

| Reg no | Decal no | Document no | Reg expiration 06/2017 | Purchase cost $546,500.00 | Year 2016 | Mo reg 12 |
|---|---|---|---|---|---|---|
| Model year 1998 | Make PACIFICM | Length 65 | Hull type FBRGLASS | Primary propulsion INBD | Fuel type DIESEL | Primary use PLEAS | Vessel type CABIN |

| Hull identification number (HIN) | Cnty of moor 17 | Previous reg no | Previous title no | State WA | Foreign reg no |
|---|---|---|---|---|---|

| BATCH NO | 4318 | | | |
|---|---|---|---|---|

| Filing | $7.00 | Excise tax | $2,731.00 | Check | |
| Service Fee | $12.00 | Use tax | | Cash | **This certificate is not proof of ownership.** |
| License srvc | $0.75 | Historical | | Total fees paid $2,772.25 | |
| Quick title | | Other | $21.50 | | |

Comment:
- USE TAX WAIVED L- CORRECTED REG DATA- CORRECTED TITLE DATA- A CARBON MONOXIDE LABEL MUST BE VISIBLE INSIDE YOUR V
Remarks:
28-*JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP*

Registered owner

RUSSELL,ROBERT
RUSSELL,SONJA

THIS IS YOUR CURRENT REGISTRATION
Legal owner
SIGN AND KEEP IT WITH YOUR VEHICLE
BALLARD AUTO/VESSEL LICENSING
2232 NW MARKET ST SEATTLE
MON - SAT UNTIL 6 PM
(206) 781-0199
THANK YOU FOR YOUR BUSINESS!

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and, as owner or authorized agent of this vessel, it is free of any claim of lien, mortgage, conditional sale, or other security interest of any person except the person or persons set forth as secured parties.

**X** _____
Signature of registered owner

**X** _____
Signature of registered owner

Validation code _____

---- Cut Here ----  ------ Cut Here ------

Registered owner name and address:

RUSSELL,ROBERT
RUSSELL,SONJA

Fold

| Reg no: | | Reg exp: 06/2017 |
| Decal no: | | Doc no: |
| Model yr: 1998 | | Make: PACIFICM |
| Series/Body: PIDPC65 | | |
| HIN: | | |
TD-420-861 (R/11/21) Page 1 of 2

**X** _____
Signature of registered owner

**X** _____
Signature of registered owner

RPT ID:
BTITPR-4

VesTitlePg2 (R/10/15)E

SEC-PMTITLE-E-0000011



PACIFIC MARITIME TITLE / TRUST ACCOUNT                                                    24875
Robert Russel & Sonja Russel                                      7/1/2016
                                                                                          237.75

Trust Account - KeyBa   RUS-15577-TL                                                      237.75

\\




655 NE Northlake Way      Seattle, WA 98105

ılıılıʰIıʰIIʰılıʰlʰꞁꞁʰılʰꞁꞁⁱIIIⁱꞁꞁꞁꞁⁱꞁʰIıʰlʰlıʰıⁱꞁꞁ
Robert and Sonja  Russel

*mailed*
*7/7/16*

*ₚ*

# WASHINGTON STATE DEPARTMENT OF LICENSING

## Vessel Title Application

**Title options**
- [ ] Original
- [x] Transfer
- [ ] Duplicate
- [ ] Change R/O name
- [ ] Change title data

- [ ] Change license data
- [ ] Add/Del/Chg L/O

**Other options**
- [ ] Correction No-Fee
- [ ] Dealer temp, Credit

**No-title issued options**
- [ ] Foreign L/O retains
- [ ] Ownership in doubt
- [ ] Double transfer
- [x] Documented vessel
- [ ] Titled as vehicle

**Decal options**
- [ ] TPO
- [ ] Repl decal
- [ ] Repl reg.
- [ ] Assign CG#

**Special options**
- [ ] Leased
- [ ] Bonded
- [x] Joint tenants with rights of survivorship

*Please Type or Print Plainly*

For more than two registered or legal owners, please attach additional title applications.

| WA boat registration number | Validating decal number | | Hull ID number (HIN) | |
|---|---|---|---|---|

| Model year 1998 | Manufacturer Pacific Mariner | Previous WA registration number WN | Coast Guard document number |
|---|---|---|---|

**Hull material**
- [x] Fiberglass...(P)
- [ ] Plastic...(P)
- [ ] Aluminum...(A)
- [ ] Wood...(W)
- [ ] Steel...(S)
- [ ] Rubber...(R)
- [ ] Concrete...(C)
- [ ] Other...(X)

**Primary propulsion**
- [ ] Outboard...(O)
- [x] Inboard...(I)
- [ ] Inboard/Outboard...(D)
- [ ] Sail...(S)
- [ ] Jet...(J)
- [ ] Other...(X)

**Fuel**
- [ ] Gasoline...(G)
- [x] Diesel...(D)
- [ ] Sail Only...(S)
- [ ] Electric...(E)
- [ ] Other...(X)

**Primary use**
- [x] Pleasure...(P)
- [ ] Manufacture...(M)
- [ ] Dealer...(D)
- [ ] Livery/Rental...(L)
- [ ] Comm. Passenger...(C)
- [ ] Comm. Fishing...(F)
- [ ] Other...(X)

**Type of boat**
- [ ] Runabout...(R)
- [x] Cabin...(C)
- [ ] Sail...(S)
- [ ] Houseboat...(H)
- [ ] Jetski...(J)
- [ ] Other...(X)

Length of boat (feet) 65'

| Purchase price $546,500 | Date of acquisition | Acquired in state of | Date vessel entered WA | Color #1 - Top or front SAME | Color #2 - Bottom or rear SAME | Horsepower SAME |
|---|---|---|---|---|---|---|

**Hull shape (Check one)**
- [ ] Catamaran [ ] Round [ ] Deep V [ ] Semi V [ ] Flat Bottom [ ] Tri [ ] Pontoon [ ] Tunnel

**Excise tax exemption** is claimed for the following reason:
- [ ] Non-resident member of the armed forces station in Washington
- [ ] Washington enrolled tribal member living on the
- [ ] Used exclusively for commercial fishing purposes (attach copy of commercial fishing license).
- [ ] Owned and operated by the United States government, a state of the United States, or any municipality or political subdivision thereof,
- [ ] Owned and used only by a non-profit organization/association, engaged in character building of children under 18 (attach copy of DOR exemption)

**Use tax exemption** is claimed for the following reason:
- [ ] Acquired by gift or inheritance (additional documents may be required).
- [ ] Transferred with marital community.
- [ ] Used for commercial fishing predominantly outside Washington territorial waters - three mile limit (attach copy of outside fishing license).
- [ ] Used for bare boat rental (must provide Unified Business Identifier (UBI) number).
- [ ] Delivered on reservation (attach notarized seller's statement).

| County of moorage | Number of registered owners 2 | Number of legal owners 2 | Filing fee |
|---|---|---|---|

| Name of first registered owner *(Last, First, Middle initial)* Robert Russell | Dept. of Licensing customer number | Excise tax $2,732.⁰⁰ |
|---|---|---|

| Name of second registered owner *(Last, First, Middle initial)* Sonja Russell | Dept. of Licensing customer number | License |
|---|---|---|

| Address of first registered owner | The Dept. of Licensing customer number may be found on your WA driver license/ID card or if owner is a business, provide the UBI number found on the Business Registration & Licenses document. | Application |
|---|---|---|

| City Duvall | State WA | ZIP code 98019 | | Sales/use tax |
|---|---|---|---|---|

| Name of first legal owner SAME AS ABOVE | Dept. of Licensing customer number | Other $66.⁰⁰ |
|---|---|---|

| Name of second legal owner | Dept. of Licensing customer number | Total fees and tax $2,798.50 |
|---|---|---|

Notary Public
State of Washington
TANYA LAGE
MY COMMISSION EXPIRES
November 21, 2017

| Address of first legal owner | | Subegent fee Do not include in total |
|---|---|---|
| City | | |

*I swear, under penalty of the perjury laws of this state, that, as owner or authorized agent of this vessel, itis free of any claim or lien, mortgage, conditional sale or other security interest of any person except the person or persons set forth as secured parties. (RCW 88.02.180)*

X _signature_ Title company    Date 6/23/16    X _signature_    Title company Robert Russell Sonja Russell   Date 6/23/16

Signature of first registered owner          Signature of second registered owner

Notary: State of Washington County of Kin   Subscribed and sworn before me this 23rd day of June 2016

X _signature_    TANYA LAGE

Signature of notary or license agent          Printed name of notary or agent number

**Dealer's Report of Sale:** Date of sale 01/24/16 Date of delivery 1/24/16 Dealer number 8828

X _signature_ Agent    BananaBelt Boats, LLC

Dealer's authorized signature          Printed name

TD-420-289 (R/7/12)WA

COPY

D.O.L 6/27/16

SEC-PMTITLE-E-0000014

**From:**
**Sent:** Friday, June 24, 2016 4:01 PM
**To:**
**Subject:** 1998 Pacific Mariner
**Attachments:** Russell_001.pdf

Hi Mr. and Mrs. Russell,

The deal is finalized as of today! Attached, please find the Transfer Confirmation Letter, along with copies of the items our office will be filing with the Coast Guard and Department of Licensing.

The Coast Guard is currently taking about 3 to 4 months to issue the new Certificate of Documentation and the state registration should be forwarded to you in a couple of weeks. Please keep the attached copies on board the boat until you receive the Certification of Documentation.

Please feel free to contact our office with any questions.

Thank you!

**Pacific Maritime Title**

655 NE Northlake Way. Seattle, WA 98105
Tel: 206.632.4668 Fax: 206.632.4673
www.pmtitle.com
@pmtitle.com

1



## Pacific Maritime Title

655 NE Northlake Way, Seattle, WA 98105   Tel: 206.632.4668   Fax:206.632.4673
Email: info@pmtitle.com                   Web: www.pmtitle.com

June 24, 2016

RE: RUS-15577-TL

▮▮▮▮▮▮▮

Length: 65'  Gross Tonnage: 69  Net Tonnage: 55

To Whom It Concerns:

Pacific Maritime Title is assisting in the transfer of ownership of the above referenced
vessel for the following parties.

Previous Owner:      ▮▮▮▮▮▮▮

New Owner:           Robert Russel and Sonja  Russel
                     ▮▮▮▮▮▮▮

New Vessel Name: IMAGINE
Hailing Port:
Trade: RECREATIONAL

We are in the process of obtaining Coast Guard Documentation and state registration in
the name of the new owner.

Attached are copies of the items filed with the National Vessel Documentation Center
and the appropriate state agency.  These copies should be kept on board the vessel until
the Certificate of Documentation and state registration have been issued.  With the
current work load, it may take several weeks for all items to be issued.

Please feel free to contact our office if you should have any questions or if we may be of
further assistance.

Thank you



# FINAL BUYER CLOSING STATEMENT

**Pacific Maritime Title**
655 NE Northlake Way
**Seattle WA 98105**
**Phone: 206-632-4668 Fax: 206-632-4673**

June 24, 2019

File Number:  RUS-15577-TL
File Agent:  Tanya Lage

## VESSEL INFORMATION

65' / Pacific Mariner / 1998   Official #:        Hull#:

### BUYER INFORMATION

Robert Russel and Sonja Russel

### SELLER INFORMATION

### SELLING BROKER:

### LISTING BROKER

| ITEM | Buyer | | Seller | |
| All figures are listed in US Dollars | Debit | Credit | Debit | Credit |
|---|---|---|---|---|
| Sales Price - includes dinghy | $546,500.00 | | | |
| Sales/Use Tax @ 8.5% on $546,500.00 to Selling Broker | $46,452.50 | | | |
| Reg. Services / Excise Tax due Dept. of Licensing | $3,060.00 | | | |
| Documentation fees due PMT | $400.00 | | | |
| Closing fees due PMT | $500.00 | | | |
| Deposit (Buyer) with Selling Broker | | $50,000.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Deposit with PMT | | $200,000.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Balance due from Buyer** | | $346,912.50 | | |
| TOTALS - to Balance | $596,912.50 | $596,912.50 | | |

---

**Robert Russel**                                         **Sonja Russel**

Buyer shall deliver to Pacific Maritime Title (PMT) all items designated in the above closing statement as Buyer credits. PMT is thereafter authorized, upon conveyance of Seller's interest in the above described vessel, to debit Buyer's account and to disburse said credit items accordingly. Buyer acknowledges that, if an existing lien is to be paid from disbursement proceeds, title transfer may be delayed pending the lienholder's subsequent issuance of a release of interest. Buyer acknowledges that PMT is not an insurer or guarantor of title; does not procure title insurance for the Buyer; and does not certify, warrant or otherwise construct an abstract or history of title. PMT is not responsible for the collection or payment of any taxes and cannot provide tax or legal advice. PMT recommends contacting a tax advisor or attorney for advice in these ares. All title and lien research is based solely upon information provided by the parties and does not extend beyond the applicable government agencies. Buyer acknowledges that some ownership and/or lien data is obtained from third party sources and authorizes PMT to rely on this information for closing and disbursement. PMT is not a party to any agreements or contract between Buyer and Seller or Buyer and any other partynor can it enforce the same. Buyer may, without cause, withdraw all trust items handed to PMT, after providing PMT with written notice prior to completion of these instructions. It is NOT THE INTENT OF THE PARTIES TO ENTER INTO AN ESCROW ARRANGEMENT WITH PMT and these instruction shall not be so construed.

SEC-PMTITLE-E-0000017

## BUYERS AGREEMENT



**561-694-5815**
**561-694-6158 Fax**
**2359 PGA BLVD Suite 101**
**Palm Beach Gardens, FL 33410**

**305-852-5424**
**Fax 305-852-8987**
**90400 Overseas Hwy**
**Tavernier, FL 33070**

| Purchaser | | | | | | | | Date | 3/3/2016 |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | | | Delivery Date | TBD |
| City | | | | | State | | Zip | | |
| PH | | Cell | | | E-Mail: | | | | |

| NEW | | Used | x | As is | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Make | Hydrasports Custom | | Year | 2014 | Model | 42 Extreme | Ser No | | |
| Motor #1 | Yamaha | | Year | 2014 | Model | F350 | Ser No | | |
| Motor#2 | Yamaha | | Year | 2014 | Model | F350 | Ser No | | |
| Motor #3 | Yamaha | | Year | 2014 | Model | F350 | Ser No | | |
| Motor #4 | Yamaha | | Year | 2014 | Model | F350 | Ser No | | |
| Trailer | No Trailer | | Year | | | | Ser No | | |

| | |
|---|---|
| Lamborghini Green Hull | Included |
| Triple Garmin 8215 Sonar Chartplotter | Included |
| Open Array Radar | Included |
| Garmin Autopilot | Included |
| Chirp Transducer | Included |
| Power Bow Table | Included |
| Satellite TV | Included |
| Custom EXTREME StereoWith Wetsounds Speakers | Included |
| Custom Flooring | Included |
| Touring Top with Siesta Cabin | Included |
| Bottom Paint | Included |
| Custom Tow Eye | Included |
| Custom Painted Engines | Included |
| Frigid Rigid Extend out Cooler inside Summer Kitchen | Included |
| UnderWater Lights | Included |
| Black Powdercoating Package | Included |
| Bow Thruster | Included |
| 315 Hours on Engines and Boat | Verified |
| Yamaha Y.E.S Powermatched until 11/3/2020 | Included |

*Paid in full*
*4/21/16*

| | | |
|---|---|---|
| Total Cash Delivered Price | $ | 470,000.00 |
| Trade In | | |
| Balance | | |

| Record of Trade In | | | | 6 | Sales Tax | |
|---|---|---|---|---|---|---|
| Boat Make | | Year | | | Balance | |
| Model | | Serial # | | | Registration | |
| Engine Make | | Year | | | Trade In Payoff | |
| Model | | Serial # | | UCC | Doc Stamps | Doc Fee | |
| Serial # | | Serial # | | | | |
| Trailer | | Year | | | Balance | |
| Model | | Serial # | | | Bank Funding | |
| Lien Holder | | Amount Owed | | | Deposit | |
| | | | | | TOTAL | |

This order (and the Terms and Conditions) comprises the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit had been extended to me for the purchase of this boat, motor, trailer, or equipment except as appears in writing on the face of this agreement. All used merchandise is sold as-is with no warranty unless expressed in writing on this agreement and furthermore any warranties prior to this agreement whether verbal or written are now null and void upon customer signature. I have read the ... ... RANTY YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The ... ... nts about the vessel. years .of age, or older, and hereby acknow...

**Buyer Signature:**

**Mailing address:**

**Salesman** House

**Accepted by:**

SEC-PLANTATION-E-0000002



| Suggested Format for Affidavit for Exemption of Boat Sold for Removal from the State of Florida by a Nonresident Purchaser | GT-500003 R. 12/01 |

The following is a suggested format for an affidavit to be completed by the purchaser and furnished to the selling dealer. In order to satisfy the requirements for exemption, the affidavit must contain all of this information and be completed in full.

STATE OF __Florida__ COUNTY OF __Monroe__

## *** READ CAREFULLY BEFORE SIGNING ***

Before me this day personally appeared the below named affiant who, being duly sworn, deposes and says:

1. I have read the Florida Department of Revenue Rule 12A-1.007(9), Florida Administrative Code, and § 212.05, Florida Statutes (F.S.); and

2. I am not a resident of the State of Florida and did not make my permanent place of abode in Florida at the time of taking delivery of the boat designated below; and

3. I am not engaged in Florida in any employment, trade, business, or profession for which the designated boat will be used in Florida; and

4. I represent a corporation which has no officer or director who is a resident of, or makes his or her permanent place of abode in Florida; and

5. I represent an artificial entity other than a corporation which has no individual vested with authority to participate in the management, direction, or control of the affairs of the entity who is a resident of Florida, or makes his or her permanent place of abode in Florida; and

6. *Within 30 days of the date of departure from Florida of the herein described boat, I agree to furnish the Florida Department of Revenue with written proof that this vessel was licensed, titled, registered or documented outside Florida; and*

7. *Within 10 days of the date of departure of the herein described vessel, I agree to furnish the Florida Department of Revenue with invoices for fuel, dockage charges, or repairs issued by out-of-state vendors or suppliers or other documentary evidence which specifically identifies this boat, including the hull ID number; and*

8. I claim exemption under § 212.05(1)(a)2., F.S., from Florida sales and use tax on the purchase of the boat designated below for the following reason:

☐ Boat herein identified and described is 5 net tons of admeasurement or larger and I plan to have the boat in Florida for a period *up to 90 days from the date of purchase.* I hereby agree to purchase from the selling dealer, at the time of sale, a decal issued by the Florida Department of Revenue authorizing the boat to remain in Florida up to 90 days following the date of sale. *I further agree to remove the boat from Florida within the 90 day period authorized by the decal and understand that the 90 day period may not be tolled for any reason including repairs.*

☐ Boat will be removed by me or by my designated agent from the State of Florida **within 10 days** of the date of purchase.

☐ Boat is to be repaired or altered and will be removed from the State of Florida by me or by my designated agent **within 20 days** (excluding tolled days) after completion of the repairs or alterations consistent with § 212.05, F.S.

### PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Name of Purchaser ▮▮▮▮▮▮▮▮▮▮    SSN: _____
If Purchaser is a Corporation or Partnership, List Officers or Partners _____

TIN _____
Purchaser's Permanent Address (Street) ▮▮▮▮▮▮▮
(City) ▮▮▮▮▮▮ _____ (State/Country) ▮▮▮ (ZIP) ▮▮▮
Purchaser's Daytime Telephone Number ( _ ) _____
Purchaser's Driver's License Number and State of Issuance _____ D.O.B _____
Purchaser's Passport or Visa Number _____

Name of Selling Dealer __Plantation Boat Mart & Marina, Inc__
Address of Selling Dealer (Street) __90400 Overseas Hwy__
(City) __Tavernier__ _____ (State/Country) __FL__ (ZIP) __33070__
Selling Dealer's Florida Sales and Use Tax Registration Number _____
Dealer's Telephone Number (_305_) __852-5424__
Date of Sale (Month) __4__ (Day) __27__ (Year) __2016__

SEC-PLANTATION-E-0000003



SEC-PLANTATION-E-0000004

201604190001031.txt

=========================== ADVICE OF CREDIT ================================
  ON APRIL 19, 2016, WE CREDITED YOUR ACCOUNT D/XXXXXX5306
  FOR USD 100,000.00

=========================== PAYMENT DETAILS ===========================

| | |
|---|---|
| PAYMENT DATE AND TIME: | 19-APR-2016  13:50:47 EST |
| RECEIVED AMOUNT: | USD 100,000.00 |
| METHOD OF PAYMENT: | FED Receive |
| TRANSACTION NUMBER: | 201604190001028 |
| OMAD(CYCLE DATE/LTERM/OMSN) | 20160419/MMQFMP78/000142/ |
| IMAD(CYCLE DATE/LTERM/IMSN) | 20160419/B6B7HU4R/007248/ |
| REFERENCE: | 2016041900259543 |
| RELATED REFERENCE: | 257SN4PFF |

RECEIVED FROM:                     F/
                                   BANK OF AMERICA, N.A., NY
                                   NEW YORK
                                   NY

ORIGINATING BANK:                  S/BOFAUS3NXXX
                                   BANK OF AMERICA, N.A.
                                   222 BROADWAY
                                   NEW YORK,NY 10038
                                   UNITED STATES OF AMERICA

ORIGINATOR:                        X/          8170
                                   RENEWABLE TECHNOLOGIES SOLUTION INC
                                   DBA BRIDGEGATE MARKETING SPECIALIST
                                   3653 VIA ZUMAYA ST
                                   CORONA CA 92881-0785

CREDITED TO:                       D/
                                   PLANTATION BOAT MART   MARINA, INC.
                                   FINANCING ACCOUNT
                                   90400 OVERSEAS HWY
                                   TAVERNIER FL 33070-2449

ORIGINATOR TO BENEFICIARY INFO:

Page 1

SEC-PLANTATION-E-0000005

*ACH*

*234,005.00*

*4|5|16*

| Account Number | ████ | Running Current Balance | 289,362.20 |
|---|---|---|---|
| T/C  0021 | ACH CREDIT | Running Collected Balance | 289,362.20 |
| Eff Date | 04/05/16 | Trace Nbr | 067015790010648 |
| Post Dt | 04/05/16 | | |
| Tran Amt | 234,005.00 | | |

[Image]

**Statement Description**

████████

████ unding
Plantation Boat Mart

| Check Nbr | |
|---|---|
| Backdated | |
| Prior Stmt | |
| Int Rate | .0000% |

**ACH**

| File ID | AHF0404045 | SEC Code | PPD |
|---|---|---|---|
| Co ID | G000108 | Indiv ID Number | |
| Co Name | ████ | Indiv ID Name | Plantation Boat Mart |
| Co Discr Data | ████ | | |

**Current**

| Source | ACH |
|---|---|
| Sub Source | FED |
| Batch | ACH |
| Seq Number | 27222 |

**Internal Notes**

**Original**

| Source | ACH |
|---|---|
| Sub Source | FED |
| Batch | ACH |
| Seq Nbr | 27222 |
| Post Dt | 04/05/16 |

**Maintenance**

| User ID | |
|---|---|
| Override ID | |
| Workstation | |
| Mnt Date | |
| Mnt Time | |

**Reg E**

| Reg E Opt-In Dcsn ATM | Non-consumer acct (not covered) ▼ |
|---|---|
| Reg E Opt-In Dcsn POS | Non-consumer acct (not covered) ▼ |

SEC-PLANTATION-E-0000006

**From:** ████████████ @centerstatebank.com>
**Sent:** Wednesday, March 23, 2016 5:02 PM
**To:** ████████
**Subject:** FW: Plantation Boat Mart

Here is the Hydrosport

Let me know if we owe you anything else to update as I think this was the last thing ☺☺☺


**CenterState**
B A N K

91390 Overseas Highway, PO Box 1425 I Tavernier, FL I 33070
Phone 305-852-0516 I Ext. 5897 I Cell 305-766-0643
Fax 305-852-8265

Mail Code: CSBFL-2200-TAV-128

████ @centerstatebank.com I www.centerstatebank.com

**LOCAL MARKET DRIVEN I A LONG TERM HORIZON I WORLD CLASS SERVICE I RELATIONSHIP BANKING I FAITH AND FAMILY**

*[handwritten: 135,000]*

*[handwritten: Hydra Acct — Transfered to Wire 3/18/16 $135,000.—]*

**Payment List**

| Institution | Branch | Department | Currency |
|---|---|---|---|
| CENTERSTATE BANK ▾ | CENTERSTATE BANK ▾ | MONEY SERVICES TEAM ▾ | USD ▾ |

| | | **FEDWIRE RECEIVE** | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Amount** | **Originator** | **Receiving Bank** | | **Beneficiary** | |
| **Tran. No.** | | | **Beneficiary's Bank** | **Sender Ref.** | **Ref. For Beneficiary** | |
| 18-MAR-2016 | 135,000.00 USD | ████████ | ████████ | | HYDRA SPORTS CUSTOM B... | |
| 2016031800002030 | | | | 2016031800143679 | | |

*[handwritten: 14 42 Hydra]*

E-mail Confidentiality Disclosure:: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

1

SEC-PLANTATION-E-0000007

UPS Internet Shipping: Shipment Receipt

Page 1 of 2

 **Shipment Receipt**

**Transaction Date:** 29 Mar 2016          **Tracking Number:**          1ZX337610392543492

| **1** | **Address Information** |
| --- | --- |

| Ship To: | Ship From: | Return Address: |
| --- | --- | --- |
| Yacht Documentation, LLC | Plantation Boat Mart | Plantation Boat Mart |
| | PARTS DEPARTMENT | parts dept. |
| | 90400 Overseas Highway | 90400 Overseas Highway |
| | Tavernier FL 33070 | TAVERNIER FL 33070 |
| | Telephone:305-853-3300 | Telephone:305-853-3300 |
| | x3329 | x3329 |

| **2** | **Package Information** |
| --- | --- |

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
| --- | --- | --- | --- |
| 1.  1.0 lbs<br>(1.0 lbs  billable) | Other Packaging | | |

| **3** | **UPS Shipping Service and Shipping Options** |
| --- | --- |

| Service: | UPS Ground Service |
| --- | --- |
| **Guaranteed By:** | End of Day Wednesday, Mar 30, 2016 |
| **Shipping Fees Subtotal:** | **10.65 USD** |
| Transportation | 6.94 USD |
| Fuel Surcharge | 0.46 USD |
| Residential Surcharge | 3.25 USD |

**Additional Shipping Options**

Quantum View Notify E-mail Notifications:                 No Charge

1    [REDACTED]@plantationboat.com:   Ship, Exception, Delivery
2    [REDACTED]@plantationboat.com:   Ship, Exception, Delivery

| **4** | **Payment Information** |
| --- | --- |

| Bill Shipping Charges to: | Shipper's Account X33761 |
| --- | --- |

| Charges: | **10.65 USD** |
| --- | --- |

**A discount has been applied to the Standard List rates for this shipment**

| Negotiated Charges: | **10.65 USD** |
| --- | --- |
| Total Charges: | **10.65 USD** |

Note: Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

UPS's liability for loss or damage to each domestic package or international shipment is limited to $100 without a declaration of value. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage, a shipper may declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service ("UPS Terms") at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping, packages with a value of more than $50,000. The only exception to the $50,000 per package limit is for a package eligible for the Enhanced Maximum Declared Value of $70,000 per package, as set forth in the UPS Terms. A package is eligible only if it meets the following requirements. The package must be (i) a domestic shipment; (ii) tendered pursuant to shipper's Scheduled Pickup Service; (iii) a UPS Next Day Air(R) delivery service is the service level selected; (iv) processed for shipment using a UPS Shipping System (declarations of value on paper Source Documents are not eligible for Enhanced Maximum Declared Value); and (v) does not contain hazardous material or a Perishable Commodity. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be

https://www.ups.com/uis/create?ActionOriginPair=default___PrintWindowPage&key=rec...   3/29/2016

SEC-PLANTATION-E-0000008

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**BILL OF SALE**

OMB No: 1625-0027
Expires: 06/30/2016

**1. VESSEL NAME**

**2. OFFICIAL NUMBER OR HULL ID NUMBER**

**3. NAME(S) AND ADDRESS(ES) OF SELLERS**

PLANTATION BOAT MART & MARINA, INC.
90400 OVERSEAS HWY
TRAVERNIER, FL. 33070

**3A. TOTAL INTEREST OWNED (IF LESS THAN 100%):** _____ %

**4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**

**4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED):** _____ %

**4B. MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.**

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP     ☐ TENANCY BY THE ENTIRETIES     ☐ COMMUNITY PROPERTY

☐ OTHER (DESCRIBE)

**5. CONSIDERATION RECEIVED (ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)**

**6. I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.**

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

**7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).**

**8. DATE SIGNED**

3/28/16 -

**9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL COMPANY IN WHICH SIGNED (E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)**

**10. ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)**

ON ___3/28/16___     THE PERSON(S) NAMED IN SECTION 9     STATE: __FL__
      (DATE)
ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT     COUNTY: MONROE
IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

**MARISEL DEMERITT**
MY COMMISSION # EE833742
EXPIRES September 10, 2016
(407) 398-0153     FloridaNotaryService.com

NOTARY PUBLIC: _____

MY COMMISSION EXPIRES: Sep 10 2016
                                      (DATE)

CG-1340 (06/12)          Previous Edition Obsolete          Page 1 of 2

SEC-PLANTATION-E-0000009

The Affiant has not allowed and knows of no violation of any covenants, restrictions, agreements, conditions, or trade endorsements affecting the Vessel.

The Affiant knows of no pending suits, proceedings, judgments, bankruptcies, liens or executions against the Vessel or the affiant.

Because of the state of the public records of the United States Coast Guard, it is impossible or impractical to complete an examination of the public records through and including the date of recordation of the act of sale and/or mortgage described above (the "Gap Period"), unless funding is delayed for several days. At the request of Affiant, the funding has not been so delayed, and instead will be achieved despite the fact that the examination of the public records for the entire Gap Period has not been completed. Affiant understands that the indemnification provisions set forth below are required in order for such funding to take place.

Affiant fully indemnifies and protects ▇▇▇▇▇▇▇ (the "Indemnified Party"), a Florida Limited Liability Company, from and against any and all loss, injury, or damage, including reasonable attorney's fees and costs, that many be suffered or incurred by it on account of any adverse title matters attaching to the Vessel during the Gap Period. Affiant also fully indemnifies and protects the indemnified party from any and all loss, injury, or damage including reasonable attorney's fees and costs that may be suffered or incurred by it as a result of relying upon the matters attested to by Affiant above. If the Affiant is more than one person or firm, each Affiant shall be liable jointly, severally, and in solido under this indemnity provision.

By way of illustration, without limitation, if a mortgage, lien or other adverse matter (an "Adverse Claim") against the Vessel arises or has been recorded during the Gap Period, the Affiant will be completely responsible to cause the Adverse Claim to be satisfied and cancelled from the public records promptly and expeditiously, and the Affiant will indemnify the Indemnified Party as above described in connection with the Adverse Claim and the effect or consequences thereof.

This affidavit is given to induce Indemnified Party to make a loan, secured by Vessel, to the entity that is purchasing Vessel from Affiant, and as an inducement therefore, Affiant agrees to indemnify and hold Indemnified Party harmless of and from any and all loss, cost, damage and expense of every kind, including attorney's fees, which Indemnified Party shall or may suffer or incur or become liable for under its policy or policies now to be issued, or any reissue, renewal or extension thereof, directly or indirectly, as a result of any misrepresentation herewith.

_28_ day of MARCH 2016

_____
Affiant

X _____
Notary Public

SEAL

MARISEL DEMERITT
MY COMMISSION # EE833742
EXPIRES September 10, 2016
(407) 398-0153   FloridaNotaryService.com

███

SELLER'S /OWNER'S AFFIDAVIT AND INDEMNITY

**State of FLORIDA**                                    **County of MONROE**

I, ███ hereafter referred to individually and collectively as the "Affiant"), being first duly sworn, on oath depose and state that Affiant owns the following described vessel together with all mast, bowsprits, sails, boards, anchors, cables, tackle, equipment, engines, furniture and all other necessities and appurtenances (hereafter referred to as the "Vessel"):

NAME OF VESSEL: ███

YEAR BUILT: **2014**

OFFICIAL NUMBER: ███

HAILING PORT: ███

HULL IDENTIFICATION NUMBER: ███

BUILDER/MANUFACTURER: **HYDRASOIRTS CUSTOM**

The Affiant has owned the Vessel now being sold or mortgaged continuously since **02/29/16**, and the Affiant's enjoyment thereof has been peaceable and undisturbed and the title to the Vessel has never been disputed to Affiant's knowledge, nor does Affiant know of any facts by reason of which the title to, or possession of, the Vessel might be disputed or by reason of which any claim to any of the Vessel might be asserted adversely to Affiant, and more particularly:

No party other than the Affiant is in possession of all or any portion of the Vessel.

The Affiant during the time of ownership of the Vessel has conveyed no portion of the Vessel nor done any act or allowed any act to be done which has changed or could change the ownership of the Vessel.

The Affiant has allowed no leased equipment or equipment owned by third parties to be placed aboard the Vessel.

The Affiant has allowed no charter parties or other use agreements to others for the Vessel and has no knowledge of such adverse rights.

The Affiant has caused no installation, alteration or repairs of any equipment, structures or improvements on the Vessel to be done, nor has contracted for any necessaries, equipment or material to be delivered to the Vessel for which charges therefor remain unpaid.

The Affiant has no knowledge of any dues, duties, taxes or special assessments attributable to the Vessel.

SEC-PLANTATION-E-0000011

**From:**
**Sent:** Monday, March 28, 2016 1:58 PM
**To:**
**Subject:** RE: Attached Image

I also need copies of the executed documents.

The loan proceeds from lender to Plantation Boat Mart will be $234,005.00.
The lender is          We will need proof that all monies owed are in,
I will need closing statement showing everything paid except the $234,005.00.

**YACHT DOCUMENTATION, LLC**
**200 SW 6TH COURT**
**POMPANO BEACH, FL. 33060**
**(954) 366-1362 OFFICE**
**(954) 366-1734 FAX**
**(954) 494-0256 CELL**

From: Reception@plantationboat.com
To:
Subject: FW: Attached Image
Date: Mon, 28 Mar 2016 17:46:29 +0000

Here you go

*Thank you for your time,*

*305-852-5424*
*1-800-KEY-BOAT*
*90400 Overseas Highway*
*Tavernier, FL  33070*
*reception@plantationboat.com*

1

SEC-PLANTATION-E-0000012