# Exhibit 5



P.O. Box 15284
Wilmington, DE 19850

RENEWABLE TECHNOLOGIES SOLUTION, INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA, CA  92881-0785

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Checking

for October 1, 2015 to October 31, 2015

Account number: ▮▮▮▮ 8170

RENEWABLE TECHNOLOGIES SOLUTION, INC    DBA BRIDGEGATE MARKETING SPECIALIST

### Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2015 | $1,662.92 | # of deposits/credits: 12 |
| Deposits and other credits | 410,711.50 | # of withdrawals/debits: 104 |
| Withdrawals and other debits | -146,305.02 | # of items-previous cycle[1]: 0 |
| Checks | -189,035.50 | # of days in cycle: 31 |
| Service fees | -212.50 | Average ledger balance: $70,516.52 |
| Ending balance on October 31, 2015 | $76,821.40 | [1]Includes checks paid, deposited items & other debits |



**Dreading the shredding?**

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click the **Profile & Settings** link when logged in at **bankofamerica.com/smallbusiness**.

Small Business Online Banking
TIP OF THE MONTH

ARMVQ3JF | SSM-02-15-0019.1

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ████████ 8170 | October 1, 2015 to October 31, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Bank of America**

## Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ▮▮▮▮ 8170 | October 1, 2015 to October 31, 2015

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 10/05/15 | Online Banking transfer from CHK 1366 Confirmation# 0307847817 | 200.00 |
| 10/07/15 | Online Banking transfer from CHK 1366 Confirmation# 0424553756 | 50.00 |
| 10/07/15 | Online Banking transfer from CHK 5656 Confirmation# 1724600718 | 50.00 |
| 10/09/15 | Counter Credit | 13,823.75 |
| 10/14/15 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-13) | 7,977.75 |
| 10/19/15 | CA TLR transfer | 11,400.00 |
| 10/23/15 | Counter Credit | 250,000.00 |
| 10/23/15 | Counter Credit | 125,000.00 |
| 10/28/15 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-27) | 2,000.00 |
| 10/29/15 | REFUND NSF/OD FEE        10-28 | 35.00 |
| 10/29/15 | REFUND NSF/OD FEE        10-28 | 35.00 |
| 10/29/15 | Fee Refund | 140.00 |
| **Total deposits and other credits** | | **$410,711.50** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 10/01/15 | GEICO       DES:PREM COLL ID:▮▮▮▮ E INDN:GUY GRIFFITHE      CO ID:▮▮▮▮  PPD | -223.07 |
| 10/13/15 | Online Banking Transfer Conf# 3v4kpwae9;▮▮▮▮ | -350.00 |
| 10/13/15 | NMLS 1-855-665-7 DES:NMLS PMT    ID:▮▮▮▮   INDN:BRIDGEGATE MARKETING S  CO ID:▮▮▮▮  PPD | -381.25 |
| 10/14/15 | Online Banking transfer to CHK 5656 Confirmation# 1587316728 | -6,000.00 |
| 10/19/15 | CA TLR transfer to CHK 6489 | -5,100.00 |
| 10/19/15 | CA TLR cash withdrawal from CHK 8170 | -1,000.00 |
| 10/21/15 | CAPITAL ONE      DES:ONLINE PMT ID:▮▮▮▮   INDN:▮▮▮▮ GRIFFITHEGUY  CO ID:▮▮▮▮  CCD | -90.74 |
| 10/23/15 | CAPITAL ONE      DES:MOBILE PMT ID:▮▮▮▮   INDN:▮▮▮▮ GRIFFITHEGUY  CO ID:▮▮▮▮  CCD | -29.95 |

continued on the next page

### They're not just heroes, they're our neighbors

Join us in helping connect our returning service members and veterans to the things they need to make their lives better. Express your support using **#troopthanks** and we'll donate $1 (up to $1 million) to Wounded Warrior Project. For details, visit bankofamerica.com/troopthanks.

**Join us at #troopthanks or bankofamerica.com/troopthanks.**

WOUNDED WARRIOR PROJECT

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation   ARBJKYNH   SSM-07-15-0368.B

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ███████ 8170 | October 1, 2015 to October 31, 2015

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 10/26/15 | CA TLR cash withdrawal from CHK 8170 | -7,000.00 |
| 10/26/15 | Online Banking transfer to CHK 5656 Confirmation# 2587308459 | -60.00 |
| 10/26/15 | CA TLR cash withdrawal from CHK 8170 | -6,000.00 |
| 10/26/15 | CA TLR transfer to SAV 9734 | -100,000.00 |
| 10/30/15 | Online Banking transfer to CHK 1366 Confirmation# 1521970012 | -1,000.00 |
| 10/30/15 | WELLS FARGO DLR DES:FEE & PMTS ID:███████ INDN:GUY S GRIFFITHE CO ID███████ TEL | -3,558.68 |

Card account # XXXX XXXX XXXX 3075

| Date | Description | Amount |
|---|---|---:|
| 10/01/15 | BKOFAMERICA ATM 10/01 #000009130 WITHDRWL CORONA PLAZA    CORONA    CA | -100.00 |
| 10/02/15 | CHECKCARD 1001 SUPERCUTS CORONA CROSSI CORONA    CA 24431065275207918300261 CKCD 7230 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -43.00 |
| 10/05/15 | CHECKCARD 1001 IN-N-OUT BURGER #175 CORONA    CA 24445005275100483215164 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -19.71 |
| 10/05/15 | CHECKCARD 1002 PAYPAL *USAHA5758 402-935-7733 CA 24492155275894922111431 CKCD 4812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -40.00 |
| 10/05/15 | CHECKCARD 1002 JUANITOS TACOS HIGHLAND    CA 24559305277900015700458 CKCD 5812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -14.58 |
| 10/05/15 | CHECKCARD 1003 GROUPON INC 877-788-7858 IL 24692165276000421154163 CKCD 7299 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -15.00 |
| 10/05/15 | CHECKCARD 1004 TARGET    00018697 REDLANDS    CA 24164075277091008483967 CKCD 5411 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -80.78 |
| 10/06/15 | CHECKCARD 1004 DEL TACO #735 BEAUMONT    CA 24224435279101060793401 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -16.45 |
| 10/06/15 | ARCO #42604    10/06 #000234220 PURCHASE ARCO #42604    CORONA    CA | -71.58 |
| 10/07/15 | CHECKCARD 1006 WWW.DICKSSPORTNGGOODS.C 877-846-9997 PA 24610435279004074021581 CKCD 5941 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -432.78 |
| 10/07/15 | CHECKCARD 1005 ILEADS.COM 949-7192787 CA 24335495279900010747254 CKCD 7399 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -200.00 |
| 10/09/15 | CHECKCARD 1007 WU:CONTINENTAL FINANCE 866-316-3360 DE 24387755281004117054688 CKCD 4829 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -125.00 |
| 10/09/15 | CHECKCARD 1008 LA CITY PARKING METER LOS ANGELES CA 24755425281272813614121 CKCD 7523 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -1.00 |
| 10/13/15 | CHECKCARD 1009 MI TORTILLA MEXICAN GRI CORONA    CA 24492795282118000107861 CKCD 5812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -22.13 |
| 10/13/15 | CHECKCARD 1010 SOUTHWES    52621500292 800-435-9792 TX 24692165284000363006835 CKCD 3066 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -312.00 |
| 10/13/15 | CHECKCARD 1010 SOUTHWES    52606760433 800-435-9792 TX 24692165284000363006843 CKCD 3066 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -50.00 |
| 10/13/15 | CHECKCARD 1010 SW *HOTELSL4FKZV 800-545-4489 IL 24692165283000920009448 CKCD 4722 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -1,079.18 |
| 10/13/15 | STATERBROS170    10/10 #000227930 PURCHASE STATERBROS170    CORONA    CA | -15.44 |
| 10/13/15 | SAMSCLUB #4709    10/10 #000255893 PURCHASE SAMSCLUB #4709    CORONA    CA | -75.44 |
| 10/13/15 | CHECKCARD 1010 SHELL OIL 57442716908 BURBANK    CA 24316055284548444003485 CKCD 5542 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -30.00 |
| 10/13/15 | CHECKCARD 1011 LA FITNESS 949-255-8100 CA 24492155284940001425108 RECURRING CKCD 7997 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -64.85 |
| 10/13/15 | CHECKCARD 1011 91 EXPRESS LANES REBILL 800-6009191 CA 24755425285122852048655 CKCD 4784 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -30.00 |

continued on the next page

**Bank of America** | Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ▮▮▮▮ 8170 | October 1, 2015 to October 31, 2015

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 10/13/15 | CHECKCARD 1011 IMDb 206-266-2425 WA 24692165284000451349428 RECURRING CKCD 5968 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -19.99 |
| 10/13/15 | CHECKCARD 1012 Experian *CreditRepo 866-3690415 CA 24906415285019618690995 RECURRING CKCD 5968 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -29.95 |
| 10/13/15 | CHECKCARD 1012 CIRCLE K 05705 CORONA CA 24692165286000973833238 CKCD 5542 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -65.00 |
| 10/13/15 | CHECKCARD 1012 WESTLAKE FINANCIAL SVCS 888-739-9192 CA 24493985285003163419928 CKCD 6051 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -371.33 |
| 10/13/15 | THE HOME DEPOT 10/12 #000919344 PURCHASE THE HOME DEPOT 66 CORONA CA | -11.85 |
| 10/13/15 | SPORTS AUTHORI 10/13 #000429451 PURCHASE SPORTS AUTHORITY CORONA CA | -86.38 |
| 10/14/15 | Wal-Mart Super 10/14 #000191756 PURCHASE Wal-Mart Super Ce CORONA (S) CA | -51.42 |
| 10/16/15 | CHECKCARD 1015 GEICO *AUTO MACON DC 24692165288000344359937 CKCD 6300 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -149.35 |
| 10/16/15 | CHECKCARD 1015 LA FITNESS 949-255-8100 CA 24492155288940001908133 RECURRING CKCD 7997 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -240.00 |
| 10/16/15 | CHECKCARD 1015 LENDERHOMEPAGE 714-924-2512 CA 24431065289026132490912 RECURRING CKCD 5734 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -150.00 |
| 10/19/15 | BKOFAMERICA ATM 10/18 #000008367 WITHDRWL CORONA PLAZA CORONA CA | -80.00 |
| 10/19/15 | WM SUPERC Wal- 10/18 #000321810 PURCHASE WM SUPERC Wal-Mar CORONA (S) CA | -20.17 |
| 10/19/15 | ARCO #42604 10/19 #000951946 PURCHASE ARCO #42604 CORONA CA | -68.93 |
| 10/21/15 | CHECKCARD 1019 MARIOS PLACE RIVERSIDE CA 24122595293701581174209 CKCD 5812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -190.00 |
| 10/21/15 | CHECKCARD 1020 MCDONALD'S F11629 SANTA ANA CA 24427335293720055710424 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -7.23 |
| 10/21/15 | OFFICE DEPOT 0 10/21 #000216326 PURCHASE OFFICE DEPOT 00 1 CORONA CA | -215.90 |
| 10/22/15 | CHECKCARD 1020 ALASKA AIR 02721806608 SANTA ANA CA 24431065294824500108709 CKCD 3256 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -25.00 |
| 10/22/15 | CHECKCARD 1020 JWA PARKING COSTA MESA CA 24493985294016316780003 CKCD 7523 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -20.00 |
| 10/22/15 | CHECKCARD 1021 BEAVER ADVANTAGE REDLANDS CA 24431065294286035900218 CKCD 8011 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -30.00 |
| 10/23/15 | CHECKCARD 1021 MIGUEL'S JR 11 CORONA CA 24224435296101038662018 CKCD 5812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -12.69 |
| 10/23/15 | CHECKCARD 1023 EQUIFAX CONSUMER 866-640-2273 GA 24692165296000055383365 CKCD 7321 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -17.95 |
| 10/23/15 | SOUTH CORONA P 10/23 #000561420 PURCHASE SOUTH CORONA PETR CORONA CA | -6.65 |
| 10/23/15 | MAC @ TYLR-RIV 10/23 #000016502 PURCHASE MAC @ TYLR-RIVRSD RIVERSIDE CA | -29.16 |
| 10/23/15 | ARCO #42604 10/23 #000079607 PURCHASE ARCO #42604 CORONA CA | -67.21 |
| 10/23/15 | BKOFAMERICA ATM 10/23 #000006092 WITHDRWL MAGNOLIA TYLER RIVERSIDE CA | -300.00 |
| 10/26/15 | CHECKCARD 1023 WETZEL'S PRETZELS#TYQ70 RIVERSIDE CA 24138295297206199000478 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -10.12 |
| 10/26/15 | CHECKCARD 1024 BAJA FRESH 295 GRANADA HILLSCA 24692165297000746454590 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -17.84 |
| 10/26/15 | BKOFAMERICA ATM 10/24 #000007973 WITHDRWL CORONA PLAZA CORONA CA | -300.00 |
| 10/26/15 | CHECKCARD 1024 PAYPAL *FJGGHF12 402-935-7733 CA 24492155297894441288003 CKCD 8999 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -2,209.89 |

continued on the next page

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ████ 8170 | October 1, 2015 to October 31, 2015

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 10/26/15 | 3538 FOREVER 2 10/24 #000576774 PURCHASE 3538 FOREVER 21 RIVERSIDE CA | -55.67 |
| 10/26/15 | MACY'S 3500 10/24 #000215981 PURCHASE MACY'S 3500 TY RIVERSIDE CA | -91.80 |
| 10/26/15 | PACIFIC SUNWEA 10/24 #000688869 PURCHASE PACIFIC SUNWEAR O RIVERSIDE CA | -35.64 |
| 10/26/15 | CHECKCARD 1025 STATE OF CA DEPT OF DCS 916-464-5000 CA 24492155298027219152544 CKCD 9399 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -200.00 |
| 10/26/15 | NORDSTROM 357 10/25 #000218635 PURCHASE NORDSTROM 357 363 RIVERSIDE CA | -363.73 |
| 10/27/15 | CHECKCARD 1026 RIVERSIDE COURT WEB IMA 951-7773171 CA 24755425299732990721262 CKCD 9399 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -11.00 |
| 10/27/15 | CHECKCARD 1026 RIVERSIDE COURT WEB IMA 951-7773171 CA 24755425299732990721270 CKCD 9399 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -6.60 |
| 10/27/15 | CHECKCARD 1027 RUSHMYPASSPORT.COM 866-261-1277 FL 24692165300000991797896 CKCD 7299 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -238.85 |
| 10/27/15 | CHECKCARD 1026 NCL RESERVATIONS USD MIAMI FL 24761975299036297514081 CKCD 4411 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -3,414.66 |
| 10/28/15 | CHECKCARD 1026 CALIFORNIA BUSINESS BUR 626-3031515 CA 24767935300686001432387 CKCD 8999 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -2,405.00 |
| 10/28/15 | CHECKCARD 1026 AT&T S870 5744 CORONA CA 24493985300982954342954 CKCD 4812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -149.20 |
| 10/28/15 | CHECKCARD 1026 AT&T S870 5744 CORONA CA 24493985300982954347482 CKCD 4812 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -215.32 |
| 10/28/15 | CHECKCARD 1026 AS SEEN ON TV AND MORE RIVERSIDE CA 24755425300163001672657 CKCD 5947 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -53.98 |
| 10/28/15 | CHECKCARD 1027 CIRCLE K 05705 CORONA CA 24692165301000517969333 CKCD 5542 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -49.19 |
| 10/29/15 | CHECKCARD 1027 TERMINAL 1 STA32571572 LOS ANGELES CA 24164075301531272247382 CKCD 5814 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -18.20 |
| 10/29/15 | CHECKCARD 1027 SOUTHWES 52626061024 800-435-9792 TX 24692165301000871754016 CKCD 3066 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -80.00 |
| 10/29/15 | CHECKCARD 1028 SWA INFLIGHT WIFI 800-435-9792 CA 24692165301000720376342 CKCD 4816 XXXXXXXXXXXX3075 XXXX XXXX XXXX 3075 | -8.00 |
| 10/29/15 | P119368 10/29 #000251334 WITHDRWL 123 BARONNE ST NEW ORLEANS LA | -303.75 |
| 10/30/15 | WM SUPERC Wal- 10/30 #000828266 PURCHASE WM SUPERC Wal-Mar HENDERSON TX | -167.81 |
| | Subtotal for card account # XXXX XXXX XXXX 3075 | -$15,511.33 |
| | Total withdrawals and other debits | -$146,305.02 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 10/06/15 | 3036 | -430.00 | 10/26/15 | 3043 | -360.00 |
| 10/13/15 | 3037 | -7,977.75 | 10/26/15 | 3044 | -420.00 |
| 10/09/15 | 3038 | -1,671.25 | 10/27/15 | 3046* | -2,000.00 |
| 10/13/15 | 3039 | -2,500.00 | 10/28/15 | 3047 | -9,870.00 |
| 10/19/15 | 3040 | -1,903.25 | 10/28/15 | 3048 | -5,000.00 |
| 10/21/15 | 3041 | -1,903.25 | 10/29/15 | 3049 | -150,000.00 |
| 10/29/15 | 3042 | -5,000.00 | | | |
| | | | | Total checks | -$189,035.50 |
| | | | | Total # of checks | 13 |

* There is a gap in sequential check numbers



# Bank of America

## Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ▮▮▮▮▮ 8170 | October 1, 2015 to October 31, 2015

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $280.00 |
| Total NSF: Returned Item fees | $140.00 | $210.00 |

We refunded to you a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this statement period and a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year.

**To help you avoid overdraft fees and returned items, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) that let you know if your account balance is low or if a payment is due.

Overdraft Protection – automatically transfer available funds to your eligible account from a linked savings, credit card or an eligible second checking account to help cover items that would overdraw your account.

To enroll, simply go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. Mobile App alerts are not available on select devices.

| Date | Transaction description | Amount |
|---|---|---|
| 10/13/15 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 10-13 | -35.00 |
| 10/27/15 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 10-27 | -35.00 |
| 10/28/15 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 10-28 | -35.00 |
| 10/28/15 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 10-28 | -35.00 |
| 10/29/15 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-28 | -35.00 |
| 10/29/15 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-28 | -35.00 |
| 10/29/15 | P119368   10/29 #000251334 WITHDRWL 123 BARONNE ST   NEW ORLEANS  LA  FEE CKCD   XXXXXXXXXXXX3075 | -2.50 |

**Total service fees**     -$212.50

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 1,339.85 | 10/13 | -1,205.07 | 10/23 | 375,463.83 |
| 10/02 | 1,296.85 | 10/14 | 721.26 | 10/26 | 258,339.14 |
| 10/05 | 1,326.78 | 10/16 | 181.91 | 10/27 | 252,633.03 |
| 10/06 | 808.75 | 10/19 | 3,409.56 | 10/28 | 236,820.34 |
| 10/07 | 275.97 | 10/21 | 1,002.44 | 10/29 | 81,547.89 |
| 10/09 | 12,302.47 | 10/22 | 927.44 | 10/30 | 76,821.40 |

SEC-BOA-E-0001325

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ▮▮▮▮ 8170  |  October 1, 2015 to October 31, 2015

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



SEC-BOA-E-0000972