# **Exhibit 6**



Bus Platinum Privileges

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

RENEWABLE TECHNOLOGIES SOLUTION, INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA, CA  92881-0785

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for December 1, 2016 to December 31, 2016          Account number: 8170
RENEWABLE TECHNOLOGIES SOLUTION, INC    DBA BRIDGEGATE MARKETING SPECIALIST

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2016 | $1,028.65 | # of deposits/credits: 10 |
| Deposits and other credits | 166,006.59 | # of withdrawals/debits: 40 |
| Withdrawals and other debits | -123,633.90 | # of items-previous cycle[1]: 0 |
| Checks | -48,000.00 | # of days in cycle: 31 |
| Service fees | -465.00 | Average ledger balance: -$201.32 |
| Ending balance on December 31, 2016 | -$5,063.66 | [1]Includes checks paid,deposited items&other debits |



Stay informed around the clock

**Online Alerts**[1] help keep you informed.
- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

Small Business Online Banking
TIP OF THE MONTH



[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.  |  AR5XKMCP  |  SSM-01-16-8548.B

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ▓▓▓▓▓▓ 8170  |  December 1, 2016 to December 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America**

## Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ▇▇▇▇ 8170 | December 1, 2016 to December 31, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/02/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-01) | 6,171.58 |
| 12/06/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-05) | 717.38 |
| 12/07/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-06) | 717.38 |
| 12/08/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-07) | 717.38 |
| 12/08/16 | GEICO   DES:EFT REFUND ID:▇▇▇▇E  INDN:GUY GRIFFITHE   CO ID:▇▇▇▇ PPD | 173.11 |
| 12/09/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-08) | 717.38 |
| 12/16/16 | CA TLR transfer | 150,000.00 |
| 12/20/16 | CA TLR transfer | 3,075.00 |
| 12/29/16 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-28) | 717.38 |
| 12/29/16 | Counter Credit | 3,000.00 |
| **Total deposits and other credits** | | **$166,006.59** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/01/16 | AZTEC LEASING IN DES:ACH   ID:▇▇▇▇ INDN:RENEWABLE TECHNOLOGIES  CO ID:▇▇▇▇ CCD  PMT INFO:OFFICE EQUIPMENT LEASE | -6,171.58 |
| 12/01/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |
| 12/02/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |
| 12/05/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |
| 12/06/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |
| 12/07/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |
| 12/08/16 | MERCHANTS CAP   DES:ADV PYMT  ID:▇▇▇▇ INDN:Renewable Technologies  CO ID:▇▇▇▇ CCD | -717.38 |

continued on the next page

**How can we improve your business banking?**

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win a **$3,000** Visa® gift card just for participating.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 2/28/2017. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2016 Bank of America Corporation. ARGGNCDF  |  SSM-05-16-0087.B

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ▮8170 | December 1, 2016 to December 31, 2016

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/08/16 | GEICO  DES:PREM COLL  ID:▮  INDN:GUY GRIFFITHE  CO ID:▮  PPD | -138.93 |
| 12/16/16 | Online Banking transfer to CHK 5656 Confirmation# 3191832817 | -5.00 |
| 12/16/16 | WIRE TYPE:INTL OUT DATE:161216 TIME:1522 ET TRN:2016121600355751 SERVICE REF:139726 BNF:HUMANITY PRODUCTIONS INC ID▮ BNF BK:CAN ADIAN IMPERIAL BANK ID▮ PMT DET:189444 876 BRIDGEGATE PICTURES | -100,000.00 |
| 12/19/16 | MERCHANTS CAP  DES:ADV PYMT  ID▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/20/16 | MERCHANTS CAP  DES:ADV PYMT  ID:▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/20/16 | GM CARD SRVCS  DES:Online Pmt ID:▮  INDN:RENEWABLE TECHNOLOGIES CO ID:9541719425 WEB | -100.00 |
| 12/21/16 | MERCHANTS CAP  DES:ADV PYMT  ID▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/22/16 | MERCHANTS CAP  DES:ADV PYMT  ID▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/23/16 | MERCHANTS CAP  DES:ADV PYMT  ID:▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/27/16 | MERCHANTS CAP  DES:ADV PYMT  ID:▮  INDN:Renewable Technologies  CO ID▮  CCD | -717.38 |
| 12/28/16 | MERCHANTS CAP  DES:ADV PYMT  ID▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/29/16 | MERCHANTS CAP  DES:ADV PYMT  ID:▮  INDN:Renewable Technologies  CO ID:▮  CCD | -717.38 |
| 12/30/16 | AZTEC LEASING IN DES:ACH  ID▮  INDN:RENEWABLE TECHNOLOGIES  CO ID:▮  CCD  PMT INFO:OFFICE EQUIPMENT LEASE | -6,171.58 |
| 12/30/16 | MERCHANTS CAP  DES:ADV PYMT  ID:▮  INDN:Renewable Technologies  CO ID▮  CCD | -717.38 |

Card account # XXXX XXXX XXXX 9955

| Date | Description | Amount |
|---|---|---|
| 12/13/16 | CHECKCARD 1212 Experian *CreditRepo 866-3690415 CA 24906416347033428236364 RECURRING CKCD 5968 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -29.95 |
| 12/19/16 | CHECKCARD 1216 LA FITNESS 949-255-8100 CA 24492156352940000044806 RECURRING CKCD 7997 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -220.00 |
| 12/23/16 | CHECKCARD 1223 EQUIFAX CONSUMER 866-640-2273 GA 24692166358000739746840 RECURRING CKCD 7321 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -17.95 |
| 12/27/16 | CHECKCARD 1227 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692166362000840095883 RECURRING CKCD 4899 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -18.21 |

| | |
|---|---|
| Subtotal for card account # XXXX XXXX XXXX 9955 | -$286.11 |
| Total withdrawals and other debits | -$123,633.90 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12/16/16 | 3127 | -25,000.00 | 12/16/16 | 3128 | -23,000.00 |
| | | | Total checks | | -$48,000.00 |
| | | | Total # of checks | | 2 |



**Your checking account**

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # 8170  |  December 1, 2016 to December 31, 2016

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $175.00 | $875.00 |
| Total NSF: Returned Item fees | $245.00 | $875.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

| Date | Transaction description | Amount |
|---|---|---|
| 12/01/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-01 | -35.00 |
| 12/02/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-02 | -35.00 |
| 12/05/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-05 | -35.00 |
| 12/06/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-06 | -35.00 |
| 12/07/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-07 | -35.00 |
| 12/08/16 | Extended Overdrawn Balance Charge | -35.00 |
| 12/08/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-08 | -35.00 |
| 12/08/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-08 | -35.00 |
| 12/13/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-13 | -35.00 |
| 12/16/16 | Wire Transfer Fee | -45.00 |
| 12/27/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-27 | -35.00 |
| 12/28/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-28 | -35.00 |
| 12/30/16 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-30 | -35.00 |
| **Total service fees** | | **-$465.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | -5,895.31 | 12/09 | -651.93 | 12/22 | 1,118.60 |
| 12/02 | -476.11 | 12/13 | -716.88 | 12/23 | 383.27 |
| 12/05 | -1,228.49 | 12/16 | 1,233.12 | 12/27 | -387.32 |
| 12/06 | -1,263.49 | 12/19 | 295.74 | 12/28 | -1,139.70 |
| 12/07 | -1,298.49 | 12/20 | 2,553.36 | 12/29 | 1,860.30 |
| 12/08 | -1,369.31 | 12/21 | 1,835.98 | 12/30 | -5,063.66 |

SEC-BOA-E-0000634

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account # ▮▮▮▮▮▮▮ 8170   |   December 1, 2016 to December 31, 2016

This page intentionally left blank