# Exhibit 7

Bus Platinum Privileges


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RENEWABLE TECHNOLOGIES SOLUTION, INC
DBA BRIDGEGATE MARKETING SPECIALIST
3653 VIA ZUMAYA ST
CORONA, CA  92881-0785

# Your Business Advantage Checking
# Bus Platinum Privileges

for January 1, 2017 to January 31, 2017                                  Account number: ▮▮▮▮ 8170

**RENEWABLE TECHNOLOGIES SOLUTION, INC    DBA BRIDGEGATE MARKETING SPECIALIST**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2017 | -$5,063.66 | # of deposits/credits: 8 |
| Deposits and other credits | 509,770.41 | # of withdrawals/debits: 118 |
| Withdrawals and other debits | -433,520.62 | # of items-previous cycle[1]: 0 |
| Checks | -69,402.20 | # of days in cycle: 31 |
| Service fees | -488.60 | Average ledger balance: $26,367.90 |
| **Ending balance on January 31, 2017** | **$1,295.33** | [1]Includes checks paid, deposited items & other debits |

---

### Here's a tip

Don't miss important account notifications — keep your contact information updated.

It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings** and review your information. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation                                                    SSM-06-16-0154.C | ARJLMSYH

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account # ▮▮▮▮ 8170   |   January 1, 2017 to January 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America**

## Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ▮▮▮▮ 8170  |  January 1, 2017 to January 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 01/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-30) | 6,171.58 |
| 01/03/17 | WIRE TYPE:WIRE IN DATE: 170103 TIME:1603 ET TRN:2017010300492927 SEQ:G0170035323201/501006 ORIG:▮▮▮▮ SND BK:CITIBANK, N.A. ID:▮▮▮▮ PMT DET:INVESTMENT | 400,000.00 |
| 01/17/17 | Online Banking transfer from CHK 5656 Confirmation# 6467020538 | 180.00 |
| 01/19/17 | Counter Credit | 2,600.00 |
| 01/23/17 | CHECKCARD 0120 BUSINESS FILINGS 800-981-7183 WI 7469216702000094336 | 61.00 |
| 01/23/17 | GEICO   DES:EFT REFUND ID:▮▮▮▮ INDN:GUY GRIFFITHE   CO ID:▮▮▮▮ PPD | 40.45 |
| 01/25/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 717.38 |
| 01/25/17 | Counter Credit | 100,000.00 |
| **Total deposits and other credits** | | **$509,770.41** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 01/03/17 | WIRE TYPE:WIRE OUT DATE:170103 TIME:1654 ET TRN:2017010300518908 SERVICE REF:017991 BNF:STAGESTOP 6, LLC ID:▮▮▮▮ BNF BK:ALPINE B ANK ID:▮▮▮▮ PMT DET:190799848 GREEN ACRES PAY MENT | -36,700.00 |
| 01/03/17 | WIRE TYPE:WIRE OUT DATE:170103 TIME:1659 ET TRN:2017010300521110 SERVICE REF:018275 BNF:ROBERT RUSSELL ID:▮▮▮▮ BNF BK:WELLS FARG O BANK, N.A. ID:▮▮▮▮ PMT DET:190800540 | -58,300.00 |
| 01/03/17 | WIRE TYPE:INTL OUT DATE:170104 TIME:1707 ET TRN:2017010300524616 SERVICE REF:320030 BNF:RECALL PRODUCTIONS INC ID:▮▮▮▮ BNF BK:CANAD IAN IMPERIAL BANK ID:▮▮▮▮ PMT DET:19080149 0 BRIDGEGATE DEFERRAL | -30,000.00 |
| 01/03/17 | Online Banking transfer to CHK 5656 Confirmation# 1448500364 | -500.00 |
| 01/03/17 | Online Banking transfer to CHK 1366 Confirmation# 2148502608 | -500.00 |
| 01/03/17 | Online Banking transfer to CHK 1366 Confirmation# 1149126204 | -5,000.00 |
| 01/03/17 | Online Banking Transfer Conf# s5j9mdsc7; ▮▮▮▮ | -3,048.92 |
| 01/03/17 | Online Banking transfer to CHK 1366 Confirmation# 2549526096 | -2,000.00 |
| 01/03/17 | Online Banking transfer to CHK 1366 Confirmation# 3149596049 | -400.00 |

*continued on the next page*

Thank you for choosing Bank of America.

SSM-08-16-0162.C  |  ARRNPKDC

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ████ 8170 | January 1, 2017 to January 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/03/17 | Online Banking Transfer Conf# z8qv0qo7p; | -300.00 |
| 01/03/17 | MERCHANTS CAP DES:ADV PYMT ID: INDN:Renewable Technologies CO ID: CCD | -717.38 |
| 01/04/17 | WIRE TYPE:WIRE OUT DATE:170104 TIME:0548 ET TRN:2017010300539838 SERVICE REF:002157 BNF ID: BNF BK:WELLS FARGO BANK, N.A. ID:1 PMT DET:190809016 INTEREST PAYMENT | -25,000.00 |
| 01/04/17 | WIRE TYPE:WIRE OUT DATE:170104 TIME:0845 ET TRN:2017010400193108 SERVICE REF:003126 BNF ID BNF BK:WELLS FARGO BANK, N.A. ID: PMT DET:190818038 BETTY 12500 GREG 4000 | -16,500.00 |
| 01/04/17 | WIRE TYPE:WIRE OUT DATE:170104 TIME:1323 ET TRN:2017010400291252 SERVICE REF:008366 BNF ID BNF BK:EAST WEST BANK ID: PMT DET:190874896 | -45,000.00 |
| 01/04/17 | WIRE TYPE:WIRE OUT DATE:170104 TIME:1335 ET TRN:2017010400295256 SERVICE REF:008633 BNF ID: BNF BK:CITIBANK, N.A. ID: PMT DET:190876210 9000 RENT NOV DEC JAN 4000 ALTIMA | -14,000.00 |
| 01/04/17 | CA TLR cash withdrawal from CHK 8170 | -50,000.00 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID: INDN:Renewable Technolog So CO ID WEB | -11,517.07 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID INDN:Renewable Technolog So CO ID: WEB | -7,896.95 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID INDN:Renewable Technolog So CO ID: WEB | -4,757.05 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID: INDN:Renewable Technolog So CO ID: WEB | -4,040.64 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID: INDN:Renewable Technolog So CO ID WEB | -3,674.21 |
| 01/04/17 | AMERICAN EXPRESS DES:ACH PMT ID: INDN:Renewable Technolog So CO ID: WEB | -3,149.91 |
| 01/04/17 | CAPITAL ONE DES:MOBILE PMT ID INDN: CO ID: CCD | -2,819.35 |
| 01/04/17 | BARCLAYCARD US DES:CREDITCARD ID:XXXXXXXXX INDN:GUY GRIFFITHE CO ID WEB | -2,041.94 |
| 01/04/17 | AKUSA LN PMT DES:LOAN PMT ID: INDN:GUY GRIFFITHE CO ID: CCD | -1,500.00 |
| 01/04/17 | MERCHANTS CAP DES:ADV PYMT ID INDN:Renewable Technologies CO ID CCD | -717.38 |
| 01/04/17 | PHILLIPS 66 CC DES:P66 EPAY ID INDN: 7076221404193845 CO ID: WEB | -342.20 |
| 01/05/17 | Online Banking transfer to CHK 1366 Confirmation# 2163710931 | -250.00 |
| 01/05/17 | Online Banking Transfer Conf# mb7wtkuit; | -500.00 |
| 01/05/17 | CA TLR transfer to CHK 9111 | -1,685.00 |
| 01/05/17 | CA TLR transfer to CHK 3412 | -3,250.00 |
| 01/05/17 | CA TLR transfer to CHK 1563 | -1,950.00 |
| 01/05/17 | VISA DES:PAYMENT ID INDN:GUY S GRIFFITHE CO ID WEB | -7,391.37 |
| 01/05/17 | CITI CARD ONLINE DES:PAYMENT ID INDN:GUY GRIFFITHE CO ID WEB | -6,899.26 |
| 01/05/17 | GM CARD SRVCS DES:Online Pmt ID: INDN:RENEWABLE TECHNOLOGIES CO ID WEB | -2,795.19 |
| 01/05/17 | MERCHANTS CAP DES:ADV PYMT ID INDN:Renewable Technologies CO ID: CCD | -717.38 |

continued on the next page

**Bank of America** — Your checking account

RENEWABLE TECHNOLOGIES SOLUTION, INC | Account # ████ 8170 | January 1, 2017 to January 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/05/17 | DISCOVER DES:E-PAYMENT ID:████ INDN:GRIFFITHE GUY CO ID:████ WEB | -415.93 |
| 01/05/17 | BARCLAYCARD US DES:CREDITCARD ID:XXXXXXXXX INDN:GUY GRIFFITHE CO ID:████ WEB | -135.06 |
| 01/05/17 | CAPITAL ONE DES:MOBILE PMT ID:████ INDN:████ GRIFFITHEGUY CO ID:████ CCD | -39.00 |
| 01/05/17 | AMERICAN EXPRESS DES:ACH PMT ID:████ INDN:Renewable Technolog So CO ID:████ WEB | -21.95 |
| 01/05/17 | MERRICK BANK COR DES:MOBILE PAY ID:████ INDN:GUY S GRIFFITHE CO ID:████ WEB | -6.00 |
| 01/06/17 | WIRE TYPE:WIRE OUT DATE:170106 TIME:0637 ET TRN:2017010600061591 SERVICE REF:002482 BNF:████ ID:████ BNF BK:CITIBANK, N. A. ID:████ PMT DET:████ FIRST PAYMENT FO R HORRORSCOPE | -5,000.00 |
| 01/06/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/06/17 | BARCLAYCARD US DES:CREDITCARD ID:XXXXXXXXX INDN:GUY GRIFFITHE CO ID:████ WEB | -243.31 |
| 01/09/17 | Customer Withdrawal Image | -15,000.00 |
| 01/09/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/10/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/10/17 | CarMax Auto DES:Finance ID:CARMAXXXXXXXXXX INDN:████ CO ID:████ CCD | -400.00 |
| 01/10/17 | CAPITAL ONE DES:MOBILE PMT ID:████ INDN:████ CO ID:████ CCD | -58.62 |
| 01/10/17 | CITI CARD ONLINE DES:PAYMENT ID:████ INDN:GUY GRIFFITHE CO ID:████ P WEB | -45.02 |
| 01/11/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/11/17 | WF DES:PAYMENT ID:████ INDN:Renewable technologies CO ID:████ WEB | -400.00 |
| 01/12/17 | WIRE TYPE:INTL OUT DATE:170112 TIME:1653 ET TRN:2017011200377869 SERVICE REF:720989 BNF:RECALL PRODUCTIONS INC ID:████ BNF BK:CANAD IAN IMPERIAL BANK ID:████ PMT DET:19149372 4 BRIDGEGATE EQUITY | -15,000.00 |
| 01/12/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/13/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/17/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/17/17 | AMERICAN EXPRESS DES:ACH PMT ID:████ INDN:Renewable Technolog So CO ID:████ WEB | -24.95 |
| 01/18/17 | MERCHANTS CAP DES:ADV PYMT ID:████ INDN:Renewable Technologies CO ID:████ CCD | -717.38 |
| 01/18/17 | MERRICK BANK COR DES:MOBILE PAY ID:████ INDN:GUY S GRIFFITHE CO ID:████ WEB | -6.00 |

continued on the next page

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ████████ 8170  |  January 1, 2017 to January 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 01/19/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/20/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/20/17 | AMERICAN EXPRESS DES:ACH PMT  ID ████████  INDN:Renewable Technolog So  CO ID: ████████ WEB | -32.81 |
| 01/23/17 | Online Banking transfer to CHK 5656 Confirmation# 7204790095 | -15.00 |
| 01/23/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/24/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/25/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/26/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID ████████ CCD | -717.38 |
| 01/27/17 | CA TLR cash withdrawal from CHK 8170 | -25,000.00 |
| 01/27/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/30/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |
| 01/31/17 | MERCHANTS CAP  DES:ADV PYMT  ID: ████████  INDN:Renewable Technologies  CO ID: ████████ CCD | -717.38 |

Card account # XXXX XXXX XXXX 9955

| Date | Description | Amount |
|---|---|---:|
| 01/05/17 | CHECKCARD  0104 SO CAL GAS COMPANY 800-427-2200 CA 24692167004000905844532 CKCD 4900 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -161.50 |
| 01/05/17 | CHECKCARD  0104 SOUTHERN CAL* EDISON 800-655-4555 CA 24692167004000943011045 CKCD 4900 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -378.15 |
| 01/05/17 | CHECKCARD  0104 JP MORGAN CH*ASE FEE 866-330-7329 NY 24692167004000942967759 CKCD 9399 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -1.65 |
| 01/05/17 | CHECKCARD  0104 CITY-OF-CORONA-BILPMNT 951-736-2400 CA 24692167004000930510785 CKCD 4900 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -494.31 |
| 01/05/17 | CHECKCARD  0103 AT&T*BILL PAYMENT 800-288-2020 TX 24493987004799427175802 CKCD 4814 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -636.63 |
| 01/05/17 | CHECKCARD  0104 STATE OF CALIF DMV INT 800-7770133  CA 24755427004150046340908 CKCD 9399 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -117.00 |
| 01/05/17 | CHECKCARD  0104 WASTE MGMT WM EZPAY 866-834-2080 TX 24431067004026885898204 CKCD 4900 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -79.80 |
| 01/06/17 | CHECKCARD  0106 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692167006000735013306 RECURRING CKCD 4899 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -18.21 |
| 01/11/17 | CHECKCARD  0110 Intuit *QuickBooks 800-446-8848 CA 24692167010000225465770 CKCD 5734 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -199.95 |
| 01/11/17 | CHECKCARD  0110 EXTRA VALUE CHECKS 708-613-2447 IL 24603167010001000455125 CKCD 2741 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -189.48 |
| 01/11/17 | CHECKCARD  0110 BUSINESS FILINGS 800-981-7183 WI 24692167010000284849153 CKCD 7399 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -455.00 |
| 01/12/17 | CHECKCARD  0111 BUSINESS FILINGS 800-981-7183 WI 24692167011000843980597 CKCD 7399 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -57.00 |
| 01/13/17 | CHECKCARD  0112 Experian    *CreditRepo 866-3690415  CA 24906417012034590189243 RECURRING CKCD 5968 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -29.95 |

continued on the next page


**Bank of America**  **Your checking account**

RENEWABLE TECHNOLOGIES SOLUTION, INC   |   Account # ▮▮▮▮▮ 8170   |   January 1, 2017 to January 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/13/17 | CHECKCARD 0112 PAYPAL *REDWOLFDESI 402-935-7733 CA 24492157012894697637283 CKCD 7333 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -195.81 |
| 01/17/17 | CHECKCARD 0113 PAYPAL *RNRWAREHOUS 402-935-7733 CA 24492157014894730165266 CKCD 5999 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -24.48 |
| 01/17/17 | CHECKCARD 0115 LA FITNESS 949-255-7200 CA 24492157015084053715371 RECURRING CKCD 7997 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -220.00 |
| 01/23/17 | CHECKCARD 0123 EQUIFAX CONSUMER 866-640-2273 GA 24692167023000178843135 RECURRING CKCD 7321 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -17.95 |
| 01/26/17 | USPS PO 051795  01/26 #000310476 PURCHASE USPS PO 05179507  CORONA    CA | -47.50 |
| 01/26/17 | AT&T S870 5744  01/26 #000876771 PURCHASE AT&T S870 5744    CORONA    CA | -196.94 |
| 01/30/17 | CHECKCARD 0128 Dropbox*N6D9HHZY9P46 db.tt/cchelp CA 24906417028035211066191 RECURRING CKCD 4816 XXXXXXXXXXXX9955 XXXX XXXX XXXX 9955 | -99.00 |
| **Subtotal for card account # XXXX XXXX XXXX 9955** | | **-$3,620.31** |
| **Total withdrawals and other debits** | | **-$433,520.62** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/26/17 | 5021 | -3,000.00 | 01/30/17 | 5029 | -2,917.67 |
| 01/27/17 | 5024* | -8,752.99 | 01/30/17 | 5030 | -19,451.10 |
| 01/27/17 | 5025 | -2,917.66 | 01/27/17 | 5031 | -2,917.67 |
| 01/27/17 | 5026 | -2,500.00 | 01/27/17 | 5033* | -10,000.00 |
| 01/26/17 | 5027 | -5,000.00 | 01/27/17 | 5034 | -10,000.00 |
| 01/26/17 | 5028 | -1,945.11 | | | |

| | |
|---|---|
| **Total checks** | **-$69,402.20** |
| **Total # of checks** | **11** |

* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $105.00 | $105.00 |
| Total NSF: Returned Item fees | $35.00 | $35.00 |

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

continued on the next page

SEC-BOA-E-0000658

RENEWABLE TECHNOLOGIES SOLUTION, INC  |  Account # ▇▇▇▇ 8170  |  January 1, 2017 to January 31, 2017

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 01/03/17 | Wire Transfer Fee | -45.00 |
| 01/03/17 | Wire Transfer Fee | -30.00 |
| 01/03/17 | Wire Transfer Fee | -30.00 |
| 01/03/17 | Cash Deposit Processing | -21.60 |
| 01/03/17 | Monthly Fee for Addt'l Checking | -12.00 |
| 01/04/17 | Wire Transfer Fee | -30.00 |
| 01/04/17 | Wire Transfer Fee | -30.00 |
| 01/04/17 | Wire Transfer Fee | -30.00 |
| 01/04/17 | Wire Transfer Fee | -30.00 |
| 01/04/17 | Wire Transfer Fee | -15.00 |
| 01/06/17 | Wire Transfer Fee | -30.00 |
| 01/12/17 | Wire Transfer Fee | -45.00 |
| 01/18/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-18 | -35.00 |
| 01/18/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-18 | -35.00 |
| 01/23/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-23 | -35.00 |
| 01/24/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-24 | -35.00 |
| **Total service fees** | | **-$488.60** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | -5,063.66 | 01/11 | 17,577.03 | 01/23 | -337.13 |
| 01/03 | 263,503.02 | 01/12 | 1,757.65 | 01/24 | -1,089.51 |
| 01/04 | 70,411.32 | 01/13 | 814.51 | 01/25 | 98,910.49 |
| 01/05 | 42,486.14 | 01/17 | 7.70 | 01/26 | 88,003.56 |
| 01/06 | 36,477.24 | 01/18 | -785.68 | 01/27 | 25,197.86 |
| 01/09 | 20,759.86 | 01/19 | 1,096.94 | 01/30 | 2,012.71 |
| 01/10 | 19,538.84 | 01/20 | 346.75 | 01/31 | 1,295.33 |

SEC-BOA-E-0000659