# **Exhibit 10**

| Date | Amount | Included in Offset |
|---|---|---|
| 6/15/2015 | $ 56,658.00 | |
| 6/15/2015 | $ 45.00 | |
| 6/17/2015 | $ 2,250.00 | |
| 6/17/2015 | $ 165.32 | |
| 6/17/2015 | $ 120.00 | |
| 6/19/2015 | $ 13,437.06 | |
| 6/23/2015 | $ 60,000.00 | |
| 6/24/2015 | $ 400.00 | |
| 7/1/2015 | $ 7,161.00 | |
| 7/2/2015 | $ 64.00 | |
| 7/6/2015 | $ 2,250.00 | |
| 7/6/2015 | $ 2,582.30 | |
| 7/7/2015 | $ 263.40 | |
| 7/17/2015 | $ 1,134.12 | |
| 7/21/2015 | $ 400.00 | |
| 7/28/2015 | $ 45.00 | |
| 7/28/2015 | $ 47,565.50 | |
| 8/3/2015 | $ 2,500.00 | |
| 8/10/2015 | $ 192.04 | |
| 8/26/2015 | $ 400.00 | |
| 8/31/2015 | $ 2,250.00 | |
| 8/31/2015 | $ 2,250.00 | |
| 8/31/2015 | $ 7,000.00 | |
| 9/2/2015 | $ 10,000.00 | |
| 9/4/2015 | $ 25.00 | |
| 9/4/2015 | $ 2,761.17 | |
| 9/15/2015 | $ 5,484.68 | $ 5,484.68 |
| 9/15/2015 | $ 209.26 | $ 209.26 |
| 9/15/2015 | $ 1,898.75 | $ 1,898.75 |
| 9/16/2015 | $ 24,971.03 | $ 24,971.03 |
| 9/16/2015 | $ 21,000.00 | $ 21,000.00 |
| 9/21/2015 | $ 400.00 | $ 400.00 |
| 9/29/2015 | $ 709.59 | $ 709.59 |
| 10/5/2015 | $ 2,250.00 | $ 2,250.00 |
| 10/7/2015 | $ 282.63 | $ 282.63 |
| 10/9/2015 | $ 85.00 | $ 85.00 |
| 10/26/2015 | $ 608.69 | $ 608.69 |
| 10/26/2015 | $ 45.00 | $ 45.00 |
| 10/26/2015 | $ 37,269.50 | $ 37,269.50 |
| 12/14/2015 | $ 670.69 | $ 670.69 |
| 12/15/2015 | $ 630.16 | $ 630.16 |
| 12/21/2015 | $ 6,408.92 | $ 6,408.92 |
| 12/22/2015 | $ 2,123.75 | $ 2,123.75 |
| 12/22/2015 | $ 2,660.96 | $ 2,660.96 |
| 12/29/2015 | $ 220.80 | $ 220.80 |

| Date | Amount | Included in Offset |
|---|---:|---:|
| 1/4/2016 | $ 442.00 | $ 442.00 |
| 1/6/2016 | $ 1,837.83 | $ 1,837.83 |
| 1/7/2016 | $ 400.00 | $ 400.00 |
| 1/11/2016 | $ 421.10 | $ 421.10 |
| 1/11/2016 | $ 3,642.83 | $ 3,642.83 |
| 1/11/2016 | $ 2,228.78 | $ 2,228.78 |
| 1/15/2016 | $ 15,977.54 | $ 15,977.54 |
| 1/15/2016 | $ 30,000.00 | $ 30,000.00 |
| 1/25/2016 | $ 2,159.74 | $ 2,159.74 |
| 1/28/2016 | $ 1,331.24 | $ 1,331.24 |
| 1/29/2016 | $ 2,250.00 | $ 2,250.00 |
| 2/2/2016 | $ 516.00 | $ 516.00 |
| 2/4/2016 | $ 309.69 | $ 309.69 |
| 2/16/2016 | $ 3,384.06 | $ 3,384.06 |
| 2/17/2016 | $ 400.00 | $ 400.00 |
| 2/19/2016 | $ 1,944.32 | $ 1,944.32 |
| 2/29/2016 | $ 2,250.00 | $ 2,250.00 |
| 2/29/2016 | $ 1,519.00 | $ 1,519.00 |
| 2/29/2016 | $ 150.00 | $ 150.00 |
| 3/1/2016 | $ 470.00 | $ 470.00 |
| 3/4/2016 | $ 4,852.34 | $ 4,852.34 |
| 3/8/2016 | $ 400.00 | $ 400.00 |
| 3/16/2016 | $ 8,104.95 | $ 8,104.95 |
| 3/17/2016 | $ 2,250.00 | $ 2,250.00 |
| 4/1/2016 | $ 494.00 | $ 494.00 |
| 4/19/2016 | $ 6,737.01 | $ 6,737.01 |
| 4/20/2016 | $ 2,250.00 | $ 2,250.00 |
| 4/28/2016 | $ 400.00 | $ 400.00 |
| 4/29/2016 | $ 521.00 | $ 521.00 |
| 5/3/2016 | $ 1,921.80 | $ 1,921.80 |
| 5/9/2016 | $ 2,250.00 | $ 2,250.00 |
| 5/17/2016 | $ 1,139.22 | $ 1,139.22 |
| 5/25/2016 | $ 170.34 | $ 170.34 |
| 6/2/2016 | $ 497.00 | $ 497.00 |
| 6/9/2016 | $ 2,324.02 | $ 2,324.02 |
| 6/15/2016 | $ 2,158.99 | $ 2,158.99 |
| 6/16/2016 | $ 300.00 | $ 300.00 |
| 6/20/2016 | $ 712.50 | $ 712.50 |
| 6/21/2016 | $ 220.00 | $ 220.00 |
| 6/21/2016 | $ 585.90 | $ 585.90 |
| 6/23/2016 | $ 3,388.84 | $ 3,388.84 |
| 6/28/2016 | $ 400.00 | $ 400.00 |
| 7/1/2016 | $ 4,500.00 | $ 4,500.00 |
| 7/1/2016 | $ 515.00 | $ 515.00 |
| 7/8/2016 | $ 400.00 | $ 400.00 |

| Date | Amount | Included in Offset |
|---|---|---|
| 7/29/2016 | $ 599.52 | $ 599.52 |
| 9/3/2016 | $ 4,500.00 | $ 4,500.00 |
| 9/9/2016 | $ 92.31 | $ 92.31 |
| 9/14/2016 | $ 800.00 | $ 800.00 |
| 9/23/2016 | $ 4,181.63 | $ 4,181.63 |
| 9/30/2016 | $ 307.81 | $ 307.81 |
| 9/30/2016 | $ 317.75 | $ 317.75 |
| 10/6/2016 | $ 13,680.00 | $ 13,680.00 |
| 10/12/2016 | $ 617.11 | $ 617.11 |
| 10/14/2016 | $ 1,984.86 | $ 1,984.86 |
| 10/18/2016 | $ 1,000.00 | $ 1,000.00 |
| 10/27/2016 | $ 2,250.00 | $ 2,250.00 |
| 11/3/2016 | $ 1,921.80 | $ 1,921.80 |
| 11/8/2016 | $ 299.73 | $ 299.73 |
| 12/6/2016 | $ 259.68 | $ 259.68 |
| 12/9/2016 | $ 2,250.00 | $ 2,250.00 |
| 12/9/2016 | $ 983.70 | $ 983.70 |
| 12/12/2016 | $ 1,659.53 | $ 1,659.53 |
| 12/13/2016 | $ 50,000.00 | $ 50,000.00 |
| 1/11/2017 | $ 8,124.00 | $ 8,124.00 |
| 1/13/2017 | $ 5,964.00 | $ 5,964.00 |
| 2/22/2017 | $ 289.73 | $ 289.73 |
| 2/23/2017 | $ 44,950.00 | $ 44,950.00 |
| 2/27/2017 | $ 36,700.00 | $ 36,700.00 |
| 3/20/2017 | $ 1,204.35 | $ 1,204.35 |
| 3/22/2017 | $ 299.05 | $ 299.05 |
| 3/27/2017 | $ 28,920.24 | $ 28,920.24 |
| 4/6/2017 | $ 1,400.00 | $ 1,400.00 |
| 4/12/2017 | $ 309.05 | $ 309.05 |
| 4/18/2017 | $ 6,538.82 | $ 6,538.82 |
| 4/26/2017 | $ 11,421.78 | $ 11,421.78 |
| 5/3/2017 | $ 13,617.77 | $ 13,617.77 |
| 5/4/2017 | $ 3,077.48 | $ 3,077.48 |
| 5/16/2017 | $ 10,282.30 | $ 10,282.30 |
| 5/18/2017 | $ 42,093.00 | $ 42,093.00 |
| 5/19/2017 | $ 20,616.69 | $ 20,616.69 |
| 5/23/2017 | $ 1,400.00 | $ 1,400.00 |
| 5/24/2017 | $ 2,005.21 | $ 2,005.21 |
| 5/26/2017 | $ 9,542.68 | $ 9,542.68 |
| 5/30/2017 | $ 309.05 | $ 309.05 |
| 6/1/2017 | $ 36,700.00 | $ 36,700.00 |
| 6/16/2017 | $ 1,521.76 | $ 1,521.76 |
| 6/16/2017 | $ 9,123.19 | $ 9,123.19 |
| 6/19/2017 | $ 309.23 | $ 309.23 |
| 6/21/2017 | $ 5,029.06 | $ 5,029.06 |

| Date | Amount | Included in Offset |
|---|---:|---:|
| 6/22/2017 | $ 510.49 | $ 510.49 |
| 6/26/2017 | $ 1,400.00 | $ 1,400.00 |
| 6/30/2017 | $ 36,700.00 | $ 36,700.00 |
| 7/12/2017 | $ 500.00 | $ 500.00 |
| 7/20/2017 | $ 628.46 | $ 628.46 |
| 7/20/2017 | $ 2,608.58 | $ 2,608.58 |
| 8/5/2017 | $ 36,700.00 | $ 36,700.00 |
| 8/9/2017 | $ 5,211.30 | $ 5,211.30 |
| 8/28/2017 | $ 9,061.78 | $ 9,061.78 |
| 9/6/2017 | $ 36,700.00 | $ 36,700.00 |
| 9/11/2017 | $ 309.15 | $ 309.15 |
| 9/12/2017 | $ 1,000.00 | $ 1,000.00 |
| 9/27/2017 | $ 1,000.00 | $ 1,000.00 |
| 10/4/2017 | $ 63.75 | $ 63.75 |
| 10/12/2017 | $ 36,700.00 | $ 36,700.00 |
| 10/18/2017 | $ 466.01 | $ 466.01 |
| 10/23/2017 | $ 1,400.00 | $ 1,400.00 |
| 10/25/2017 | $ 968.35 | $ 968.35 |
| 10/31/2017 | $ 5,632.17 | $ 5,632.17 |
| 11/1/2017 | $ 21,000.00 | $ 21,000.00 |
| 11/2/2017 | $ 15,700.00 | $ 15,700.00 |
| 11/8/2017 | $ 300.00 | $ 300.00 |
| 11/24/2017 | $ 1,920.30 | $ 1,920.30 |
| 12/1/2017 | $ 37,801.00 | $ 37,801.00 |
| 12/5/2017 | $ 2,988.22 | $ 2,988.22 |
| 12/19/2017 | $ 1,400.00 | $ 1,400.00 |
| 12/21/2017 | $ 778.00 | $ 778.00 |
| 1/22/2018 | $ 37,801.00 | $ 37,801.00 |
| 1/25/2018 | $ 1,164.38 | $ 1,164.38 |
| 2/9/2018 | $ 5,000.00 | $ 5,000.00 |
| 2/16/2018 | $ 1,000.00 | $ 1,000.00 |
| 2/23/2018 | $ 1,697.04 | $ 1,697.04 |
| 2/27/2018 | $ 2,300.00 | $ 2,300.00 |
| 2/28/2018 | $ 37,801.00 | $ 37,801.00 |
| 3/7/2018 | $ 2,650.00 | $ 2,650.00 |
| 3/15/2018 | $ 631.45 | $ 631.45 |
| 3/15/2018 | $ 1,000.00 | $ 1,000.00 |
| 4/2/2018 | $ 37,801.00 | $ 37,801.00 |
| 4/20/2018 | $ 2,500.00 | $ 2,500.00 |
| 4/23/2018 | $ 1,300.00 | $ 1,300.00 |
| 4/23/2018 | $ 150.00 | $ 150.00 |
| 5/1/2018 | $ 44,742.51 | $ 44,742.51 |
| 5/16/2018 | $ 1,000.00 | $ 1,000.00 |
| 6/1/2018 | $ 37,801.00 | $ 37,801.00 |
| 6/25/2018 | $ 307.20 | $ 307.20 |

| Date | Amount | Included in Offset |
|---:|---:|---:|
| 8/3/2018 | $ 37,801.00 | $ 37,801.00 |
| 8/20/2018 | $ 4,275.00 | $ 4,275.00 |
| 8/21/2018 | $ 8,664.81 | $ 8,664.81 |
| 10/31/2018 | $ 7,545.00 | $ 7,545.00 |
| 11/20/2018 | $ 37,801.00 | $ 37,801.00 |
| 11/20/2018 | $ 15.00 | $ 15.00 |
| 12/12/2018 | $ 5,000.00 | $ 5,000.00 |
| 12/17/2018 | $ 86,514.17 | $ 86,514.17 |
| 1/24/2019 | $ 2,640.00 | $ 2,640.00 |
| 7/19/2019 | $ 32,200.62 | $ 32,200.62 |
|  | **TOTAL** | **$ 1,315,061.06** |