# Exhibit 11



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,385,325.11** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $23,526.49 | $2,408,851.60 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $30,028.15 | $2,438,879.75 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $30,736.57 | $2,469,616.32 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $31,123.93 | $2,500,740.25 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $36,997.25 | $2,537,737.50 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $37,961.77 | $2,575,699.27 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $32,460.87 | $2,608,160.14 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $32,869.96 | $2,641,030.10 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $32,832.48 | $2,673,862.58 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $33,240.64 | $2,707,103.22 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $20,414.22 | $2,727,517.44 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $20,568.16 | $2,748,085.60 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $20,328.30 | $2,768,413.90 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2018-03/31/2021** | | | **$383,088.79** | **$2,768,413.90** |