# **Exhibit 12**



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$575,398.93** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $5,675.17 | $581,074.10 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $7,243.53 | $588,317.63 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $7,414.41 | $595,732.04 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $7,507.86 | $603,239.90 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $8,924.65 | $612,164.55 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $9,157.31 | $621,321.86 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $7,830.36 | $629,152.22 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $7,929.04 | $637,081.26 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,920.00 | $645,001.26 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $8,018.46 | $653,019.72 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,924.41 | $657,944.13 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,961.55 | $662,905.68 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,903.69 | $667,809.37 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2018-03/31/2021** | | | **$92,410.44** | **$667,809.37** |