

**ATTACHMENT A**

**ATTACHMENT "A"**

**BANK ACCOUNTS EXAMINED**

| BANK | TYPE | ACC NO. | NAME |
|------|------|---------|------|
| BOA | Checking | x9734 | Sonja M & Robert W Russell |
| BOA | Savings | x9734 | Sonja M & Robert W Russell |
| BOA | Checking | x4582 | Sonja M & Robert W Russell |
| BOA | Checking | x1563 | Sonja M, Robert W or Dorothy Russell |
| Wells Fargo | Checking | x4567 | Sonja M & Robert W Russell |
| Wells Fargo | Checking | x5576 | SMRB LLC |
| First Tech | Savings | x8610 | Robert M. Russell |
| First Tech | Checking | x5813 | Robert M. Russell |
| First Tech | Checking | x1719 | Oceanside II Property Investments LLC |
| First Tech | Savings | x1560 | Oceanside II Property Investments LLC |

**ATTACHMENT A**