

# EXHIBIT TAB 1

| 0055223 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301580

ACCOUNT #:  4861-512952

Remitter:          **ROBERT RUSSELL**
Purchaser:         **SONJA RUSSELL**
Purchaser Account:  8094564567
Operator I.D.:      **u651462**        u364653
Funding Source:    **Electronic Items(s)**
PAY TO THE ORDER OF     ***SPECKMAN LAW FIRM APC***

**May 30, 2019**

***Seven thousand five hundred dollars and no cents***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**              NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
23467 NE NOVELTY HILL RD               STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
REDMOND, WA 98053                      AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
FOR INQUIRIES CALL (480) 394-3122      REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
                                       FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,500.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

---

| 0055223 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301568

ACCOUNT #:  4861-512952

Remitter:          **ROBERT RUSSELL**
Purchaser:         **SONJA RUSSELL**
Purchaser Account:  8094564567
Operator I.D.:      **u651462**        u364653
Funding Source:    **Electronic Items(s)**
PAY TO THE ORDER OF     ***SPECKMAN LAW FIRM APC***

**April 30, 2019**

***Seven thousand five hundred dollars and no cents***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**              NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
23467 NE NOVELTY HILL RD               STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
REDMOND, WA 98053                      AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
FOR INQUIRIES CALL (480) 394-3122      REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
                                       FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,500.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  13386073

---

| 0055223 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301551

ACCOUNT #:  4861-512952

Remitter:          **ROBERT RUSSELL**
Purchaser:         **SONJA RUSSELL**
Purchaser Account:  8094564567
Operator I.D.:      **u651462**        u364653
Funding Source:    **Electronic Items(s)**
PAY TO THE ORDER OF     ***SPECKMAN LAW FIRM APC***

**March 29, 2019**

***Seven thousand five hundred dollars and no cents***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**              NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
23467 NE NOVELTY HILL RD               STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
REDMOND, WA 98053                      AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
FOR INQUIRIES CALL (480) 394-3122      REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
                                       FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,500.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  13386073

**EXHIBIT  1**                                                        **Page 13**

96-8037/3211

No. 1082857

Date: February 28, 2019

Pay to the
Order of   Speckman Law Firm APC

Amount $ *******7,500.00

Seven Thousand Five Hundred and 00/100***********************

DOLLARS

**CASHIERS CHECK**

Robert Russell
Memo

**NON-NEGOTIABLE**

3353970   Bella Bottega Branch   21422   02-28-2019   02-28-2019 03:02:39 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

96-8037/3211

No. 1072949

Date: January 30, 2019

Pay to the
Order of   Speckman Law Firm APC

Amount $ *******7,500.00

Seven Thousand Five Hundred and 00/100***********************

DOLLARS

**CASHIERS CHECK**

Robert Russell
Memo

**NON-NEGOTIABLE**

3273727   Bella Bottega Branch   21422   01-30-2019   01-30-2019 03:11:07 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

96-8037/3211

No. 1062588

Date: December 28, 2018

Pay to the
Order of   Speckman Law Firm APC

Amount $ *******7,500.00

Seven Thousand Five Hundred and 00/100***********************

DOLLARS

**CASHIERS CHECK**

Robert Russell
Memo

**NON-NEGOTIABLE**

3363493   Bella Bottega Branch   21422   12-28-2018   12-28-2018 03:00:45 PM

**MEMBER COPY**

EXHIBIT  1                                                         Page 14

96-8037/3211

No. **1052344**

Date: **November 29, 2018**

Pay to the
Order of     Speckman Law Firm APC

Amount $ *******7,500.00

Seven Thousand Five Hundred and 00/100*********************

DOLLARS

**(CASHIERS CHECK)**

Robert Russell
Memo

**NON-NEGOTIABLE**

3273727      Bella Bottega Branch                21422           11-29-2018      11-29-2018 01:05:30 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

---

0055223            11-24
Office AU #        1210(8)

**CASHIER'S CHECK**

SERIAL #:  5522301490
ACCOUNT#: 4861-512952

Remitter:            ROBERT RUSSELL
Purchaser:           SONJA M RUSSELL
Purchaser Account:   8094564567
Operator I.D.:       u547671        wash0965
Funding Source:      Electronic Items(s), Paper Items(s)

**October 31, 2018**

PAY TO THE ORDER OF     ***SPECKMAN LAW FIRM APC ***

***Seven thousand five hundred dollars and no cents***          **$7,500.00**

Payee Address:
Memo:

VOID IF OVER US $  7,500.00

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004     M4203 13386073

---

96-8037/3211

No. **1029067**

Date: **September 26, 2018**

Pay to the
Order of     **SPECKMAN LAW FIRM APC**

Amount $ *******7,500.00

Seven Thousand Five Hundred and 00/100*********************

DOLLARS

**(CASHIERS CHECK)**

**ROBERT RUSSEL**
Memo

**NON-NEGOTIABLE**

3302235      Bella Bottega Branch                21422           09-26-2018      09-26-2018 01:58:43 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

**EXHIBIT  1**                                    **Page 15**

| 0055223 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301445

ACCOUNT#:  4861-512952

Remitter: **ROBERT RUSSELL**
Purchaser: **SONJA M RUSSELL**
Purchaser Account: **8094564567**
Operator I.D.: **u640938**      u413231
Funding Source: **Paper Items(s)**

**August 29, 2018**

PAY TO THE ORDER OF      ***SPECKMAN LAW FIRM APC ***

*** *Seven thousand five hundred dollars and no cents* ***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

VOID IF OVER US $  7,500.00

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

---

| 0055223 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301425

ACCOUNT#:  4861-512952

Remitter: **ROBERT RUSSELL**
Purchaser: **SONJA M RUSSELL**
Purchaser Account: **8094564567**
Operator I.D.: **u547671**
Funding Source: **Paper Items(s)**

**July 30, 2018**

PAY TO THE ORDER OF      ***SPECKMAN LAW FIRM APC***

*** *Seven thousand five hundred dollars and no cents* ***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

VOID IF OVER US $  7,500.00

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

---

| 0055223 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301409

ACCOUNT#:  4861-512952

Remitter: **ROBERT RUSSELL**
Purchaser: **SONJA M RUSSELL**
Purchaser Account: **8094564567**
Operator I.D.: **u651462**      u413231
Funding Source: **Paper Items(s)**

**June 27, 2018**

PAY TO THE ORDER OF      ***SPECKMAN LAW FIRM APC***

*** *Seven thousand five hundred dollars and no cents* ***          **\*\*$7,500.00\*\***

Payee Address:
Memo:

VOID IF OVER US $  7,500.00

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

**EXHIBIT  1**                                                                 **Page 16**

| 0055223 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301213

ACCOUNT#:  4861-512960

Remitter:        **ROBERT RUSSELL**
Purchaser:     **SONJA M RUSSELL**
Purchaser Account:  **8094564567**
Operator I.D.      u640938          u413231
Funding Source:  Electronic Items(s), Paper Items(s)

**June 20, 2018**

PAY TO THE ORDER OF      ***SPECKMAN LAW FIRM, APC***

*\*\*\*Twenty-five thousand dollars and no cents\*\*\**

**\*\*$25,000.00\*\***

Payee Address:
Memo:

VOID IF OVER US $   25,000.00

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004      M4203  60406729

**EXHIBIT  1**                                                                                                          **Page 17**

*Bagot*

## SCHEDULE A

## REPAYMENT SCHEDULE

| DATE | PAYMENT | BALANCE |
|---|---|---|
| | | $139,887.50 |
| 8/3/2018 | $40,000.00 | $99,887.50 |
| 9/3/2018 | $8,324.00 | $91,563.50 |
| 10/3/2018 | $8,324.00 | $83,239.50 |
| 11/2/2018 | $8,324.00 | $74,915.50 |
| 12/3/2018 | $8,324.00 | $66,591.50 |
| 1/3/2019 | $8,324.00 | $58,267.50 |
| 2/1/2019 | $8,324.00 | $49,943.50 |
| 3/1/2019 | $8,324.00 | $41,619.50 |
| 4/3/2019 | $8,324.00 | $33,295.50 |
| 5/3/2019 | $8,324.00 | $24,971.50 |
| 6/3/2019 | $8,324.00 | $16,647.50 |
| 7/3/2019 | $8,324.00 | $8,323.50 |
| 8/2/2019 | $8,323.50 | $0.00 |

Settlement Agreement — Bagot

6

EXHIBIT  1                                                                 Page 18

**CASHIER'S CHECK**

| | |
|---|---|
| 0055223    11-24 | SERIAL #:  5522301452 |
| Office AU #    1210(8) | ACCOUNT#:  4861-512952 |

Remitter:        ROBERT RUSSELL
Purchaser:       SONJA M RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u640938        u413231
Funding Source:  Paper Items(s)

**September 04, 2018**

PAY TO THE ORDER OF    ***STEVEN BAGOT ***

***Eight thousand three hundred twenty-four dollars and no cents***        **\*\*$8,324.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,324.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

---

**CASHIER'S CHECK**

| | |
|---|---|
| 0055223    11-24 | SERIAL #:  5522301543 |
| Office AU #    1210(8) | ACCOUNT#:  4861-512952 |

Remitter:        ROBERT RUSSELL
Purchaser:       SONJA RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u651462        u364653
Funding Source:  Electronic Items(s)

**March 01, 2019**

PAY TO THE ORDER OF    ***STEVEN BAGOT***

***Eight thousand three hundred twenty-four dollars and no cents***        **\*\*$8,324.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,324.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  13386073

---

**CASHIER'S CHECK**

| | |
|---|---|
| 0055223    11-24 | SERIAL #:   5522301553 |
| Office AU #    1210(8) | ACCOUNT#:  4861-512952 |

Remitter:        ROBERT RUSSELL
Purchaser:       SONJA RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u364653
Funding Source:  Electronic Items(s)

**April 03, 2019**

PAY TO THE ORDER OF    ***STEVEN BAGOT***

***Eight thousand three hundred twenty-four dollars and no cents***        **\*\*$8,324.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,324.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  13386073

EXHIBIT  1                                    Page 19

| 0055223 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  5522301585

ACCOUNT#:  4861-512952

Remiter:         ROBERT RUSSELL
Purchaser:      SONJA RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u547671
Funding Source:  Electronic Items(s)

PAY TO THE ORDER OF        ***STEVEN BAGOT***

**June 03, 2019**

*****Eight thousand three hundred twenty-four dollars and no cents*****        **\*\*$8,324.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
23467 NE NOVELTY HILL RD
REDMOND, WA 98053
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,324.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  60406729

---

| 0001680 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  0168003560

ACCOUNT#:  4861-512952

Remiter:         BOB RUSSELL
Purchaser:      SONJA RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u677788        port2409
Funding Source:  Electronic Items(s)

PAY TO THE ORDER OF        ***STEVEN BAGOT***

**July 03, 2019**

*****Eight thousand three hundred twenty-four dollars and no cents*****        **\*\*$8,324.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
8502 160TH AVE NE
REDMOND, WA 98052
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,324.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  90012631

---

| 0001680 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #:  0168003610

ACCOUNT#:  4861-512952

Remiter:         ROBERT RUSSELL
Purchaser:      SONJA RUSSELL
Purchaser Account:  8094564567
Operator I.D.:   u655915        port2409
Funding Source:  Electronic Items(s)

PAY TO THE ORDER OF        ***STEVEN BAGOT***

**August 02, 2019**

*****Eight thousand three hundred twenty-three dollars and 50 cents*****        **\*\*$8,323.50\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
8502 160TH AVE NE
REDMOND, WA 98052
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   8,323.50

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  90012631

**EXHIBIT  1**                    **Page 20**

Robert W. Russell OR
Sonja Russell
PO Box 1694
Duvall, WA 98019

96-8037/3211

No. **1010455**

Date: **August 03, 2018**

Pay to the
Order of   **Steven Bagot**

Amount $ ******40,000.00

Forty Thousand and 00/100************************************ DOLLARS

**CASHIERS CHECK**

**From Robert Russell**
Memo

**NON-NEGOTIABLE**

| 3090531 | Bella Bottega Branch | 21422 | 08-03-2018 | 08-03-2018 01:57:47 PM |

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

96-8037/3211

No. **1032461**

Date: **October 03, 2018**

Pay to the
Order of   **Steven Bagot**

Amount $ *******8,324.00

**Eight Thousand Three Hundred Twenty-Four and 00/100********* DOLLARS

**CASHIERS CHECK**

**Robert Russell**
Memo

**NON-NEGOTIABLE**

| 3249879 | Bella Bottega Branch | 21422 | 10-03-2018 | 10-03-2018 03:46:21 PM |

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

**EXHIBIT 1**                                                        **Page 21**

96-8037/3211

No. **1044037**

Date: **November 02, 2018**

Pay to the
Order of   **Steven Bagot**

Amount $   ********8,324.00

**Eight Thousand Three Hundred Twenty-Four and 00/100*********          DOLLARS**

### CASHIERS CHECK

**Robert Russell**
Memo

### NON-NEGOTIABLE

3090531     Bella Bottega Branch          21422          11-02-2018          11-02-2018 02:51:25 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

---

96-8037/3211

No. **1054415**

Date: **December 03, 2018**

Pay to the
Order of   **Steven Bagot**

Amount $   ********8,324.00

**Eight Thousand Three Hundred Twenty-Four and 00/100*********          DOLLARS**

### CASHIERS CHECK

**Robert Russell**
Memo

### NON-NEGOTIABLE

3302235     Bella Bottega Branch          21422          12-03-2018          12-03-2018 02:29:19 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

---

96-8037/3211

No. **1064696**

Date: **January 03, 2019**

Pay to the
Order of   **Steven Bagot**

Amount $   ********8,324.00

**Eight Thousand Three Hundred Twenty-Four and 00/100*********          DOLLARS**

### CASHIERS CHECK

**Robert Russell**
Memo

### NON-NEGOTIABLE

3363493     Bella Bottega Branch          21422          01-03-2019          01-03-2019 01:59:53 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

**EXHIBIT 1**                                                                                      **Page 22**

Robert W. Russell OR
Sonja Russell
PO Box 1694
Duvall, WA 98019

96-8037/3211

No. **1072947**

Date: **January 30, 2019**

Pay to the
Order of     Steven Bagot

Amount $ *******8,324.00

Eight Thousand Three Hundred Twenty-Four and 00/100*********

DOLLARS

**CASHIERS CHECK**

Robert Russell
Memo

**NON-NEGOTIABLE**

3273727     Bella Bottega Branch            21422        01-30-2019        01-30-2019 03:09:02 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

96-8037/3211

No. **1109716**

Date: **May 03, 2019**

Pay to the
Order of     Steven Bagot

Amount $ *******8,324.00

Eight Thousand Three Hundred Twenty-Four and 00/100*********

DOLLARS

**CASHIERS CHECK**

Robert Russell
Memo

**NON-NEGOTIABLE**

3353970     Bella Bottega Branch            21422        05-03-2019        05-03-2019 04:36:04 PM

**MEMBER COPY**

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

**EXHIBIT  1**                                                              **Page 23**

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
08/02/2019 13:30 NWA T00062   R540930135
Acct# *******4182 CC 0017301 Tlr 00002

Total Deposit To CHK        $8,323.50
Credit Pending Posts on     08/02/2019
Available Now               $0.00
```

Member FDIC  
95-14-2005B  10-2012

```
IntRef     F359FV6AN7AV842VX0AF2
```

---

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 00168   07/03/2019   17:50
Entity NWA  CC 0017301 Tlr 00005
Account     *******4182
R/T# 540930135
Deposit                     $8,324.00
```

Member FDIC  
95-14-2005B  10-2012

```
IntRef     F359FV6AN7AV842VX2A3A
```

---

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
06/03/2019 17:18 NWA T00146   R540930135
Acct# *******4182 CC 0017202 Tlr 00007

Total Deposit To CHK        $8,324.00
Credit Pending Posts on     06/03/2019
Available Now               $0.00
```

Member FDIC  
95-14-2005B  10-2012

```
IntRef     F359FV6AN7AV842VX2A3A
```

---

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
05/03/2019 16:54 NWA T00167   R540930135
Acct# *******4182 CC 0017301 Tlr 00005

Total Deposit To CHK        $8,324.00
Credit Pending Posts on     05/03/2019
Available Now               $0.00
```

Member FDIC  
95-14-2005B  10-2012

```
IntRef     F359FV6AN7AV842VX2A3A
```

---

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
04/03/2019 17:00 NWA T00057   R540930135
Acct# *******4182 CC 0066233 Tlr 00001

Total Deposit To CHK        $8,324.00
Credit Pending Posts on     04/03/2019
Available Now               $0.00
```

Member FDIC

```
IntRef     F359FV6AN7AV842VX2A3A
```

---

**Bank of America**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**  
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 00098   03/01/2019   16:45
Entity NWA  CC 0066233 Tlr 00003
Account     *******4182
R/T# 540930135
Deposit                     $8,324.00
```

Member FDIC

```
IntRef     F359FV6A07AV842VX2VX7A7A
```

EXHIBIT 1

## Bank of America — Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**
**Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.**

```
02/01/2019 16:30 NWA T00229    R540930135
Acct#  *********4182 CC 0017202 Tlr 00006

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       02/01/2019
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

Member FDIC
95-14-2005B  10-2012

---

## Bank of America — Customer Receipt

*Bryot*

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**
**Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.**

```
01/03/2019 14:40 NWA T00089    R540930135
Acct#  *********4182 CC 0066233 Tlr 00003

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       01/03/2019
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

Member FDIC
95-14-2005B  10-2012

---

## Bank of America — Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**
**Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.**

```
12/03/2018 14:42 NWA T00187    R540930135
Acct#  *********4182 CC 0017301 Tlr 00006

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       12/03/2018
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

Member FDIC
95-14-2005B  10-2012

---

## Bank of America — Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**
**Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.**

```
11/02/2018 15:00 NWA T00090    R540930135
Acct#  *********4182 CC 0017301 Tlr 00005

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       11/02/2018
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

Member FDIC
95-14-2005B  10-2012

---

### (Right column — sideways receipts)

**Bank of America — Customer Receipt**

```
10/03/2018 16:10 NWA T00057    R540930135
Acct#  *********4182 CC 0066233 Tlr 00002

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       10/03/2018
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

Member FDIC

---

**Bank of America — Customer Receipt**

```
09/04/2018 13:51 NWA T00141    R540930135
Acct#  *********4182 CC 0066233 Tlr 00003

Total Deposit To CHK          $8,324.00
Credit Pending Posts on       09/04/2018
Available Now                     $0.00

IntRef    F359FV6AN7AV842VX2A3A
```

---

**EXHIBIT 1**

**Bank of America**

Customer
Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

**Thank you for banking with Bank of America.**
**Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.**

```
08/03/2018 14:19 MMA T00119   R540930135
Acct#  ********4182 CC 0017301 Tlr 00004

Total Deposit To CHK        $40,000.00
Credit Pending Posts on      08/03/2018
Available Now                     $0.00

IntRef      F359FV6AM4CC727353009A
```

Member FDIC
95-14-2005B  10-2012

EXHIBIT  1                                          Page 26

SKAGIT COUNTY, WASH
**FILED**

SEP 1 0 2018

MAVIS E. BETZ, CO. CLERK
Deputy

1
2
3
4
5
6          **IN THE SUPERIOR COURT OF WASHINGTON**
           **IN AND FOR SKAGIT COUNTY**
7
8    IN THE MATTER OF:                          Case No. 18-2-00544-29
9    **STEVEN BAGOT,**
              PLAINTIFF,                        [PROPOSED] ORDER OF DISMISSAL
10
         v.
11   **SMRB, LLC**, a Washington Limited Liability
     Company, d.b.a. **GREEN ACRES PHARMS,**
12   **RENEWABLE TECHNOLOGIES**
     **SOLUTION, INC.,** a Nevada Corporation,
13   **GREEN ACRES PHARMS, LLC,** a Nevada
     Limited Liability Company,
14   **ROBERT RUSSELL,** and **GUY**
     **GRIFFITHE,**
15            DEFENDANTS.

16
17       THIS MATTER, having come before the undersigned Judge of the Skagit County

18   Superior Court, based on the foregoing stipulation by and between the parties agreeing to

     dismissal of the above-captioned action, now, therefore:
19
         IT IS ORDERED that this matter shall be dismissed with prejudice and without costs or
20
     interest to any party.
21
22
23   //

     ORDER OF DISMISSAL - 1
                                                CULTIVA LAW, PLLC
                                                1000 SECOND AVE, SUITE 3900
                                                SEATTLE, WASHINGTON 98104
                                                206.480.1600

**EXHIBIT 1**                                    **Page 27**

1    DATED this ___10___ day of September, 2018.

2

3

4                                    **LAURA M RIQUELME**
                        _____
                        THE HONORABLE JUDGE _____
5                             Skagit County Superior Court

6

7

8

9

10

     Presented by:
11

12

13

14   _____
     Aaron Pelley, WSBA No. 37484
15   aaron@cultivalaw.com
     Heidi Urness, WSBA No. 53165
16   heidi@cultivalaw.com
     CULTIVA LAW, PLLC
17   1000 Second Ave, Suite 3900
     Seattle, Washington 98104
18   Telephone: 206.480.1600
     Facsimile: 206.428.7190
19

20

21

22

23   ORDER OF DISMISSAL - 2

                                              CULTIVA LAW, PLLC
                                              1000 SECOND AVE, SUITE 3900
                                              SEATTLE, WASHINGTON 98104
                                              206.480.1600

EXHIBIT  1                                    Page 28

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("**Agreement**") is entered into on <u>July 23</u> <u>      </u>, 2018 ("**Effective Date**") by and between Steven Bagot, ("**Plaintiff**"), and SMRB, LLC, a Washington Limited Liability Company d.b.a. Green Acres Pharms, Renewable Technologies Solutions, Inc., a Nevada Corporation, Green Acres Pharms, LLC, a Nevada Limited Liability Company, Robert Russell, an individual, and Guy Griffithe, an individual (collectively "**Defendants**"). The above stated parties may be referred to herein individually as a "**Party**" and collectively as the "**Parties**." This Agreement is intended to settle and resolve the claims between Plaintiff and Defendants as described below.

### A. RECITALS

WHEREAS, Plaintiff initiated a civil action against Defendants for claims including fraud, conversion, breach of contract, civil conspiracy, and others in Skagit County on or about April 25, 2018 in Case No. 18-2-00544-29 arising out of a Promissory Note ("Note") signed on or about October 10, 2017, wherein, under the terms of the duly executed Note, Robert Russell and Guy Griffithe personally agreed to pay Plaintiff, and personally guarantee repayment of, the $100,000 principle, interest due and payable upon 90 calendar days, and penalties accruing thereafter, an amount which, to date, remains unpaid in its entirety; and

WHEREAS, by this Agreement, the Parties wish to resolve claims asserted with respect to the amount due under the Note; and

NOW, THEREFORE, for good and valuable consideration, including the covenants contained herein, the sufficiency of which is acknowledged, the Parties agree as follows:

### B. AGREEMENT

1. **Settlement.** The Parties hereby settle all claims against one another, in consideration of the agreement to dismiss contained in Section 5 hereunder, the consideration described in Section 2 hereunder, and in accordance with and effective upon completion of the action items (together, the "**Settlement**").

2. **Consideration.** As consideration for and a condition of the Settlement:

   a. Robert Russell and Guy Griffithe shall pay Steven Bagot $139,887.50 ("principal sum") pursuant to the calendar contained in Schedule A. Payment may be sent via check or wire.

   Mailing Address:   <u>498 St. Francis Drive</u>
   <u>Danville, CA 94526</u>

//

Settlement Agreement — Bagot                    1

**EXHIBIT  1**                                                            **Page 29**

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

| Wiring Instructions: | Bank of America, Acct. No. 0005-5891-4182 |
| | Routing No.: 026 009 593 |

3.    **Default.** Upon failure to make a payment listed in Schedule A, Plaintiff will issue a notice of breach to Defendants Russell, Griffithe, and Defendants' attorney Dal Singh by sending notice to the following e-mail addresses:

> Russell:  rockit@cablespeed.com
> Griffithe: ggriffithe@icloud.com
> Singh: dsingh@singhtraubenlaw.com

Default will result upon Defendants' failure to cure the breach (by remitting all monies owed as of the date of the notice of breach pursuant to Schedule A) within seven (7) calendar days of the date Plaintiff sends notice of breach. Default may also result, at the Plaintiff's election, upon a Defendant(s) becoming insolvent or making an assignment for the benefit of creditors. Upon default, the principal sum, with 12% interest (starting from the date of the uncured, unsatisfied payment resulting in default), less payments made to Plaintiff, will become immediately due to Plaintiff by Defendants.

4.    **Confession of Judgment.** Defendants Russell and Griffithe will execute, each in their individual and personal capacity, and this Agreement is expressly conditioned upon Defendants' proper execution and delivery of, a Confession of Judgment to be entered pursuant to the Revised Code of Washington ("RCW"), sections 4.60.050, 4.60.070, et al., in the event of default. The Defendants agree to and authorize immediate entry of judgment against him in the event of default, and specifically agree that the Plaintiff shall not be required to exercise any right, assert any demand, or enforce any remedy whatsoever against the Defendants before or as a condition to the entry of such judgment or Defendants' performance thereunder. Upon Defendants complete satisfaction and payment in full of all payments of the Consideration specified in Schedule A, Plaintiff will return the original Confession of Judgment to Defendants and destroy copies thereof.

5.    **Agreement to Dismiss.** Plaintiff hereby agrees to dismiss, with prejudice, the claims contained in Case No. 18-2-00544-29, within five (5) days of receiving the first regular monthly payment.

6.    **Release of Claims.** In exchange for the consideration specified herein, Plaintiff (for himself and for any and all successors-in-interest, affiliates, assigns, employees, principals, officers, directors, shareholders, partners, joint venturers, and predecessors-in-interest) hereby releases, acquits and discharges Defendants from all claims and causes of action, whether based on contract, tort, statutory or other legal or equitable theory of recovery, arising out of Defendants' obligation to pay Plaintiff pursuant to the terms of the Note signed on or about October 10, 2017. This release shall not release any obligation or right created by this Agreement.

Furthermore, in exchange for the consideration specified herein, Defendants (for themselves and for any and all successors-in-interest, assigns, agents, employees, attorneys, officers, directors, representatives, partners, joint venturers, and predecessors-in-interest), hereby release, acquit and discharge Plaintiff from all claims and causes of action, whether based on contract, tort, statutory

EXHIBIT  1                                                        Page 30

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

or other legal or equitable theory of recovery, arising out of Defendants' obligation to pay Plaintiff pursuant to the terms of the Note signed on or about October 10, 2017. This release shall not release any obligation or right created by this Agreement.

This release shall not release nor affect any other obligation or right existing between Plaintiff and Defendants, including but not limited to the Letter of Understanding signed by and between Plaintiffs and Defendants on or about November 24, 2017.

7.   **Voluntary Execution**.  In execution of this Agreement, the Parties acknowledge that each has been represented by an attorney orhas had the opportunity to consult with an attorney, and that they have executed this Agreement after independent investigation, voluntarily and without fraud, duress or undue influence.

8.   **Entire Agreement**.   This Agreement, and the Confession of Judgment attached hereto,together contain the entire understanding between the Parties with regard to the matters addressed herein and supersedes any and all prior agreements between them. Except as described herein, there are no other representations, agreements, arrangements or understandings, oral or written, between the Parties relating to the subject matter of this Agreement. No modifications or amendment of any provision of this Agreement shall be effective unless made in writing and duly signed by the Parties bound by such modification or amendment.

9.   **Severability.**  The provisions of this Agreement are severable, and if any part of it is found to be unlawful or unenforceable the other provisions of this Agreement shall remain fully valid and enforceable to the maximum extent consistent with applicable law.

10.   **No Waiver.**  No delay on the Plaintiff's part in exercising any right hereunder or taking any action to collect or enforce payment of any obligations against the Defendants, or any other person primarily or secondarily liable under the Agreement, shall operate as a waiver of any such right or in any manner prejudice Plaintiff's rights against Defendants.

11.   **Death**. The death of the Defendants shall not terminate this Agreement, the Personal Guarantees, nor the Confessions of Judgment as to the estate of such Defendant(s) or asto any surviving guarantor, but the same shall continue in full force and effect until all indebtedness, liability, and obligations created hereunder are fully paid and performed.

12.   **Right, Power and Authority.** The Parties warrant to each other that they have the right, power and authority to execute and enter into this Agreement, and to perform their duties and obligations under this Agreement in accordance with its terms, conditions and provisions.

13.   **Effect.** This Agreement shall be binding upon the inure to the benefit of each party to this Agreement, together with their heirs, successors and assigns.

14.   **Applicable Law.**This Note is made pursuant to and shall be construed and governed by the laws of the State of Washington without giving effect to conflicts of laws principles. Venue for any action shall lie in King County.

15.   **Counterparts and Facsimile Transmission**.   This Agreement may be executed in

**EXHIBIT  1**                                        **Page 31**

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

counterparts, each of which shall be deemed an original instrument. Facsimile transmissions or electronic scans of any signed original document, or transmissions of any signed facsimile or scanned document, shall be the same as delivery of an executed original. The Parties will confirm facsimile or scanned transmission signatures by subsequent delivery of an original document.

16. **Personal Guaranty**. The Defendants Robert Russell and Guy Griffithe do, each in his individual, personal, and separate capacity, unconditionally guarantee to personally pay and be liable for all obligations due Plaintiff under this Agreement and the Confession of Judgment executed herewith, including collection costs and attorneys fees incurred by Plaintiff to collect the amounts owedunder the terms of this Agreement. The Defendants agree that this guaranty, made by each of him in his individual, personal, and separate capacity, shall be a continuing and irrevocable guaranty until the full amountsowed under the terms of this Agreementare paid to Plaintiff.

17. **Double Recovery.** The Defendants, each and in his individual and personal capacity, admit and acknowledge that each is personally liable for the debt described in this Agreement in its entirety. However, Plaintiff will only be permitted to recover once from the collective-Defendants the principal sum, with 12% interest (interest starting from the date of the uncured, unsatisfied payment resulting in default), less payments made to Plaintiff. That is, once a particular payment has been made to the Plaintiff pursuant to Schedule A, it is the Parties' intention that recovery for the same payment against another Defendant would constitute an unintended and prohibited "double" recovery.

18. **Confidentiality**. All terms of this Agreement are confidential and shall not be disclosed by any Party hereto to any person other than the Parties, their counsel of record, accountants, financial advisors, tax professionals, business managers, and government agencies, and as necessary for legally mandatory reporting purposes, and as required by law or order of court. All counsel, accountants, business managers, and the like who properly receive information of the terms of this Agreement shall be instructed by the Party that they are also bound to confidentiality of the terms of this Agreement. In response to any inquiry, the Parties shall state the matter was settled.

19. **Notices**. Any notice given under this Agreement, with the exception of that provided for in section 4 which shall be completed via e-mail, shall be deemed given if in writing and delivered to the counsel of the Party listed below at the following addresses:

|                          |                              |
|--------------------------|------------------------------|
| Plaintiff:               | Defendant:                   |
| Aaron Pelley             | Dal Singh                    |
| Cultiva Law, PLLC        | Singh, Singh &Trauben, LLP   |
| 1000 Second Ave.         | 400 South Beverly Dr.        |
| Suite 3900               | Suite 240                    |
| Seattle, WA 98104        | Beverly Hills, CA 90212      |

*(signature page follows)*

**EXHIBIT  1**                    **Page 32**

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

IN WITNESS WHEREOF, the Parties have executed this Agreement effective as of the date of the latest Party signature below.

**Defendants:**

*Robert Russell*

ROBERT RUSSELL, personally and in
his individual capacity

7/23/2018 9:28:13 PM PDT

DATE

GUY GRIFFITHE, personally and in
his individual capacity

7/23/2018 3:24:07 PM PDT

DATE

*Robert Russell*

Robert Russell_____, on behalf of
SMRB, LLC d.b.a. Green Acres Pharms

7/23/2018 9:28:13 PM PDT

DATE

Guy Griffithe_____, on behalf of
Renewable Technologies Solutions

7/23/2018 3:24:07 PM PDT

DATE

Guy Griffithe_____, on behalf of
Green Acres Pharms, LLC

7/23/2018 3:24:07 PM PDT

DATE

**Plaintiff:**

*Steven Bagot*

STEVEN BAGOT

7/23/2018 9:32:07 PM PDT

DATE

**EXHIBIT  1**                                                                 **Page 33**

DocuSign Envelope ID: 6ABFD34D-4494-4F44-B10C-544E8EB1D3D7

## SCHEDULE A

## REPAYMENT SCHEDULE

| DATE | PAYMENT | BALANCE |
|---|---|---|
| | | $139,887.50 |
| 8/3/2018 | $40,000.00 | $99,887.50 |
| 9/3/2018 | $8,324.00 | $91,563.50 |
| 10/3/2018 | $8,324.00 | $83,239.50 |
| 11/2/2018 | $8,324.00 | $74,915.50 |
| 12/3/2018 | $8,324.00 | $66,591.50 |
| 1/3/2019 | $8,324.00 | $58,267.50 |
| 2/1/2019 | $8,324.00 | $49,943.50 |
| 3/1/2019 | $8,324.00 | $41,619.50 |
| 4/3/2019 | $8,324.00 | $33,295.50 |
| 5/3/2019 | $8,324.00 | $24,971.50 |
| 6/3/2019 | $8,324.00 | $16,647.50 |
| 7/3/2019 | $8,324.00 | $8,323.50 |
| 8/2/2019 | $8,323.50 | $0.00 |

**EXHIBIT  1**                                   **Page 34**

# SPECKMAN LAW FIRM
### *A Professional Law Corporation*

September 20, 2019

**SENT VIA E-MAIL ONLY**
guy@bridgegatepictures.com

Guy Griffith
30251 Golden Lantern #E405
Laguna Niguel, CA 92677

   Re:   *Amebro Logistics v. Renewable Technologies Solution, Inc.*

Dear Mr. Griffith:

   Please accept this letter as acknowledgment that the defendants Renewable Technologies Solutions, Inc., SMRB, LLC, Green Acres Parms, LLC, Robert Russell, Guy Griffith, and Alberto Aspe jointly and severally have satisfied all obligations due from it\them pursuant to the terms of the settlement agreement and general release entered into by the parties on or about May 25, 2018.

   In light of the performance by the defendants, I will be filing a request for dismissal of the above-captioned lawsuit with prejudice. This brings an end to the dispute and settlement agreement between the respective parties. Please do not hesitate to contact me with any questions you might have. Thank you.

Respectfully,

SPECKMAN LAW FIRM

David L. Speckman, Esq.

DLS/jr

| | | |
|---|---|---|
| **San Diego** | **Imperial County** | **Las Vegas** |
| 1350 Columbia St., Suite 503 | 2306 Martin Luther King Blvd. | 528 S. Casino Ctr Blvd., |
| San Diego, CA 92101 | Calexico, CA 92231 | Las Vegas, NV 89101 |
| 619-696-5151 | 760-357-0400 | 702-906-0966 |

E-MAIL:mail@SpeckmanLawFirm.com          www.SpeckmanLawFirm.com

**EXHIBIT  1**          **Page 35**

E Dur 6/27 ✓

David L. Speckman, Esq., SBN 178180
**SPECKMAN LAW FIRM**
1350 Columbia St., Suite 503
San Diego, CA 92101
Telephone: (619) 696-5151
Facsimile: (619) 696-5196

Attorneys for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| AMEBRO LOGISTICS, a California corporation; GEOVANNY FRANCISCO ACOSTA MEZA, an individual, | Case No. 37-2017-00037322-CU-FR-CTL |
| Plaintiffs, | **STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT** |
| vs. | |
| RENEWABLE TECHNOLOGIES SOLUTION, INC., a Nevada corporation; SMRB, LLC, a Washington limited liability company; GREEN ACRES PHARM, LLC, a Washington limited liability company; ROBERT RUSSELL, an individual; GUY GRIFFITH, an individual, ALBERTO ASPE, an individual, and DOES 1 through 50, inclusive, | Complaint Filed:   October 5, 2017<br>Judge:                 Richard E. L. Strauss<br>Dept.:                 C-75 |
| Defendants. | |

-1-
STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT

**EXHIBIT  1**                                                                 **Page 36**

IT IS HEREBY STIPULATED by and between Plaintiffs Amebro Logistics and Geovanny Francisco Acosta Meza ("Plaintiffs"), on the one hand, and Defendants Renewable Technologies Solution, Inc., SMRB, LLC, Green Acres Pharms, LLC, Robert Russell, Guy Griffithe, Alberto Aspe ("Defendants"), on the other hand, as follows (hereinafter the "Stipulation"):

1.     On or around October 5, 2017, Plaintiffs filed the above-captioned lawsuit against Defendants (hereinafter "Subject Action") wherein Plaintiffs allege they invested $80,000 into GREEN ACRES, for which Plaintiffs were to receive shares of stock. Plaintiffs allege that they were also promised a quarterly dividend of $30,000, in perpetuity. Plaintiffs' allege that the purchase of the shares of stock in GREEN ACRES was spelled out in a "Purchase of Shares Interest Agreement" (hereinafter "Purchase Agreement"). Plaintiffs allege that the Purchase Agreement contains a personal guarantee by Robert Russel and Guy Griffith.

2.     Plaintiffs allege they received a total of $13,822.49 from Defendants following the execution of the Purchase Agreement.

3.     Defendants each filed an answer in the Subject Action; no trial date has yet been set.

4.     Plaintiffs and Defendants reached a settlement on or about April 25, 2018.

5.     Without admitting any liability and solely to avoid the expense of litigation and buy their peace, Plaintiffs and Defendants desire to settle completely all of their disputes and this action.

6.     The signing of this Stipulation does not constitute an admission of liability or that any claim or action is with or without merit. In consideration for Defendant's actions as described below, Plaintiffs agree:

   (a)   To dismiss the Complaint in Case No. 37-2017-00037322-CU-FR-CTL, without prejudice, subject to the possible vacation of the dismissal under paragraph 8 of this Stipulation; and

   (b)   To release its rights arising out of the facts, circumstances and allegations described in paragraph 1 of this Stipulation, except as stated herein.

7.     In consideration for Plaintiffs' actions as described above, Defendants agree:

   (a)   To permit the entry of judgment against it in the above-entitled action, in the form attached hereto as **Exhibit "A,"** and that it be granted and entered in

-2-

STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT

**EXHIBIT   1**                                                                                              **Page 37**

favor of Plaintiffs and against Defendants, individually, jointly, and severally, in the principal sum of One Hundred Sixty Five Thousand Dollars ($165,000.00) (less any sums received by Plaintiffs as payments from Defendants) unless Defendants perform as provided in paragraph 8 below. This amount is derived from the principal obligation of $80,000, unpaid profits of $83,000, attorney's fees of $10,000 incurred by Plaintiffs in bringing the above-referenced action, less amounts paid.   As part of said judgment, Plaintiffs shall be awarded any and all reasonable attorney's fees and costs to which the Court deems Plaintiffs are entitled pursuant to the terms of the Settlement Agreement and General Release between Plaintiffs and Defendants ("Settlement Agreement"), which is entered into concurrently with this Stipulation;

(b)   That entry of judgment and levy under a Writ of Execution pursuant to this Stipulation shall be stayed on the condition that Defendants pay Plaintiffs the total sum of One Hundred Fifteen Thousand Dollars ($115,000.00) as follows:

i.   $25,000.00 within five business days of all parties executing the Settlement Agreement and $7,500 per month for 12 consecutive months, due on the first day of the month beginning July 1, 2018, until the balance is paid in full.

ii.   Payments made toward satisfaction of the amount set forth in the preceding paragraph shall be made by check (unless otherwise specified) payable to Speckman Law Firm, APC.   All payments should be sent to Speckman Law Firm, APC at 1350 Columbia Street, Suite 503, San Diego, California 92101.

8.   Notwithstanding Plaintiffs' dismissal without prejudice of the Complaint in this action, the Parties authorize the court to retain jurisdiction to vacate the dismissal of the Complaint and enter a judgment as provided in this Stipulation.   In other words, Plaintiffs' dismissal of the action

-3-
STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT

EXHIBIT  1                                                                                  Page 38

1 will not preclude the Court from vacating the dismissal and entering judgment against Defendants

2 under the terms of this Stipulation.

3      9.     In the event Defendants should default in any payment as hereinabove set forth, or in

4 the Settlement Agreement, Plaintiffs may seek entry of judgment and levy execution on said judgment

5 pursuant to this Stipulation for the full amount as stated above, less any sums received by Plaintiffs

6 as payments from Defendants; however, prior to entry of judgment pursuant to this Stipulation,

7 Plaintiff shall deliver a ten-day written notice of default via email and overnight delivery to

8 Defendants by U.S. Mail, addressed as follows:

9         David C. McCuaig, Esq.

10         SONA Legal APC

11         501 West Broadway, Suite 1310

12         San Diego, CA 92101

13         dave@sonalegal.com

14     Plaintiffs may cure the default by making the required payment within ten (10) days of the

15 date of the email transmission of the notice of default.

16     10.     Defendants further waive Notice of Entry of Judgment, Notice of Memorandum of

17 Costs, and all other notices usually and customarily required to be given, and hereby expressly waives

18 all right to a stay of execution and of appeal, and agree that:

19       a.   judgment may be entered by a Judge or Commissioner of the Court without the

20            necessity of a noticed motion;

21       b.   the declaration of an authorized agent of Plaintiffs and/or of any attorney for Plaintiff,

22            setting forth the payments received by Plaintiffs from Defendants, the balance due and

23            owing, and the existence and date of default shall be sufficient to secure the entry of

24            judgment pursuant to this Stipulation upon an ex parte notice pursuant to the

25            applicable rules of court;

26       c.   the Judge assigned to this case in San Diego County Superior Court retains jurisdiction

27            to enforce the settlement pursuant to California Code of Civil Procedure section 664.6

28

-4-

STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT

EXHIBIT 1         Page 39

1    until the terms of the settlement agreement and general release have been performed

2    in full.

3        11.    Upon the execution of this Stipulation, and upon the Court's retention of jurisdiction

4    to enforce the settlement, Plaintiffs shall dismiss their Complaint against Defendants, without

5    prejudice.

6

7    Dated: _____, 2018       AMEBRO LOGISTICS, INC.

8

9                                  By:    _____

10                                 Title:   _____

11

12

13    Dated: _____, 2018       GEOVANNY FRANCISCO ACOSTA MEZA

14

15                                 _____

16

17    Dated: _____, 2018       RENEWABLE TECHNOLOGIES SOLUTIONS,

18                                 INC.

19

20                                 By:_____

21                                 Title: _____

22

23    Dated: _Dec 27_____, 2018       SMRB, LLC

24

25                                 By: _____

26                                 Title: _member_____

27

28

-5-

Dated: _____, 2018       GREEN ACRES PHARMS, LLC

                                      By:_____

                                      Title:_____

Dated: _June 27_____, 2018         ROBERT RUSSELL

Dated: _____, 2018       GUY GRIFFITHE

                                      _____

Dated: _____, 2018       ALBERTO ASPE

                                      _____

**IT IS SO ORDERED.**

DATED: _____

                                      _____
                                      Judge of the Superior Court

-6-
STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON; [PROPOSED] JUDGMENT

EXHIBIT 1                                     Page 41