# EXHIBIT TAB 2

SEC v. Griffithe et. Al  **SCHEDULE 1**
Bank of America - x9734 - Sonja and Robert Russell
US$

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reference | | |
| x9734 (Ch) | 1/23/2015 | Wire | Excel Air Systems | | Electrical | $ 66,101.00 | 13 | W25 | |
| x9734 (Ch) | 4/20/2015 | Wire | Excel Air Systems | | Electrical | $ 66,101.00 | 13 | W24 | |
| x9734 (Ch) | 6/23/2015 | Wire | Gavita Canada | Gavita Canada Inc | Electrical | $ 60,000.00 | 35A | | |
| x9734 (Ch) | 6/23/2015 | | Wire Transfer Fee | | Wire Fees | $ 45.00 | | | |
| x9734 (Sav) | 10/26/2015 | | Wire Transfer Fee | | Wire Fees | $ 45.00 | | | |
| x9734 (Sav) | 10/26/2015 | Wire | Gavita Canada | | Electrical | $ 37,269.50 | | | |
| | | | | | | $ 229,561.50 | | | |

SEC v. Griffithe et. Al  SCHEDULE 2
Bank of America - x4582 - Sonja and Robert Russell
US$

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reference | | |
| x4582 | 3/23/2015 | 1408 | Al Taylor | *Per Invoice - Awaiting Statement* | Architect | $ 375.00 | 4 | | |
| x4582 | 5/20/2015 | 6117 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 6/1/2015 | 1452 | Puget Sound Energy | x3627 / x3601 / x2967 / x2983 | Utilities | $ 165.32 | | | |
| x4582 | 6/12/2015 | 1454 | Advanced Electrical Design | | Electrical | $ 13,437.06 | 2B | | |
| x4582 | 6/12/2015 | 1453 | Harris Moure | Invoice #1927 | Legal Fees | $ 120.00 | 42A | | |
| x4582 | 6/15/2015 | 1458 | Son Rise, Padilla Heights | 103, 104, 105, 106 | HOA Fees | $ 400.00 | | | |
| x4582 | 6/19/2015 | 1465 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 6/25/2015 | 1469 | Burns Fire Systems | A5807 | Fire | $ 7,161.00 | 22B | | |
| x4582 | 6/29/2015 | 1471 | DBS | | Supplies | $ 2,582.30 | 11B | | |
| x4582 | 6/30/2015 | 1476 | Jackson Proia | | Professional Fees | $ 263.40 | | | |
| x4582 | 7/2/2015 | | WA State Department of Revenue | | Bank Fees | $ 64.00 | | | |
| x4582 | 7/13/2015 | 1486 | Puget Sound Energy | | Utilities | $ 1,134.12 | | | |
| x4582 | 7/14/2015 | 1488 | Son Rise, Padilla Heights | | HOA Fees | $ 400.00 | | | |
| x4582 | 7/20/2015 | 1494 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 7/28/2015 | Wire | Gavita Canada Inc | Gavita Canada Inc | Electrical | $ 47,565.50 | 35A | | |
| x4582 | 7/28/2015 | 1496 | Jackson Proia | | Professional Fees | $ 2,500.00 | | | |
| x4582 | 7/28/2015 | | Wire Transfer Fee | | Garbage | $ 45.00 | | | |
| x4582 | 8/1/2015 | 1498 | Puget Sound Energy | | Utilities | $ 192.04 | | | |
| x4582 | 8/14/2015 | 1507 | Son Rise, Padilla Heights | | HOA Fees | $ 400.00 | | | |
| x4582 | 8/17/2015 | 1505 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 8/27/2015 | 1510 | Burns Fire Systems | A5899 and A5900 | Fire | $ 5,484.68 | 22A | | |
| x4582 | 8/31/2015 | 1513 | Jackson Proia | | Professional Fees | $ 10,000.00 | | | |
| x4582 | 8/31/2015 | 1512 | Stilly River Mechanical | H1115 | Electrical | $ 7,000.00 | 50 | | |
| x4582 | 9/4/2015 | Wire | Green Thumb Industries | | Bank Fees | $ 2,761.17 | 41 | | W27 |
| x4582 | 9/4/2015 | | Wire Transfer Fee | | Supplies | $ 25.00 | | | |
| x4582 | 9/9/2015 | 1516 | Puget Sound Energy | | Utilities | $ 209.26 | | | |
| x4582 | 9/11/2015 | 1518 | Advanced Electrical Design | 2202 | Electrical | $ 24,971.03 | 2A | | |
| x4582 | 9/12/2015 | 1520 | DBS | | Supplies | $ 1,898.75 | 11A | | |
| x4582 | 9/12/2015 | 1519 | John's PC Configuration | 2/19/1951 | Security | $ 21,000.00 | 24 | | |
| x4582 | 9/19/2015 | 1521 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4582 | 9/20/2015 | 6109 | Island Horticulture Supply | Glass | Supplies | $ 709.59 | 17 | | |
| x4582 | 9/21/2015 | 1530 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 9/30/2015 | 1533 | Puget Sound Energy | | Utilities | $ 282.63 | | | |
| x4582 | 10/3/2015 | 1536 | Guardian Security | | Security | $ 85.00 | 23 | | |
| x4582 | 10/8/2015 | 1542 | Jackson Proia | | Professional Fees | $ 3,000.00 | | | |
| x4582 | 10/9/2015 | 1543 | Island Horticulture Supply | | Supplies | $ 1,201.10 | 17 | | |
| x4582 | 10/16/2015 | 1553 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4582 | 10/19/2015 | 1555 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | |
| x4582 | 10/22/2015 | 1557 | Al Taylor | 222 | Architect | $ 1,918.33 | 3 | | |
| x4582 | 10/22/2015 | 1556 | Skagit Valley Signs | 6126 | Signage | $ 608.69 | 30 | | |
| x4582 | 10/26/2015 | 1560 | Stilly River Mechanical | 13047 | Electrical | $ 15,118.33 | 50 | | |
| x4582 | 10/29/2015 | 1565 | US Bank - Bio Track | | Software | $ 471.00 | | | |
| x4582 | 10/30/2015 | 1566 | Skagit County Treasurer | | Property Tax | $ 1,589.64 | 29B | | |
| x4582 | 11/2/2015 | 1570 | Island Horticulture Supply | | Supplies | $ 1,787.97 | 17 | | |
| x4582 | 11/2/2015 | 1572 | Jackson Proia | | Professional Fees | $ 5,000.00 | | | |
| x4582 | 11/4/2015 | 1573 | Island Horticulture Supply | | Supplies | $ 5,056.10 | 17 | | |
| x4582 | 11/6/2015 | 1576 | Puget Sound Energy | | Utilities | $ 707.66 | | | |
| x4582 | 11/6/2015 | 1575 | WSLCB | #413099 | License | $ 2,000.00 | | | |
| x4582 | 11/12/2015 | 1584 | Skagit Valley Signs | | Signage | $ 130.20 | 30 | | |
| x4582 | 11/12/2015 | 1580 | Wave | 125-278490 | Phone/Internet | $ 502.69 | 39K | | |
| x4582 | 11/13/2015 | | Waste Management | | License | $ 120.58 | | | |
| x4582 | 11/16/2015 | 1585 | Island Horticulture Supply | | Supplies | $ 2,230.27 | | | |
| x4582 | 11/16/2015 | 1595 | Skagit Valley Signs | 6170 | Signage | $ 69.44 | 30 | | |

EXHIBIT 2  (SCHEDULE 2)   Page 43

| Account | Date | Ref | Payee | Memo | Category | | Amount | Code1 | Code2 |
|---|---|---|---|---|---|---|---|---|---|
| x4582 | 11/18/2015 | 1588 | Island Horticulture Supply | | Supplies | $ | 2,100.67 | | |
| x4582 | 11/19/2015 | 1592 | Brownlie Evans Wolf & Lee | SMRB LLC | Legal Fees | $ | 1,500.00 | 21 | |
| x4582 | 11/20/2015 | 1597 | Z&D Properties | | Unit Payments | $ | 2,250.00 | | |
| x4582 | 11/23/2015 | Online | Ally Bank | | Vehicles | $ | 510.36 | 7S | |
| x4582 | 11/23/2015 | 1593 | Harris Moure | SMRB LLC | Legal Fees | $ | 400.00 | 42B | 47 |
| x4582 | 11/27/2015 | 1596 | Island Horticulture Supply | 221 & 2113 | Supplies | $ | 7,530.72 | 17 | 47 |
| x4582 | 12/1/2015 | 1601 | US Bank - Bio Track | 4798-5312-0669-9245 | Software | $ | 446.00 | | 47 |
| x4582 | 12/2/2015 | 1606 | Island Horticulture Supply | 2123 | Supplies | $ | 244.34 | 17 | 47 |
| x4582 | 12/2/2015 | 1607 | North Coast Growers | 1092 | Product | $ | 2,401.87 | 18 | 47 |
| x4582 | 12/4/2015 | 1583 | Padilla Heights | | HOA Fees | $ | 400.00 | 48 | 47 |
| x4582 | 12/7/2015 | 1613 | US Bank - Bio Track | | Software | $ | 800.00 | | 47 |
| | | | | | | $ | 225,627.81 | | |

EXHIBIT 2  (SCHEDULE 2)    Page 44

SEC v. Griffithe et. Al  
Bank of America - x1563 - Sonja M Russell, Robert W or Dorothy I Russell  
US$

**SCHEDULE 3**

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reference | |
| x1563 (Sav) | 6/15/2015 | Wire | Excel Do it Yourself Air | Bank of Montreal | Electrical | $ 56,658.00 | | W26 | |
| x1563 (Sav) | 6/15/2015 | Wire | Wire Transfer Fee | | Bank Fees | $ 45.00 | | | |
| | | | | | | $ 56,703.00 | | | |

EXHIBIT 2 (SCHEDULE 3)　　　Page 45

SEC v. Griffithe et. Al  
First Tech x5813 - Bob Russell and Sonja Russell  
US$

**SCHEDULE 4**

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| x5813 | 8/29/2016 | 1004 | Z&D Properties | | Unit Payments | $ 4,500.00 | | | 47 |
| x5813 | 8/31/2016 | 1005 | Padilla Heights | 103, 4, 5, 6 | HOA Fees | $ 800.00 | 48 | | |
| x5813 | 9/7/2016 | 1007 | D&J Diesel | | R&M | $ 92.31 | | | |
| x5813 | 9/14/2016 | 1011 | Stilly River Mechanical | 13.3.22, 23, 36, 13261 | Electrical | $ 4,181.63 | 44 | | |
| x5813 | 9/19/2016 | | Waste Management | *Telecheck* | Garbage | $ 135.12 | | | |
| x5813 | 9/26/2016 | | Ally Bank | | Auto Lease | $ 510.36 | 7H | | |
| x5813 | 9/30/2016 | 1018 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x5813 | 10/4/2016 | 1014 | Wave | | Phone/Internet | $ 617.11 | 39D | | |
| x5813 | 10/10/2016 | 1020 | Padilla Heights | 103, 4, 5, 6 | HOA Fees | $ 1,000.00 | 48 | | |
| x5813 | 10/24/2016 | | Ally Bank | | Auto Lease | $ 510.36 | 7I | | |
| x5813 | 10/31/2016 | 1024 | Skagit County Treasurer | 122598, 99, 600, 601 | Property Tax | $ 1,921.80 | 29A | | |
| x5813 | 10/31/2016 | 1026 | Wave | 8636-10-020-0021895 | Phone/Internet | $ 299.73 | 39C | | |
| x5813 | 11/1/2016 | 1029 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x5813 | 11/25/2016 | | Ally Bank | | Auto Lease | $ 510.36 | 7J | | |
| x5813 | 11/30/2016 | 1032 | John's PC Configuration | 19043 | Security | $ 259.68 | | | |
| x5813 | 12/2/2016 | 1034 | Padilla Heights | 101-106 Twater | HOA Fees | $ 1,659.53 | | | |
| x5813 | 12/7/2016 | 1035 | A-1 Communication | 10009 | Security | $ 983.70 | | | |
| x5813 | 12/27/2016 | | Ally Bank | | Auto Lease | $ 510.36 | 7K | | |
| x5813 | 1/24/2017 | | Ally Bank | | Auto Lease | $ 510.36 | 7Q | | |
| x5813 | 2/24/2017 | | Ally Bank | *From Bank Statement* | Auto Lease | $ 510.36 | 7P | | |
| x5813 | 2/24/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 3/27/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 4/5/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 4/12/2017 | | Ally Bank | | Auto Lease | $ 510.36 | 7N | | |
| x5813 | 6/5/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 9/6/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 9/25/2017 | | Ally Bank | | Auto Lease | $ 510.36 | 7G | | |
| x5813 | 10/2/2017 | 1090 | Department of Licensing | | License | $ 63.75 | | | |
| x5813 | 10/6/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 10/24/2017 | | Ally Bank | | Auto Lease | $ 510.36 | 7M | | |
| x5813 | 11/6/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 11/24/2017 | | Ally Bank | | Auto Lease | $ 510.36 | 7L | | |
| x5813 | 12/4/2017 | Wire | Brian Martin | | Equipment - Oil Machine (Brian Martin) | $ 50,000.00 | 9 | | |
| x5813 | 12/6/2017 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 1/5/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 1/24/2018 | | Integra | | Supplies | $ 391.57 | | | |
| x5813 | 2/5/2018 | | Ally Bank | *From Bank Statement* | Auto Lease | $ 371.56 | | | |
| x5813 | 2/5/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 2/23/2018 | | Ally Bank | | Auto Lease | $ 464.61 | | | |
| x5813 | 3/23/2018 | | Ally Bank | *From Bank Statement* | Auto Lease | $ 464.61 | 6D | | |
| x5813 | 4/2/2018 | | Ally Bank | | Auto Lease | $ 516.66 | | | |
| x5813 | 4/3/2018 | | Ally Bank | | Auto Lease | $ 371.56 | 8E | | |
| x5813 | 4/5/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 4/23/2018 | | Ally Bank | | Auto Lease | $ 464.61 | 6F | | |
| x5813 | 5/7/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 5/23/2018 | | Ally Bank | | Auto Lease | $ 464.61 | 6E | | |
| x5813 | 6/4/2018 | | Ally Bank | | Auto Lease | $ 371.56 | 8F | | |
| x5813 | 6/5/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 6/25/2018 | | Ally Bank | | Auto Lease | $ 464.61 | 6G | | |
| x5813 | 7/5/2018 | | Ally Bank | | Auto Lease | $ 371.56 | 8G | | |
| x5813 | 7/6/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ 360.26 | | | 33 |
| x5813 | 7/10/2018 | | Amazon.com | | Supplies | $ 248.66 | | | |
| x5813 | 7/10/2018 | | Amazon.com | | Supplies | $ 1,054.42 | | | |
| x5813 | 7/11/2018 | | Amazon.com | | Supplies | $ 1,199.40 | | | |
| x5813 | 7/23/2018 | | Ally Bank | | Auto Lease | $ 464.61 | 6H | | |
| x5813 | 8/3/2018 | | Ally Bank | *From Bank Statement* | Auto Lease | $ 371.56 | 8H | | |
| x5813 | 8/3/2018 | | Puget Sound Energy | | Utilities | $ 4,519.19 | | | |
| x5813 | 8/3/2018 | | Puget Sound Energy | | Utilities | $ 9,999.99 | | | |

EXHIBIT 2 (SCHEDULE 4)   Page 46

| Acct | Date | Check# | Payee | Note | Category | | Amount | Ref | Ref2 |
|---|---|---|---|---|---|---|---|---|---|
| x5813 | 8/3/2018 | | Puget Sound Energy | | Utilities | $ | 10,000.00 | | |
| x5813 | 8/6/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 8/23/2018 | | Ally Bank | | Auto Lease | $ | 464.61 | 6I | |
| x5813 | 9/4/2018 | | Ally Bank | | Auto Lease | $ | 371.56 | 8I | |
| x5813 | 9/5/2018 | | Puget Sound Energy | | Utilities | $ | 10,000.00 | 16C | |
| x5813 | 9/5/2018 | | Puget Sound Energy | | Utilities | $ | 3,997.43 | 16C | |
| x5813 | 9/5/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 9/6/2018 | | Puget Sound Energy | | Utilities | $ | 416.51 | 16D | |
| x5813 | 9/6/2018 | | Puget Sound Energy | | Utilities | $ | 432.08 | | |
| x5813 | 9/6/2018 | | Puget Sound Energy | | Utilities | $ | 614.34 | | |
| x5813 | 9/24/2018 | | Ally Bank | | Auto Lease | $ | 464.61 | 6J | |
| x5813 | 10/23/2018 | | Ally Bank | | Auto Lease | $ | 371.56 | 8J | |
| x5813 | 10/23/2018 | | Ally Bank | | Auto Lease | $ | 464.61 | 6K | |
| x5813 | 10/25/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 10/31/2018 | Wire | Juren Packing Co | | Packaging | $ | 7,545.00 | 15A | W16 |
| x5813 | 10/31/2018 | | Wire Fee | | Electrical | $ | 40.00 | | |
| x5813 | 11/13/2018 | | Puget Sound Energy | | Utilities | $ | 10,000.00 | 16P | |
| x5813 | 11/13/2018 | | Puget Sound Energy | | Utilities | $ | 2,618.00 | 16P | |
| x5813 | 11/23/2018 | | Ally Bank | | Auto Lease | $ | 371.56 | 8A | |
| x5813 | 11/23/2018 | | Ally Bank | | Auto Lease | $ | 464.61 | 6A | |
| x5813 | 11/26/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 12/14/2018 | | Puget Sound Energy | | Utilities | $ | 4,500.00 | | |
| x5813 | 12/24/2018 | | Ally Bank | | Auto Lease | $ | 371.56 | 8B | |
| x5813 | 12/26/2018 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 1/11/2019 | | Ally Bank | | Auto Lease | $ | 464.61 | 6B | |
| x5813 | 1/22/2019 | | Ally Bank | | Auto Lease | $ | 371.56 | 8C | |
| x5813 | 1/24/2019 | Wire | Juren Packing Co | | Packaging | $ | 2,640.00 | | W13 |
| x5813 | 1/24/2019 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 1/24/2019 | | Wire Fee | | Electrical | $ | 40.00 | | |
| x5813 | 2/11/2019 | | Ally Bank | | Auto Lease | $ | 464.61 | 6C | |
| x5813 | 2/22/2019 | | Ally Bank | | Auto Lease | $ | 371.56 | 8D | |
| x5813 | 2/25/2019 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 4/12/2019 | | Ally Bank | | Auto Lease | $ | 464.61 | 6N | |
| x5813 | 5/13/2019 | | Ally Bank | Marked on statement - no voucher | Auto Lease | $ | 464.61 | 6L | |
| x5813 | 5/23/2019 | | Ally Bank | | Auto Lease | $ | 371.56 | 8K | |
| x5813 | 5/28/2019 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 6/11/2019 | | Ally Bank | | Auto Lease | $ | 464.61 | 6M | |
| x5813 | 6/20/2019 | | Ally Bank | | Auto Lease | $ | 371.56 | 8L | |
| x5813 | 6/24/2019 | | Wells Fargo DLR Direct Debit Fees & Payments | | Forklift Lease | $ | 360.26 | | 33 |
| x5813 | 7/19/2019 | 1247 | SMRB | | Payroll Taxes | $ | 32,200.62 | 46 | |
| | | | | | | $ | 199,177.24 | | |

EXHIBIT 2 (SCHEDULE 4)                                                                                     Page 47

SEC v. Griffithe et. Al  **SCHEDULE 5**
First Tech x1719 - Oceanside II Property Investments LLC
US$

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| x1719 | 12/8/2016 | 89 | Advanced Electrical Design | 2208 and 2215 | Electrical | $ 50,000.00 | 2C | | |
| x1719 | 12/21/2016 | | Harland Clarke | | Bank Fees | $ 21.55 | | | |
| x1719 | 2/15/2017 | | Puget Sound Energy | | Utilities | $ 8,283.69 | | | |
| x1719 | 2/15/2017 | | Waste Management | | Garbage | $ 135.12 | | | |
| x1719 | 2/15/2017 | 101 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 289.23 | | | |
| x1719 | 2/20/2017 | 102 | Service Max Heating | H1038 | Electrical | $ 44,950.00 | 43C | | |
| x1719 | 2/28/2017 | 106 | Padilla Heights Storage | 101,106 and 109 | HOA Fees | $ 1,400.00 | 20D | | |
| x1719 | 2/28/2017 | | Puget Sound Energy | | Utilities | $ 6,360.84 | 16B | | |
| x1719 | 3/2/2017 | | Waste Management | | Garbage | $ 135.12 | | | |
| x1719 | 3/13/2017 | 103 | Skagit Readymix | Plant #602R - 74568 | R&M | $ 1,204.35 | | | |
| x1719 | 3/16/2017 | 104 | Advanced Electrical Design | 22514-2255 | Electrical | $ 28,920.24 | 2D | | |
| x1719 | 3/17/2017 | 105 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 299.05 | 39B | | |
| x1719 | 4/3/2017 | | Waste Management | | Garbage | $ 136.47 | | | |
| x1719 | 4/10/2017 | 107 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 309.05 | 39A | | |
| x1719 | 4/14/2017 | 108 | All Systems Electric | ELESVCO4 | Electrical | $ 6,538.82 | 27E | | |
| x1719 | 4/24/2017 | 109 | All Systems Electric | | Electrical | $ 11,421.78 | 27D | | |
| x1719 | 5/1/2017 | 110 | All Systems Electric | | Electrical | $ 13,617.77 | | | |
| x1719 | 5/1/2017 | 111 | Service Max Heating | 1140 and 1141 | Electrical | $ 3,077.48 | 43B | | |
| x1719 | 5/2/2017 | | Sunbiz.org | | License | $ 138.75 | | | |
| x1719 | 5/2/2017 | | Waste Management | | Garbage | $ 137.82 | | | |
| x1719 | 5/8/2017 | 112 | All Systems Electric | | Electrical | $ 10,282.30 | 27C | | |
| x1719 | 5/12/2017 | 113 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 309.05 | 39E | | |
| x1719 | 5/15/2017 | 115 | All Systems Electric | | Electrical | $ 20,616.69 | 27B | | |
| x1719 | 5/17/2017 | 114 | Service Max Heating | 1140 | Electrical | $ 42,093.00 | 43C | | |
| x1719 | 5/18/2017 | 116 | Padilla Heights Storage | 101, 2, 3, 4, 5, 6, 7 | HOA Fees | $ 1,400.00 | 20E | | |
| x1719 | 5/19/2017 | 117 | Lowes | | Supplies | $ 2,005.21 | | | |
| x1719 | 5/22/2017 | 118 | All Systems Electric | | Electrical | $ 9,542.68 | 27A | | |
| x1719 | 6/1/2017 | | Waste Management | | Garbage | $ 136.47 | | | |
| x1719 | 6/3/2017 | | Intuit in Simple Box | | Storage Lease | $ 146.48 | | | |
| x1719 | 6/8/2017 | | National Tank | | Irrigation | $ 1,058.03 | | | |
| x1719 | 6/10/2017 | | Amazon | | Supplies | $ 1,352.02 | | | |
| x1719 | 6/10/2017 | | Amazon | | Supplies | $ 399.84 | | | |
| x1719 | 6/10/2017 | | Amazon | | Supplies | $ 1,581.00 | 49A | | |
| x1719 | 6/10/2017 | | Amazon | | Supplies | $ 308.26 | | | |
| x1719 | 6/12/2017 | | Amazon | | Supplies | $ 2,840.00 | 49C | | |
| x1719 | 6/13/2017 | | Amazon | | Supplies | $ 249.98 | 49B | | |
| x1719 | 6/14/2017 | 119 | Coastal Farm | | Supplies | $ 1,521.76 | 25 | | |
| x1719 | 6/14/2017 | 120 | Industries One | 20642 | Supplies | $ 9,123.19 | 14B | | |
| x1719 | 6/14/2017 | 121 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 309.23 | 39 | | |
| x1719 | 6/19/2017 | 123 | Lowes | 9900-917034-3 | Supplies | $ 510.49 | | | |
| x1719 | 6/19/2017 | 122 | Padilla Heights Storage | 101, 2, 3, 4, 5, 6, 7 | HOA Fees | $ 1,400.00 | 20C | | |
| x1719 | 6/26/2017 | | Waste Management | | Garbage | $ 136.47 | | | |
| x1719 | 7/3/2017 | | Intuit in Simple Box | | Storage Lease | $ 146.48 | | | |
| x1719 | 7/6/2017 | 124 | Lowes | | Supplies | $ 500.00 | | | |
| x1719 | 7/10/2017 | | Amazon Prime | Membership | Supplies | $ 11.94 | | | |
| x1719 | 7/14/2017 | 125 | Wave | 8136-10-020-0021895 | Phone/Internet | $ 628.46 | | | |
| x1719 | 7/18/2017 | 126 | Industries Inc. | 20653 | Supplies | $ 2,608.58 | 14A | | |
| x1719 | 7/31/2017 | | Waste Management | | Garbage | $ 136.47 | | | |
| x1719 | 8/3/2017 | 127 | Industries Inc. | 20653 | Supplies | $ 5,211.30 | 14A | | |
| x1719 | 8/9/2017 | | Amazon Prime | Membership | Supplies | $ 11.94 | | | |
| x1719 | 8/18/2017 | Wire | Juren Packing Co | | Packaging | $ 4,365.00 | 15B | | |
| x1719 | 8/18/2017 | | Wire Transfer Fee | | Wire Fees | $ 40.00 | | | |
| x1719 | 8/23/2017 | 128 | Service Max Heating | 1144, 1143, 1142, 1139 | Electrical | $ 9,061.78 | 43A | | |

EXHIBIT 2 (SCHEDULE 5)   Page 48

| Acct | Date | Ck# | Payee | Ref | Category | | Amount | Code | Wire |
|---|---|---|---|---|---|---|---|---|---|
| x1719 | 9/1/2017 | | Waste Management | | Garbage | $ | 136.47 | | |
| x1719 | 9/2/2017 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 9/5/2017 | 129 | Wave | 8136-10-020-0021895 | Phone/Internet | $ | 309.15 | | |
| x1719 | 9/8/2017 | 130 | Lowes | | Supplies | $ | 1,000.00 | 19C | |
| x1719 | 9/9/2017 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 9/22/2017 | 131 | Lowes | | Supplies | $ | 1,000.00 | 19C | |
| x1719 | 10/1/2017 | 132 | Padilla Heights Storage | 101, 102, 103, 104, 105, 106, 107 | HOA Fees | $ | 1,400.00 | 20B | |
| x1719 | 10/2/2017 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 10/9/2017 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 10/13/2017 | 133 | Lowes | 9900 917034 3 | Supplies | $ | 466.01 | 19B | |
| x1719 | 10/20/2017 | 134 | Lowes | 9900 917034 3 | Supplies | $ | 968.35 | 19B | |
| x1719 | 10/31/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 5,632.17 | | W19 |
| x1719 | 10/31/2017 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |
| x1719 | 11/2/2017 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 11/2/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 15,700.00 | | W18 |
| x1719 | 11/2/2017 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |
| x1719 | 11/3/2017 | 135 | Lowes | | Supplies | $ | 300.00 | 19E | |
| x1719 | 11/9/2017 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 11/20/2017 | 136 | Lowes | 9900 917034 3 | Supplies | $ | 1,920.30 | 19A | |
| x1719 | 11/27/2017 | 138 | Padilla Heights Storage | 101, 2, 3, 4, 5, 6, 9 | HOA Fees | $ | 1,400.00 | 20A | |
| x1719 | 11/29/2017 | 137 | Skagit County Treasurer | 127611 and 127612 | Property Tax | $ | 2,988.22 | | |
| x1719 | 12/2/2017 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 12/9/2017 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 12/20/2017 | 139 | Lowes | 9900 917034 3 | Supplies | $ | 778.00 | 19D | |
| x1719 | 1/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 1/9/2018 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 1/20/2018 | 140 | Lowes | 9900 917034 3 | Supplies | $ | 1,164.38 | | |
| x1719 | 1/22/2018 | Wire | Stage Stop 6 | | Building Lease | $ | 37,801.00 | | W17 |
| x1719 | 1/22/2018 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |
| x1719 | 2/8/2018 | 141 | Brian Martin | Ell | Product | $ | 5,000.00 | 10B | |
| x1719 | 2/9/2018 | | Amazon Prime | Membership | Supplies | $ | 11.94 | | |
| x1719 | 2/12/2018 | 146 | Guske & Co | 5785 | Accountant | $ | 2,650.00 | | |
| x1719 | 2/13/2018 | 142 | Lowes | | Supplies | $ | 1,000.00 | | |
| x1719 | 2/14/2018 | 143 | Excel Air Systems | 3253 | Electrical | $ | 2,300.00 | | |
| x1719 | 2/20/2018 | 149 | Lowes | 9900 917034 3 | Supplies | $ | 1,697.04 | | |
| x1719 | 2/21/2018 | 145 | Galyean Stanley | OTC Check | Alarm | $ | 4,001.00 | | |
| x1719 | 2/27/2018 | 150 | Brian Martin | OTC Check | Product | $ | 45,000.00 | 10A | |
| x1719 | 3/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 3/6/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 33 |
| x1719 | 3/9/2018 | | Amazon Prime | Membership | Supplies | $ | 14.11 | | |
| x1719 | 3/10/2018 | 152 | Lowes | 9900 917034 3 | Supplies | $ | 631.45 | | |
| x1719 | 3/10/2018 | 153 | Lowes | 9900 917034 3 | Supplies | $ | 1,000.00 | | |
| x1719 | 3/15/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 4/6/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 33 |
| x1719 | 4/9/2018 | | Amazon Prime | Membership | Supplies | $ | 14.11 | | |
| x1719 | 4/17/2018 | 156 | A-1 Communications | | Security | $ | 2,500.00 | | |
| x1719 | 4/17/2018 | 154 | Lowes | 9900 917034 3 | Security | $ | 1,300.00 | | |
| x1719 | 4/17/2018 | 155 | Lowes | 9900 917034 3 | Supplies | $ | 150.00 | | |
| x1719 | 5/1/2018 | | Sunbiz.org | | License | $ | 138.75 | | |
| x1719 | 5/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 5/7/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 33 |
| x1719 | 5/11/2018 | 157 | Lowes | | Supplies | $ | 1,000.00 | | |
| x1719 | 5/23/2018 | | NFP Property and Casualty | | Insurance | $ | 1,648.00 | | |
| x1719 | 6/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 6/17/2018 | 158 | Lowes | 9900 917034 3 | Product | $ | 307.20 | | |
| x1719 | 7/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 7/2/2018 | Wire | Stage Stop 6 | | Building Lease | $ | 37,801.00 | | |
| x1719 | 7/2/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| x1719 | 7/2/2018 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |

EXHIBIT 2 (SCHEDULE 5)                                                           Page 49

| Account | Date | Ref | Payee | Memo | Category | | Amount | Code | Note |
|---|---|---|---|---|---|---|---|---|---|
| x1719 | 7/6/2018 | | Puget Sound Energy | | Utilities | $ | 4,619.17 | | |
| x1719 | 7/6/2018 | | Puget Sound Energy | | Utilities | $ | 9,999.99 | 16 | |
| x1719 | 7/6/2018 | | Puget Sound Energy | | Utilities | $ | 10,000.00 | 16 | |
| x1719 | 7/6/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| x1719 | 8/6/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| x1719 | 8/13/2018 | 159 | Burns Fire Systems | A6917 and A6956 | Fire | $ | 8,664.81 | | |
| x1719 | 8/14/2018 | 161 | ECC | 99 | Product | $ | 4,275.00 | 12 | |
| x1719 | 9/3/2018 | | Intuit in Simple Box | | Storage Lease | $ | 292.96 | | |
| x1719 | 10/2/2018 | | Intuit in Simple Box | | Storage Lease | $ | 146.48 | | |
| x1719 | 11/1/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| x1719 | 11/20/2018 | Wire | Stage Stop 6 | | Building Lease | $ | 37,801.00 | W15 | |
| x1719 | 11/20/2018 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |
| x1719 | 12/3/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| x1719 | 12/17/2018 | Wire | Stage Stop 6 | | Building Lease | $ | 86,514.17 | W14 | |
| x1719 | 12/17/2018 | | Wire Transfer Fee | | Wire Fees | $ | 15.00 | | |
| x1719 | 12/31/2018 | | WFEFMSG | Web Pay | Forklift Lease | $ | 461.26 | | 34 |
| | | | | | | $ | 656,629.30 | | |

EXHIBIT 2 (SCHEDULE 5)                                                                 Page 50

SEC v. Griffithe et. Al  
Wells Fargo x4567 - Sonja M. Russell  
US$

**SCHEDULE 6**

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| x4567 | 12/15/2015 | 1100 | Guardian Security | 611693 | Security | $ 6,408.92 | 23A | | |
| x4567 | 12/24/2015 | | Ally Bank | | Auto Lease | $ 510.36 | | | |
| x4567 | 12/28/2015 | 1111 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4567 | 12/28/2015 | 1112 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x4567 | 12/31/2015 | 1120 | John's PC Configuration | | Security | $ 15,977.54 | 24 | | |
| x4567 | 1/4/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ 360.26 | 33 | | |
| x4567 | 1/8/2016 | 1118 | Jackson Proia | | Professional Fees | $ 2,228.78 | | | |
| x4567 | 1/12/2016 | 1121 | Advanced Electrical Design | | Electrical | $ 30,000.00 | 2C | | |
| x4567 | 1/15/2016 | 1125 | Island Horticulture Supply | 31041, 31011, 30984 | Supplies | $ 2,159.74 | 17 | | |
| x4567 | 1/15/2016 | 1153 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4567 | 1/25/2016 | | Ally Bank | | Auto Lease | $ 510.36 | 7R | | |
| x4567 | 1/25/2016 | 1131 | Island Horticulture Supply | 30960 and 30957 | Supplies | $ 1,331.24 | 17 | | |
| x4567 | 2/1/2016 | 1163 | Brownlie Evans Wolf & Lee | | Legal Fees | $ 150.00 | 21 | | |
| x4567 | 2/1/2016 | 1152 | Island Horticulture Supply | 31293, 31294, 31214 | Supplies | $ 3,384.06 | 17 | | |
| x4567 | 2/1/2016 | 1137 | US Bank - Bio Track | 4798-5312-0669-8245 | Software | $ 516.00 | | | |
| x4567 | 2/3/2016 | | Waste Management | | Garbage | $ 58.55 | | | |
| x4567 | 2/3/2016 | | Waste Management | | Garbage | $ 140.89 | | | |
| x4567 | 2/4/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ 360.26 | 33 | | |
| x4567 | 2/10/2016 | | Puget Sound Energy | | Utilities | $ 294.34 | 16M | | |
| x4567 | 2/10/2016 | | Puget Sound Energy | | Utilities | $ 458.98 | | | |
| x4567 | 2/10/2016 | | Puget Sound Energy | | Utilities | $ 6,905.61 | 16L | | |
| x4567 | 2/10/2016 | 1146 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x4567 | 2/15/2016 | 1157 | Island Horticulture Supply | 31760, 31444, 31402, 31401, 31357 | Supplies | $ 1,944.32 | 17 | | |
| x4567 | 2/24/2016 | | Ally Ally Payment | | Auto Lease | $ 510.36 | 7F | | |
| x4567 | 2/24/2016 | 1164 | Westar Solutions | 71918 | Supplies | $ 1,519.00 | 31 | | |
| x4567 | 2/25/2016 | | Wave Broadband | | Phone/Internet | $ 184.98 | | | |
| x4567 | 2/29/2016 | 1179 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4567 | 3/1/2016 | 1178 | Island Horticulture Supply | 31526, 31650, 31698 | Supplies | $ 4,852.34 | 17 | | |
| x4567 | 3/1/2016 | 1171 | US Bank - Bio Track | | Software | $ 470.00 | 32A | | |
| x4567 | 3/1/2016 | 1180 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x4567 | 3/4/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ 360.26 | 33 | | |
| x4567 | 3/8/2016 | | Puget Sound Energy | | Utilities | $ 51.75 | 16J | | |
| x4567 | 3/9/2016 | | Northern Investors Insurance Company | | Insurance | $ 395.91 | | | |
| x4567 | 3/16/2016 | 1195 | Industrial HVAC Air Supply | | Electrical | $ 8,104.95 | 5 | | |
| x4567 | 3/17/2016 | | Puget Sound Energy | | Utilities | $ 266.77 | 16I | | |
| x4567 | 3/17/2016 | | Puget Sound Energy | | Utilities | $ 10,000.00 | 16I | | |
| x4567 | 3/24/2016 | | Ally Ally Payment | | Auto Lease | $ 510.36 | 7E | | |
| x4567 | 3/25/2016 | 113 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4567 | 4/1/2016 | 115 | Island Horticulture Supply | | Supplies | $ 6,737.01 | 17 | | |
| x4567 | 4/1/2016 | 102 | US Bank - Bio Track | 8245 | Software | $ 494.00 | 32E, F, G | | |
| x4567 | 4/6/2016 | 114 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x4567 | 4/19/2016 | | Puget Sound Energy | | Utilities | $ 8,682.88 | 16N | | |
| x4567 | 4/22/2016 | | Northern Investors Insurance Company | | Insurance | $ 411.75 | | | |
| x4567 | 4/25/2016 | 185 | Padilla Heights | | HOA Fees | $ 400.00 | 48 | | |
| x4567 | 4/25/2016 | 152 | Z&D Properties | | Unit Payments | $ 2,250.00 | | | 47 |
| x4567 | 4/29/2016 | 148 | US Bank - Bio Track | | Software | $ 521.00 | 32D | | |
| x4567 | 4/30/2016 | 153 | Skagit County Treasurer | ID #127600, 127601, 127598, 127599 | Property Tax | $ 1,921.80 | 29A | | |
| x4567 | 5/9/2016 | 169 | Wave | | Phone/Internet | $ 170.34 | | | |
| x4567 | 5/13/2016 | | Ally Ally Payment | | Auto Lease | $ 510.36 | 7D | | |
| x4567 | 5/13/2016 | | Puget Sound Energy | | Utilities | $ 141.14 | 16H | | |
| x4567 | 5/13/2016 | | Puget Sound Energy | | Utilities | $ 305.00 | 16F | | |
| x4567 | 5/13/2016 | | Puget Sound Energy | | Utilities | $ 615.88 | 16G | | |
| x4567 | 5/14/2016 | 182 | Coastal Farm | 3-365 Gallon Tanks | Supplies | $ 1,139.22 | | | |
| x4567 | 5/16/2016 | 186 | Brownlie Evans Wolf & Lee | | Legal Fees | $ 220.00 | 21 | | |

EXHIBIT 2 (SCHEDULE 6)   Page 51

| Acct | Date | Check# | Payee | Ref | Category | | Amount | Code | | |
|---|---|---|---|---|---|---|---|---|---|---|
| x4567 | 5/23/2016 | 1266 | Padilla Heights | | HOA Fees | $ | 400.00 | 48 | | |
| x4567 | 5/23/2016 | 199 | Wave | | Phone/Internet | $ | 300.00 | 39J | | |
| x4567 | 5/23/2016 | | Westar Solutions | Burlington | Supplies | $ | 678.13 | 31 | | |
| x4567 | 5/24/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 6/1/2016 | 213 | US Bank - Bio Track | | Software | $ | 497.00 | 32C | | |
| x4567 | 6/7/2016 | | Puget Sound Energy | | Utilities | $ | 9,209.20 | 16E | | |
| x4567 | 6/7/2016 | 1223 | Westar Solutions | | Supplies | $ | 2,324.02 | 31 | | |
| x4567 | 6/10/2016 | 1249 | Burns Fire Systems | A5964 | Fire | $ | 585.90 | | | |
| x4567 | 6/11/2016 | 1232 | Lowes | | Supplies | $ | 2,158.99 | | | |
| x4567 | 6/13/2016 | | Ally Ally Payment | | Auto Lease | $ | 510.36 | 7C | | |
| x4567 | 6/14/2016 | | V&B Noots Hydroponicres | | Supplies | $ | 2,790.00 | | | |
| x4567 | 6/16/2016 | 1244 | Al Taylor | 229 | Architect | $ | 712.50 | | | |
| x4567 | 6/17/2016 | | Simple Box | | Storage Lease | $ | 292.96 | | | |
| x4567 | 6/17/2016 | 1243 | Wave | 8136-10-020-0021895 | Phone/Internet | $ | 307.81 | 39H | | |
| x4567 | 6/22/2016 | 1255 | Lowes | | Supplies | $ | 3,388.84 | | | |
| x4567 | 6/27/2016 | 1265 | Z&D Properties | | Unit Payments | $ | 4,500.00 | | 47 | |
| x4567 | 6/30/2016 | | Withdrawal | | MCL Unit Purchase | $ | 30,000.00 | | 45 | |
| x4567 | 7/1/2016 | 1278 | US Bank - Bio Track | 479808312-0619-8245 | Software | $ | 515.00 | 32B | | |
| x4567 | 7/7/2016 | | McL Enterprises | | Unit Purchase | $ | 118,100.00 | | W30 | |
| x4567 | 7/15/2016 | 1296 | Wave | 8136-10-020-0021895 | Phone/Internet | $ | 599.52 | 39G | | |
| x4567 | 7/25/2016 | | Ally Ally Payment | | Auto Lease | $ | 510.36 | 7B | | |
| x4567 | 8/2/2016 | | Simple Box | | Storage Lease | $ | 292.96 | | | |
| x4567 | 8/4/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 8/19/2016 | 1338 | Wave | 8136-10-020-0021895 | Phone/Internet | $ | 317.75 | 39F | | |
| x4567 | 8/24/2016 | | Ally Ally Payment | | Auto Lease | $ | 510.36 | 7A | | |
| x4567 | 8/30/2016 | | Coastal Farm | | Supplies | $ | 1,136.07 | | | |
| x4567 | 9/1/2016 | | Waste Management | | Garbage | $ | 136.47 | | | |
| x4567 | 9/2/2016 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 9/19/2016 | | Fidalgo Country In | | Employee Lodging | $ | 219.12 | | | |
| x4567 | 9/19/2016 | | Fidalgo Country In | Return | Employee Lodging | $ | (109.56) | | | |
| x4567 | 9/23/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 10/3/2016 | 1386 | Industrial HVAC Air Supply | 10298109 | Electrical | $ | 13,680.00 | | | |
| x4567 | 10/3/2016 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 10/5/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 10/11/2016 | | Lowes | | Supplies | $ | 472.37 | | | |
| x4567 | 10/12/2016 | 1398 | Lowes | | Supplies | $ | 1,984.86 | | | |
| x4567 | 11/2/2016 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 11/7/2016 | | Wire to Land Title and Escrow | | Property Tax | $ | 8,716.24 | | W31 | |
| x4567 | 11/7/2016 | | Wire Transfer Fee | | Wire Fees | $ | 30.00 | | | |
| x4567 | 11/18/2016 | | Guy Griffithe | Cash Withdrawal | Return of Investor Funds - Guy Griffithe | $ | 180,000.00 | 51 | | |
| x4567 | 12/2/2016 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 12/5/2016 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 12/23/2016 | 1436 | Kush Bottles | 49009 | Packaging | $ | 5,964.00 | | | |
| x4567 | 1/3/2017 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 1/4/2017 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |
| x4567 | 2/2/2017 | | Simple Box | | Storage Lease | $ | 292.95 | | | |
| x4567 | 2/13/2017 | | Puget Sound Energy | | Utilities | $ | 8,300.00 | 16A | | |
| x4567 | 2/27/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 36,700.00 | | W4 | 34 |
| x4567 | 2/27/2017 | | Wire Service Fee | | Wire Fees | $ | 30.00 | | | |
| x4567 | 3/23/2017 | | Simple Box | | Storage Lease | $ | (73.24) | | | |
| x4567 | 4/3/2017 | | Simple Box | | Storage Lease | $ | 146.48 | | | |
| x4567 | 5/2/2017 | | Simple Box | | Storage Lease | $ | 146.48 | 28 | | |
| x4567 | 6/1/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 36,700.00 | | | 34 |
| x4567 | 6/1/2017 | | Wire Service Fee | | Wire Fees | $ | 30.00 | | | |
| x4567 | 6/6/2017 | 1441 | Bluebird Printing Co | 12010 | Supplies | $ | 8,124.00 | | | |
| x4567 | 6/22/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 5,029.06 | | W2 | 34 |
| x4567 | 6/22/2017 | | Wire Service Fee | | Wire Fees | $ | 30.00 | | | |
| x4567 | 6/30/2017 | Wire | Stage Stop 6 | | Building Lease | $ | 36,700.00 | | W3 | 34 |
| x4567 | 6/30/2017 | | Wire Service Fee | | Wire Fees | $ | 30.00 | | | |
| x4567 | 8/4/2017 | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ | 360.26 | 33 | | |

EXHIBIT 2 (SCHEDULE 6)                                           Page 52

| Acct | Date | Ref | Payee | Memo | Category | | Amount | Ref2 | Code |
|---|---|---|---|---|---|---|---|---|---|
| x4567 | 8/7/2017 | | Wire | Stage Stop 6 | | Building Lease | $ 36,700.00 | W1 | 34 |
| x4567 | 8/7/2017 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 9/6/2017 | | Wire | Stage Stop 6 | | Building Lease | $ 36,700.00 | | 34 |
| x4567 | 9/6/2017 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 10/12/2017 | | Wire | Stage Stop 6 | | Building Lease | $ 36,700.00 | W11 | 34 |
| x4567 | 10/12/2017 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 10/30/2017 | | | PayPal: Elijah | | Advertising | $ 1,250.00 | | |
| x4567 | 11/2/2017 | | Wire | Stage Stop 6 | | Building Lease | $ 21,000.00 | W10 | 34 |
| x4567 | 11/2/2017 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 12/1/2017 | | Wire | Stage Stop 6 | | Building Lease | $ 37,801.00 | W9 | 34 |
| x4567 | 12/1/2017 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 12/18/2017 | | Wire | Brian Martin | | Equipment - Oil Machine (Brian Martin) | $ 200,000.00 | 9 | W20 |
| x4567 | 2/13/2018 | | Wire | Storm Bartling | Reimburse for Funds Paid to Brian Martin | Equipment - Oil Machine (Brian Martin) | $ 250,000.00 | W28 | 9 |
| x4567 | 2/16/2018 | | Wire | Storm Bartling | Reimburse for Funds Paid to Brian Martin | Equipment - Oil Machine (Brian Martin) | $ 50,000.00 | | 9 |
| x4567 | 2/28/2018 | | Wire | Stage Stop 6 | | Building Lease | $ 37,801.00 | W8 | 34 |
| x4567 | 2/28/2018 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 4/2/2018 | | Wire | Stage Stop 6 | | Building Lease | $ 37,801.00 | W7 | 34 |
| x4567 | 4/2/2018 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 5/1/2018 | | Wire | Stage Stop 6 | | Building Lease | $ 44,742.51 | W6 | 34 |
| x4567 | 5/1/2018 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 8/6/2018 | | Wire | Stage Stop 6 | | Building Lease | $ 37,801.00 | W5 | 34 |
| x4567 | 8/6/2018 | | | Wire Service Fee | | Wire Fees | $ 30.00 | | |
| x4567 | 12/11/2018 | 1573 | | Harris Bricken | Inv #13959 | Legal Fees | $ 5,000.00 | | |
| x4567 | 3/7/2019 | | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ 360.26 | 33 | |
| x4567 | 3/12/2019 | | | Ally Ally Payment | | Auto Lease | $ 464.61 | 6P | |
| x4567 | 3/22/2019 | | | Wells Fargo Dir Fee & Payments | | Forklift Lease | $ 360.26 | 33 | |
| x4567 | 7/15/2019 | 1726 | | Harris Bricken | 14276, 14642 | Legal Fees | $ 9,036.20 | 42C, 42D | |
| | | | | | | | **$ 1,507,738.64** | | |

**EXHIBIT 2 (SCHEDULE 6)**   Page 53

SEC v. Griffithe et. Al  
Wells Fargo x5576 - SMRB LLC  
US$

**SCHEDULE 7**

| Acc No | Date | Check # | Payee | Details | Category | | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| x5576 | 12/4/2015 | 1000 | Island Horticulture Supply | (2015/12/15) | Supplies | $ | 630.16 | 17 | | |
| x5576 | 12/4/2015 | 999 | North Coast Growers | (2015/12/14) | Product | $ | 670.69 | 18 | | |
| x5576 | 12/17/2015 | 1002 | Island Horticulture Supply | 30572 (2015/12/22) | Supplies | $ | 2,660.96 | 17 | | |
| x5576 | 12/18/2015 | 1001 | Puget Sound Energy | (2015/12/22) | Utilities | $ | 2,123.75 | 16 | | |
| x5576 | 12/22/2015 | 1003 | Island Horticulture Supply | 30660 and 30657 (2015/12/29) | Supplies | $ | 220.80 | 17 | | |
| x5576 | 12/31/2015 | 1005 | Island Horticulture Supply | 30794, 30771, 30751 (2016/01/06) | Supplies | $ | 1,837.83 | 17 | | |
| x5576 | 12/31/2015 | 1007 | US Bank | 4798-5312-0669-xxxx (2016/01/04) | Auto Lease | $ | 442.00 | | | |
| x5576 | 12/31/2015 | 1004 | Wave | (2016/02/04) | Phone/Internet | $ | 309.69 | 39l | | |
| x5576 | 1/8/2016 | 1009 | Island Horticulture Supply | (2016/01/11) | Supplies | $ | 3,642.83 | 17 | | |
| x5576 | 1/8/2016 | 1008 | Jackson Proia | (2016/01/11) | Professional Fees | $ | 421.10 | | | |
| | | | | | | $ | 12,959.81 | | | |

EXHIBIT 2 (SCHEDULE 7)  
Page 54

SEC v. Griffithe et. Al  
Wells Fargo x6152 (No Statements)  
US$

**SCHEDULE 7**

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reference | | |
| x6152 | 6/1/2018 | Wire | Stage Stop 6 | *No Statement* | Building Lease | $ 37,801.00 | W12 | | |
| | | | | | | $ 37,801.00 | | | |

EXHIBIT 2 (SCHEDULE 8)   Page 55

SEC v. Griffith et. Al  
Wells Fargo x5576 - SMRB LLC  
US$

**SCHEDULE 8**

| Acc No | Date | Check # | Payee | Details | Category | Amount | Ex 3 | Ex 4 | Ex 5 |
|---|---|---|---|---|---|---|---|---|---|
| Cash | 7/27/2015 | | Island Horticulture | Receipt | Supplies | $ 1,126.78 | 38 | | |
| Cash | 8/12/2015 | | Island Horticulture | Receipt | Supplies | $ 2,337.83 | 38 | | |
| Cash | 9/1/2015 | | Island Horticulture | Receipt | Supplies | $ 48.61 | 38 | | |
| Cash | 9/11/2015 | | Island Horticulture | Receipt | Supplies | $ 200.00 | 38 | | |
| Cash | 12/10/2015 | | Island Horticulture | Receipt | Supplies | $ 314.65 | 38 | | |
| Cash | 12/14/2015 | | Island Horticulture | Receipt | Supplies | $ 315.74 | 38 | | |
| Cash | 1/15/2016 | | Fred Meyer | Receipt | Supplies | $ 70.39 | 40 | | |
| Cash | 1/19/2016 | | Island Horticulture | Receipt | Supplies | $ 78.30 | 38 | | |
| Cash | 1/22/2016 | | Island Horticulture | Receipt | Supplies | $ 96.72 | 38 | | |
| CC | 3/8/2016 | | Industrial HVAC Air Supply | Invoice #20501 | Electrical | $ 5,565.40 | 37 | | |
| CC | 4/7/2016 | | Simple Box | Receipt | Storage | $ 407.96 | 28A | | |
| CC | 6/22/2016 | | Simple Box | Receipt | Storage | $ 322.01 | 28B | | |
| | | | | | | $ 10,884.39 | | | |