DUANE K. THOMPSON
Email: thompsond@sec.gov
HELENANNE LISTERMAN
Email: listermanh@sec.gov
100 F Street, N.W.
Washington, D.C. 20549
Telephone: (202) 551-7159
Facsimile: (202) 772-9246

LOCAL COUNSEL:
GARY Y. LEUNG, (Cal. Bar No. 302928)
Email: leungg@sec.gov
U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GUY SCOTT GRIFFITHE<br><br>and<br><br>ROBERT WILLIAM RUSSELL,<br><br>Defendants. | Case No. 8:20-cv-00124-DOC-JDE<br><br>**PLAINTIFF'S NOTICE REGARDING WITNESSES FOR THE HEARING ON ITS MOTION FOR FINAL JUDGMENTS AGAINST DEFENDANTS GUY SCOTT GRIFFITHE AND ROBERT WILLIAM RUSSELL**<br><br>DATE: October 22, 2021<br>TIME: 8:30 a.m.<br>CTRM.: Santa Ana Court, 9D<br>JUDGE: HON. DAVID O. CARTER |

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this Notice pursuant to a request from Chambers in connection with the Court's Order (Dkt. No. 119) rescheduling the hearing on the SEC's Motion for Final Judgments (Dkt. No. 84) ("Motion") against Defendants Guy Scott Griffithe ("Griffithe") and Robert William Russell ("Russell"). Chambers requested that counsel to the parties inform the Court whether they intend to call live witnesses at the hearing, and if so, provide the estimated length of examination. In response, the SEC states that it does not intend to call live witnesses as part of its case in chief at the hearing. In the interest of avoiding unnecessary repetition, the SEC intends to rely on the declarations and supporting materials that it previously submitted in support of its Motion:

- Dkt. No. 86, (Declaration of HelenAnne Listerman);
- Dkt. No. 87, (Declaration of Shipra Wells);
- Dkt. No. 110-1, (Supplemental Declaration of Shipra Wells): and
- Dkt. No. 110-5, (Supplemental Declaration of HelenAnne Listerman).

The SEC's reliance on its previously filed declarations is consistent with the procedure contemplated in the Court's liability judgments against Griffithe and Russell (Dkt. Nos. 59 and 82) and in their filed consents (Dkt. Nos. 58 and 72), each of which provide as follows:

> In connection with the Commission's motion for disgorgement and/or civil penalties, and at any hearing on such a motion: (a) Defendant will be precluded from arguing that he did not violate the federal securities laws as alleged in the Complaint; (b) Defendant may not challenge the validity of this Consent or the Final Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and *(d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure.* See Dkt. No. 58-1, ¶ 3; Dkt. No. 59, Art. VI; Dkt. No. 72-1, ¶ 3; Dkt. No. 82, Art. III.) (Emphasis supplied.)

Notwithstanding the SEC's reliance on its previously filed declarations, the SEC does intend to have staff accountant Shipra Wells present in the courtroom during the hearing and available to address under oath any questions that the Court, in its discretion, may wish to have her address concerning the calculations and supporting exhibits presented in her declarations as a summary witness. The SEC also reserves the right to call Ms. Wells as a rebuttal witness to address any testimony or other evidence that Griffithe and/or Russell may seek to elicit through live witnesses beyond the scope of the declarations they have previously submitted in support of their opposition papers. Although it is impossible to reliably estimate the potential duration of any such rebuttal testimony before knowing what new matters Defendants might seek to raise, we anticipate that Ms. Wells's rebuttal testimony probably would be no longer than one-half hour.

Finally, the SEC requests the opportunity to present oral argument by counsel.

Respectfully submitted,

*/s/ Duane K. Thompson*
Duane K. Thompson
HelenAnne Listerman
Counsel for Plaintiff,
Securities and Exchange Commission

DATED: October 14, 2021

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street NE, Washington, DC 20549; Telephone No. (202) 551-7159; Facsimile No. (202) 772-9246.

On October 14, 2021, I caused to be served the document entitled **Plaintiff's Notice Regarding Witnesses for the Hearing on Its Motion Final Judgments against Defendants Gut Scott Griffithe and Robert William Russell** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/DOC. system, which effects electronic service on counsel who are registered with the CM/DOC. system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 14, 2021　　　　　　　　*/s/ Duane K. Thompson*
　　　　　　　　　　　　　　　　　　　DUANE K. THOMPSON

*SEC v. GUY SCOTT GRIFFITHE, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-00124-DOC-JDE

### SERVICE LIST

Stanley C. Morris
Corrigan & Morris LLP
12300 Wilshire Blvd.
Suite 210
Los Angeles, CA 90025
310/394-2828 (phone)
310/394-2825 (fax)
scm@cormorllp.com

**Counsel to Defendant William Robert Russell and Relief Defendant Sonja Marie Russell**

Ralph C. Shelton, Esq.
Laurie Schiff, Esq.
Schiff & Shelton
3700 Campus Drive
Newport Beach, CA 92660
949/417-2211
949/417-2212 (fax)
ralph@schiff-shelton.com

**Counsel to Defendant Guy Scott Griffithe**