# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 20-00124-DOC-(JDEx) | Date | October 22, 2021 |
| Title: | Securities and Exchange Commission v. Guy Scott Griffithe, et al. | | |

Present: The Honorable      DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Duane Thompson | Ralph Shelton and Stanley Morris |

First _____ Day Court Trial                    _____ Day Jury Trial

__X__ One day trial: _____ Begun (1ˢᵗ day); _____ Held & Continued; __X__ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

✓ Opening statements made by      Plaintiff and Defendant

✓ Witnesses called, sworn and testified. _____ Exhibits Identified _____ Exhibits admitted.

✓ Plaintiff(s) rest. ✓ Defendant(s) rest.

✓ Closing arguments made by ✓ plaintiff(s) ✓ defendant(s). _____ Court instructs jury.

_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled. _____ Polling waived.

_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other: The Court takes the matter under submission. Order to issue.

3  :  20

Initials of Deputy Clerk      kdu

cc: